IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTINE BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv723MHT |
| | ) | |
| ARMY FLEET SUPPORT LLC, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge assigned to this case for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 16th day of August, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE