IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTINE BENNETT,** | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 1:06cv723-MHT |
| **ARMY FLEET SUPPORT LLC,** | § | |
| Defendant. | § | |

**RULE 7.1 DISCLOSURE STATEMENT**

COMES NOW Defendant Army Fleet Support, LLC ("AFS") and files this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

A.  <u>Parent Corporations:</u>  AFS is a limited liability company.  The following members have a 10% or greater ownership interest in AFS:  L-3 Communications Integrated Systems, LP ("L-3/IS"), L-3 Communications Vertex Aerospace, LLC ("L-3 Vertex"), and Helicopter Support Company (U.S. Helicopter, Inc.).

B.  <u>Publicly held corporations that own 10% or more of party's stock:</u> None of the members in AFS are publicly held.  However, L-3 Communications Holdings, Inc., the ultimate parent corporation of L-3/IS and L-3 Vertex, is publicly held.

DATED September 6, 2006.

        ARMBRECHT JACKSON LLP
        Post Office Box 290
        Mobile, Alabama 36601
        Telephone:   (251) 405-1300
        Facsimile:    (251) 432-6843

        /s/ Kirk C. Shaw  (SHAWK0466)

        /s/ Mary Carol Ladd (WHITL6156)

        Attorneys for Army Fleet Support LLC

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy of same on

        Christine Bennett
        1036 County Road 154
        New Brockton, AL 36351

by depositing it in the United States mail, properly addressed and first-class postage prepaid.

        /s/ Kirk C. Shaw (SHAWK0466)