**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHRISTINE BENNETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v** | ) | **1:06-CV-723-MHT** |
| | ) | |
| **ARMY FLEET SUPPORT** | ) | |
| **SERVICES, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

Comes now, Jon C. Goldfarb, of the law firm Wiggins, Childs, Quinn &

Pantazis, L.L.C, The Kress Building, 301 19th St. N., Birmingham, Alabama 35203,

and hereby appears as counsel for the Plaintiff in the above-styled case.

Respectfully submitted,

 s/Jon C. Goldfarb
Jon C. Goldfarb (ASB-5401-F58J)
Ethan R. Dettling (ASB-9067-T68E)
Counsel for Plaintiff

**OF COUNSEL**:
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been properly filed with the Clerk of Court using the CM/ECF system which will send electronic notification to the following counsel of record:

Kirk Cordell Shaw
Mary Carol Ladd
Ambrecht Jackson LLP
PO Box 290
Mobile, AL 36601-0290
251-405-1302
Fax: 251-432-6843
Email: kcs@ajlaw.com
Email: mcl@ajlaw.com

on this the  15ᵗʰ day of  September , 2006.

 s/Jon C. Goldfarb
 OF COUNSEL