# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE BENNETT, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| v ) | 1:06-CV-723-MHT |
| ) | |
| ARMY FLEET SUPPORT ) | |
| SERVICES, LLC, ) | |
| ) | |
|    Defendant. ) | |

## NOTICE OF APPEARANCE

Comes now, Ethan R. Dettling, of the law firm Wiggins, Childs, Quinn & Pantazis, L.L.C, The Kress Building, 301 19th St. N., Birmingham, Alabama 35203, and hereby appears as counsel for the Plaintiff in the above-styled case.

                                             Respectfully submitted,

                                             s/Ethan R. Dettling
                                             Jon C. Goldfarb (ASB-5401-F58J)
                                             Ethan R. Dettling (ASB-9067-T68E)
                                             Counsel for Plaintiff

**OF COUNSEL**:
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document has been properly filed with the Clerk of Court using the CM/ECF system which will send electronic notification to the following counsel of record:

Kirk Cordell Shaw
Mary Carol Ladd
Ambrecht Jackson LLP
PO Box 290
Mobile, AL 36601-0290
251-405-1302
Fax: 251-432-6843
Email: kcs@ajlaw.com
Email: mcl@ajlaw.com


on this the  15th day of  September , 2006.

                                                      s/Ethan R. Dettling
                                                      OF COUNSEL