IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv723-MHT |
| | ) |
| ARMY FLEET SUPPORT, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For good cause, it is

ORDERED that the status and scheduling conference presently set for September 25, 2006, at 2:00 p.m. be and is CANCELLED.

Done this 18th day of September, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE