IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE BENNETT, )<br>)<br>  Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06cv723-MHT |
| ) | |
| ARMY FLEET SUPPORT LLC, )<br>)<br>  Defendant. ) | |

### ORDER

In light of the appearance of counsel for plaintiff, it is ORDERED that the referral order (doc. no. 3) is vacated.

DONE, this the 27th day of September, 2006.

            /s/ Myron H. Thompson  
           **UNITED STATES DISTRICT JUDGE**