IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE BENNETT,           ) | |
| )  | |
|    Plaintiff,           ) | |
| )  | CIVIL ACTION NO. |
| v.           ) | 1:06cv723-MHT |
| )  | |
| ARMY FLEET SUPPORT LLC,    ) | |
| )  | |
|    Defendant.           ) | |

### ORDER

It is ORDERED that the motion for leave to amend complaint (doc. no. 9) is granted. The court assumes that defendant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 27th day of September, 2006.

       /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE