IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTINE BENNETT,** | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 1:06cv723-MHT |
| **ARMY FLEET SUPPORT LLC,** | § | |
| Defendant. | § | |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to FRCP Rule 26(f), a meeting was held on October 18, 2006, via telephone and was attended by :

> Jon C. Goldfarb for Plaintiff Christine Bennett
>
> Kirk C. Shaw for Defendant Army Fleet Support LLC

2. **Pre-Discovery Disclosures.** The parties will exchange by November 17, 2006 the information required by Fed.R.Civ.P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: the issues and allegations raised by Plaintiff's First Amended Complaint; the defenses asserted in Defendant's Answer; Plaintiff's claimed damages, the defenses thereto, and the mitigation thereof.

All discovery commenced in time to be completed by July 30, 2007.

Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of 10 depositions by Plaintiff and 10 by Defendant. Each deposition, other than that of the parties, limited to a maximum of six hours unless extended by agreement of parties. The depositions of the parties shall be limited to a maximum of 8 hours unless extended by agreement of the parties.

Reports from retained experts under Rule 26(a)(2) due:
    From Plaintiff by March 21, 2007
    From Defendant by May 1, 2007.

4. **Other Items.**

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in early September 2007.

Plaintiff should be allowed until January 31, 2007 to join additional parties and until March 15, 2007 to amend the pleadings.

Defendant should be allowed until January 31, 2007 to join additional parties and until March 22, 2007 to amend the pleadings.

All potentially dispositive motions should be filed ninety (90) days prior to the pretrial hearing.

Settlement cannot be evaluated prior to the completion of some discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due 30 days before trial.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by October 22, 2007 in Dothan, Alabama, and at this time it is expected to take approximately four days, including jury selection.

5.     This Report of Parties' Planning Meeting is filed by counsel for Defendant, but both parties have agreed to it.

**Date:**  October 18, 2006.

                              Respectfully submitted,

WIGGINS, CHILDS, QUINN & PANTAZIS P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone:   (205) 314-0500
Facsimile:    (205) 254-1500

/s/ Jon C. Goldfarb
Jon C. Goldfarb (ASB-5401-F58J)

/s/ Ethan R. Dettling
Ethan R. Dettling  (ASB-9060-T68E)

Attorneys for Plaintiff Christine Bennett

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone:   (251) 405-1300
Facsimile:    (251) 432-6843

/s/ Kirk C. Shaw
Kirk C. Shaw (SHAWK0466)

/s/ Mary Carol Ladd
Mary Carol Ladd (WHITL6156)

Attorneys for Army Fleet Support LLC