IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE BENNETT, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06cv723-MHT |
| ) | |
| ARMY FLEET SUPPORT LLC, ) | |
| ) | |
|    Defendant. ) | |

**ORDER**

It is ORDERED that the motion to file amended answer (doc. no. 23) is granted. The court assumes that the opposing party has no objections to the allowance of the amendment; however, if she does, she must file the objection within seven days from the date of this order.

DONE, this the 6th day of February, 2006.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE