IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTINE BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 1:06-CV-723-MHT |
| | ) | |
| ARMY FLEET SUPPORT | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the unopposed motion to extend the deadline for expert witness reports (doc. # 28), it is

ORDERED that the motion be and is hereby GRANTED. No other deadline established in the court's scheduling order is modified.

Done this 21st day of March, 2007.

          /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE