IN THE UNITED STATED DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTINE BENNETT** | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 1:06cv723-MHT |
| **ARMY FLEET SUPPORT LLC,** | § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT'S EXPERT WITNESS REPORTS

Comes now Army Fleet Support Services, LLC, and respectfully moves the Court to enter an Order extending by three weeks, until June 21, 2007, the time within which it must provide any expert's report pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure. In support of this motion, Defendant shows unto the Court as follows:

1. This is a suit for alleged violations of the Americans With Disabilities Act and Title VII of the Civil Rights Act of 1964, as amended. Plaintiff contends that she was not employed by Defendant because of her alleged disability, and that she was treated disparately because of her sex.

2. The current deadline for Defendant to file its reports from experts is May 31, 2007. The cut-off for discovery is July 30, 2007.

3. One of the individuals whom Defendant may use as an expert witness is scheduled to interview Plaintiff on May 24, 2007. The additional time is needed to allow that

individual adequate time to prepare her report and to allow Defendant to pursue the possibility of a second expert witness.

4. The parties have not delayed the prosecution of this case. Voluminous paper discovery has been completed and Defendant has deposed the Plaintiff. Additional depositions are tentatively scheduled for June.

5. This requested extension will not impact any other deadlines set in this case or prejudice the Plaintiff.

6. Plaintiff's counsel does not oppose this Motion for Extension of Time.

WHEREFORE, premises considered, the Defendant respectfully moves the Court to enter an Order extending until June 21, 2007 the time within which it may serve the reports of retained experts in this matter.

Respectfully submitted,

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Phone:      (251) 405-1302
Facsimile:  (251) 432-6843


By____/s/ Kirk C. Shaw (SHAW0466)____

By____/s/ Mary Carol Ladd (WHITL6156)

Attorneys for Army Fleet Support LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on March 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

      Jon C. Goldfarb (jgoldfarb@wcqp.com)
      WIGGINS, CHILDS, QUINN & PANTAZIS P.C.
      The Kress Building
      301 19th Street North
      Birmingham, Alabama 35203

      Ethan R. Dettling (edettling@wcqp.com)
      WIGGINS, CHILDS, QUINN & PANTAZIS P.C.
      The Kress Building
      301 19th Street North
      Birmingham, Alabama 35203

      /s/ Kirk C. Shaw_(SHAWK0466)_____