IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE BENNETT,            )<br>                               )<br>    Plaintiff,               )<br>                               )     CIVIL ACTION NO.<br>    v.                         )       1:06cv723-MHT<br>                               )<br>ARMY FLEET SUPPORT LLC,        )<br>                               )<br>    Defendant.                 ) | |

**ORDER**

It is ORDERED that the motion to extend deadline (doc. no. 30) is granted.

DONE, this the 24th day of May, 2007.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**