### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTINE BENNETT** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | | **1:06cv723-MHT** |
| **ARMY FLEET SUPPORT, LLC,** | § | |
| **Defendant.** | § | |

### UNOPPOSED MOTION TO EXTEND BY FOUR DAYS THE
### DEADLINE FOR FILING DISPOSITIVE MOTIONS

Comes now Army Fleet Support Services, LLC, and respectfully moves the Court to enter an Order extending by four days, until Friday, June 15, 2007, the time within which the parties may file any dispositive motion in the above matter. In support of this motion, Defendant shows unto the Court as follows:

1.     This is a suit for alleged violations of the Americans With Disabilities Act, the Rehabilitation Act of 1973, and Title VII of the Civil Rights Act of 1964, as amended. Plaintiff contends that she was not employed by Defendant because of her alleged disability, and that she was treated disparately because of her gender.

2.     The current deadline for the parties to file any dispositive motion is June 11, 2007. The cut-off for discovery is July 30, 2007.

3.     Defendant intends to file a Motion for Partial Summary Judgment; however, it requires the additional four days requested in order to obtain all, necessary affidavits and to

finalize its pleadings.

4.      This requested extension will not impact any other deadlines set in this case or prejudice the Plaintiff.  In fact, it will allow Plaintiff, who is scheduled to depose some of Defendant's witnesses on June 20 and 21, 2007, additional time within which to prepare its response to Defendant's motion.

3.      Plaintiff's counsel does not oppose this Motion for Extension of Time.

WHEREFORE, premises considered, the Defendant respectfully moves the Court to enter an Order extending until June 21, 2007 the time within which the parties may file any dispositive motion in this matter.

Respectfully submitted,

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Phone:        (251) 405-1302
Facsimile:    (251)  432-6843


By: /s/ Kirk C. Shaw (SHAW0466)

Attorneys for Army Fleet Support, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

Jon C. Goldfarb (jgoldfarb@wcqp.com)
WIGGINS, CHILDS, QUINN & PANTAZIS P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

Ethan R. Dettling (edettling@wcqp.com)
WIGGINS, CHILDS, QUINN & PANTAZIS P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

/s/ Kirk C. Shaw (SHAWK0466)