IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE BENNETT, )<br>)<br>    Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06cv723-MHT |
| ) | |
| ARMY FLEET SUPPORT LLC, )<br>)<br>    Defendant. ) | |

ORDER

It is ORDERED that the motion to extend (doc. no. 32) is granted.

DONE, this the 11th day of June, 2007.


   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE