### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**CHRISTINE BENNETT,**                        *

    **Plaintiff,**                        *

**v.**                        *    **CIVIL ACTION NO. 1:06cv723-MHT**

**ARMY FLEET SUPPORT, LLC,**                        *

    **Defendant.**                        *

### DEFENDANT ARMY FLEET SUPPORT, LLC'S
### NOTICE OF FILING EVIDENCE

Defendant Army Fleet Support, LLC, hereby gives notice of filing of the following evidentiary submissions in support of its contemporaneously filed Motion for Partial Summary Judgment as to Plaintiff Christine Bennett's claims:

| **Exhibit** | **Description** |
|---|---|
| A | Affidavit of John L. Hamlin; |
| B | Excepts from the Deposition of Christine Bennett and selected Exhibits thereto; |
| C | Affidavit of Ed Brown; |
| D | Affidavit of Tammie Brunson Maddox; |
| E | Affidavit of Thomas A. Green; |
| F | Affidavit of Jerry Fowler; |
| G | Affidavit of Tom Thomasino; |
| H | Affidavit of Thomas Ford; |
| I | PDR Electronic Library - Kadian Capsules; and |
| J | PDR Electronic Library - Lortab 10. |

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone:      (251) 405-1300
Facsimile:      (251) 432-6843


/s/ Kirk C. Shaw  (SHAWK0466)

Attorneys for Army Fleet Support LLC


**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

Jon C. Goldfarb (jgoldfarb@wcqp.com)
WIGGINS, CHILDS, QUINN & PANTAZIS P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

Ethan R. Dettling (edettling@wcqp.com)
WIGGINS, CHILDS, QUINN & PANTAZIS P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203


/s/ Kirk C. Shaw (SHAWK0466)

# EXHIBIT B

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE MIDDLE DISTRICT OF ALABAMA

3                SOUTHERN DIVISION

4                                            **COPY**

5    CHRISTINE BENNETT,        )

6         Plaintiff,           )

7    VS.                       ) CASE NO. 1:06cv723-MHT

8    ARMY FLEET SUPPORT,       )

9    LLC,                      )

10        Defendant.           )

11

12

13

14

15

16          The deposition of CHRISTINE BENNETT,

17   taken pursuant to Federal Rules of Civil

18   Procedure before Lisa M. Bryan, Court Reporter

19   and Notary Public, State at Large, at the Holiday

20   Inn Express, U.S. 84 & Boll Weevil Circle,

21   Enterprise, Alabama, on the 21st day of March,

22   2007, at approximately 9:00 a.m., pursuant to

23   notice.

**Exhibit B**

1

2

3    Q.    I think you applied for employment with

4    DynCorp in 1999?

5    A.    Yes, sir.   I looked for jobs in other

6    places and put in applications in between that

7    time.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1

2

3

4

5

6

7

8

9

10

11

12

13     Q.   Let me ask you -- I am going to ask you

14   about this in a minute.  But just in your own

15   words, can you tell me what the job of an AAE&I

16   tech, that's armament, avionics, electrical, and

17   instrument technician, what the job duties

18   entailed when you began work there at DynCorp?

19     A.   During which month?

20     Q.   Well, when you --

21     A.   Because when I first started, I went to

22   -- I was taken to several different projects, and

23   they each entailed a different thing.

35

Q.    Okay.

A.    It wasn't just I was thrown out here and that was my job from the day I started until the day I went out for my knee surgery.  I worked in several different areas that they have there.

Q.    Well, just kind of walk me through, as you recall, what jobs you got assigned to.

A.    Okay.  I worked for a time in the bore sighting stall, which is where we work with armament, and the avionics technicians work together, to maintain the systems on the aircraft for the gunnery and sight systems.  I also worked unscheduled maintenance, which means anything that just pops up out of the blue that the flight line crew doesn't have time to fix and it's not set for scheduled maintenance.  Then that was something that we would fix at the time.

I also worked out on the flight line for a time.  On the flight line, we dealt with the aircraft itself also, again, but at this point, we were dealing with the pilots and the students in there a lot of the times.  Sometimes they weren't out there.  Sometimes it was something

1    that we fixed when they returned.

2              I worked in the hangar for a short time

3    during a phase to see what they did in the phase

4    barn.  I also worked in the EETF.  And I also

5    worked on 58-Ds for a while.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1

2

3

4

5

6

7

8

9

10

11

12     A.    On March 20th?

13     Q.    The day that you were injured.

14     A.    No, it was the next morning.

15     Q.    Okay.  And then the following day, you

16  went to see Dr. Granger?

17     A.    Yes.

18     Q.    And Dr. Granger allowed you to return to

19  work doing light-duty work; did he not?

20     A.    (Nods head.)

21     Q.    Did you come back --

22     A.    Yes, he did.

23     Q.    -- the same day you went to see Dr.

1    Granger?

2        A.    Yes, sir.  I came back to work, and I

3    worked up until the first day of surgery.

4        Q.    What did you do during that interim?

5        A.    I worked doing different things in and

6    around and for the EETF.

7        Q.    Light-duty work?

8        A.    Yes.  Paperwork.

9        Q.    Sitting at a desk?

10        A.    Paperwork, pulling cards out of

11    different boxes.

12        Q.    And he did the first surgery on you, I

13    believe, on April 12th of 2002?

14        A.    Yes.

15        Q.    It was an arthroscopic procedure?

16        A.    Yes.

17

18

19

20

21

22

23

158

```
 1                --

 2        Q.    -- employee?  Now, you had your first

 3   knee replacement on January 17th of 2003?

 4        A.    Yes.

 5        Q.    And you did not return to work for

 6   DynCorp after that date, did you?

 7        A.    No.  Actually I started to.  I kept

 8   bugging Dr. Granger about letting me go back, and

 9   he was going to return me -- we were -- he was in

10   the process of getting the paperwork together to

11   return me to work when I started having some

12   problems.  And I wound up not going back because,

13   at that point, we were trying to figure out what

14   the problem with my leg was.

15        Q.    And eventually you had some surgery, and

16   it was determined you had infection there in the

17   knee?

18        A.    Well, when I went in, he originally told

19   me that he was going to go in to see if the

20   bottom portion of the original total knee that he

21   had put in was maybe causing a problem.  And

22   originally it was going to be a revision of the

23   bottom portion of the knee.  He wasn't sure
```

1    whether he needed to change the thing or whether

2    maybe it had slipped some with the glue.  But

3    when he got in there, he realized that it was

4    infected, so he took both pieces out.

5         Q.    And put in its place a temporary knee

6    with some cement that had some antibiotics --

7         A.    Yes.

8         Q.    -- impregnated in it?

9         A.    Yes.

10        Q.    That was to resolve the issue with the

11   infection?

12        A.    That, and a PIC line.

13        Q.    Then he came back on December 9th of

14   2003 and installed a permanent knee; is that

15   right?

16        A.    Yes.

17        Q.    And that's the last knee surgery you've

18   had?

19        A.    Yes.

20        Q.    So in summary, you had four surgeries on

21   your knee, the arthroscopic surgery, a knee

22   replacement in January of '03, the temporary

23   replacement to solve the infection problem, and

1    then a permanent knee in December of '03?

2        A.    Yes.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23          Q.   Yeah.  Now, one week later -- this was

1   done on April 6th of 2004.  And I think on April

2   13th, Dr. Granger stated that you had reached

3   maximum medical improvement?

4       A.    Yes.

5       Q.    Does that sound right?

6       A.    I think that's the date.  Either the

7   13th or the 14th.  I don't remember.

8

9              (Whereupon, Defendant's Exhibit 19

10             was marked for identification

11             and is attached hereto.)

12

13      Q.    I'm going to hand you Defendant's

14  Exhibit 19.  I don't know that you have seen

15  this.  Let me ask you if you did see that?  This

16  is Dr. Granger's letter to the case manager on

17  your worker's comp claim, informing them that you

18  had reached maximum medical improvement on April

19  13th of 2004.

20      A.    I have not seen it, but --

21      Q.    That date, though, is consistent with

22  your memory?

23      A.    Yes.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16      Q.   Well, let's drop back on another

17   subject.   You made a worker's comp claim against

18   DynCorp?

19      A.   Yes.

20      Q.   You filed suit?

21      A.   Yes.

22      Q.   And in that regard, you had a functional

23   capacity evaluation in April of 2004?

1    A.   Yes.

2

3             (Whereupon, Defendant's Exhibit 16

4             was marked for identification

5             and is attached hereto.)

6

7    Q.   I'm going to hand you what's been marked

8    as Defendant's Exhibit 16.  Do you recognize this

9    as a summary of the results of that evaluation?

10   A.   Yes.

11

12            (Whereupon, Defendant's Exhibit 17

13            was marked for identification

14            and is attached hereto.)

15

16   Q.   And do you recognize Defendant's Exhibit

17   17 as the Measurements & Assessment for Physician

18   Determined Impairment that was done along with

19   this evaluation?

20   A.   Yes.

21

22            (Whereupon, Defendant's Exhibit 18

23            was marked for identification

1                  and is attached hereto.)

2

3        Q.    And then do you recognize this Exhibit

4    18 as more details about the evaluation?

5        A.    Yes.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1    the cartilage was torn.  Also, that he had to

2    remove torn cartilage.  And there were also

3    several tears in the ligaments and what not.  I

4    think the phrase he used when he told my mother,

5    that when he got in there, it was a mess.

6        Q.   This is not the first problem you've had

7    with that right knee, is it?

8        A.   No.

9        Q.   And you had two surgeries before?

10       A.   Yes.

11       Q.   And it goes all the way back to junior

12   high school?

13       A.   Eighth grade year.

14       Q.   And you injured yourself, was it

15   cheerleading?

16       A.   No.

17       Q.   How did you --

18       A.   At P.E.

19       Q.   All right.  And so you had the two

20   surgeries before you went to work for DynCorp?

21       A.   Yes.

22       Q.   Now, after your surgery on April 12th of

23   2002, you didn't return to work for DynCorp until

1    August or September of that year; is that

2    correct?

3        A.    Right.

4        Q.    Now, do you recall precisely when you

5    returned to work for DynCorp?

6        A.    I believe it was August 26th.  I'm not a

7    hundred percent positive on that.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1     Q.   Now, you actually visited Dr. Granger on

2  the 14th of April.

3

4             (Whereupon, Defendant's Exhibit 20

5             was marked for identification

6             and is attached hereto.)

7

8     Q.   And I am going to show you Exhibit 20,

9  which is notes from Dr. Granger's medical file on

10  you.  Do you see there at the top the notes of

11  visit on April 13th, 2004?

12     A.   Yes.

13     Q.   Do you recall that visit?

14     A.   Yes.

15

16

17

18

19

20

21

22

23

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19      Q.    And you rated your pain at about a 6 on

20  a scale of 0 to 10?

21      A.    Yes.

22      Q.    Now, he also wrote you a Return to Work

23  Slip on that date.

1

2          (Whereupon, Defendant's Exhibit 21

3          was marked for identification

4          and is attached hereto.)

5

6     Q.    I'm going to show you Exhibit 21.  Do

7     you recognize this?

8     A.    Yes.

9     Q.    And on it he said you may return to work

10    that day, subject to the work restrictions based

11    on the functional capacity evaluation?

12    A.    Yes.

13    Q.    And did you take that out to AFS?

14    A.    The next morning, because I believe --

15    it was either that afternoon or the next morning.

16    I believe that afternoon, by the time we got out

17    of his office, the HR department was already

18    closed for the day.  They close at 3:30.  So I

19    believe it was the next morning.  I'm not

20    positive.

21

22

23

1          and is attached hereto.)

2

3     Q.    Let me show you what's been marked as

4  Defendant's Exhibit 22.  Now, this is an e-mail

5  from Chad Falcon to Mr. Brownell responding to

6  his inquiry.  And apparently Mr. Brownell passed

7  this message on to you, because it came out of

8  your -- this particular copy came out of your

9  file.

10     A.    Yes.  This was something that I got a

11  copy of at arbitration.

12

13

14

15

16

17

18

19

20

21

22

23

1    Q.   Oh, I'm sorry.   Never mind.   Strike

2    that.   Who did you turn it into at AFS?

3    A.   I believe Darlene is the one that I

4    handed this to.

5    Q.   The first person you handed it to?

6    A.   Yes.

7    Q.   Do you know Tammy Maddox?

8    A.   Yes.

9    Q.   Was it Tammy Maddox perhaps that you

10   gave it to?

11   A.   It may have been.   I get -- they both

12   have dark hair, and I haven't seen them enough to

13   know sometimes --

14   Q.   Did you --

15   A.   -- which one it was I gave what to.

16   Q.   Did you talk with Arlene first?

17   A.   When I went in, signed in to turn this

18   in -- and it may have been Tammy, because I think

19   she's the one that had the desk over off to the

20   left when you come into the Department of Human

21   Resources at the time.   She was the one that had

22   taken Chad Falcon's position, so that's probably

23   who I talked to first.   That's who this was given

1    to.

2        Q.    Okay.    And what do you recall of the

3    conversation between you and her?

4        A.    I gave this -- I opened the envelope and

5    gave her this letter here that says To Whom It

6    May Concern, the medical pass, and told her that

7    my doctor's office had just returned these to me,

8    and that I was returning them -- or I was turning

9    them into them to try to return to work.

10

11                (Whereupon, Defendant's Exhibit 37

12                was marked for identification

13                and is attached hereto.)

14

15        Q.    Is Defendant's Exhibit 37 a copy of the

16    medical pass that you gave to Tammy with those

17    other documents?

18        A.    I am not a hundred percent sure.

19        Q.    Well, do you recognize Dr. Granger's

20    signature down at the bottom of that page?

21        A.    Yes.

22        Q.    And the date, January 13th, 2005?

23        A.    Yes.

1

2

3

4

5

6

7

8     Q.    Did the company put you back to work?

9     A.    No.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

```
 1
 2
 3
 4
 5
 6
 7                    (Whereupon, Defendant's Exhibit 29
 8                    was marked for identification
 9                    and is attached hereto.)

10
11      Q.    Let me show you Defendant's Exhibit 29.
12   Do you recognize this as the charge of
13   discrimination --
14      A.    Yes.
15      Q.    -- that you filed with the EEOC?
16      A.    Yes.
17
18
19
20
21
22
23
```

1

2

3

4

5

6

7

8

9

10

11

12          (Whereupon, Defendant's Exhibit 41

13          was marked for identification

14          and is attached hereto.)

15

16     Q.   I'm going to hand you what's been marked

17  as Defendant's Exhibit 41.   Is this the Dismissal

18  and Notice of Rights letter that you received

19  from the EEOC regarding your charge of

20  discrimination against AFS?

21

22

23

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16      A.    That's not exactly an easy question to

17  answer.  Like I said, it has been a while since

18  I've been out there.  And I know that we have had

19  people out there who have been on crutches

20  before, who have worked the flight line and have

21  been able to do it every day during the short

22  time that they were, whether it was six weeks,

23  eight weeks, whatever.  They worked the flight

line.  Their partners worked with them.  The
other crews out there worked with them.  No one
had a problem with it.  And they were able to do
it.

They did the ground work.  They did the
paperwork, anything that needed to be done that
didn't deal with a lot of heavy lifting or
something like that.  That's what that particular
person did.  I know it's been done before.

Q.  Who do you say has done this before that
used crutches?

A.  Steve Milstead.

Q.  And he was an AAE&I tech?

A.  Yes, sir.

Q.  And what was his problem that required
him to use a crutch?

A.  He broke his foot and he used two
crutches.

Q.  Do you know how long he had to use
crutches?

A.  That, I'm not sure.  I know it was
several weeks.

Q.  And what did he do during the time he

1   was working, using crutches?

2       A.   He was a leadman, but he had to go get

3   parts and put them in his truck for those that

4   worked out on the flight line.  He was a flight

5   line lead.  He had to get parts.  He had to walk

6   and put them in his truck, take them out to the

7   flight line.  But, again, people worked with him.

8   They made sure that he was able to do his job.

9       Q.   Now, leadman -- like you said, he has a

10  truck.  His duties wouldn't be the same as

11  somebody in your situation, would they?

12      A.   Actually, according to the job

13  descriptions, the leadman has to be able to do

14  the essential functions and duty of the

15  classification that he is leading.

16      Q.   But does he ordinarily get out there and

17  work with the tools like --

18      A.   Yes.

19      Q.   -- the AAE&I techs?

20      A.   There are many, many times that -- more

21  often than not, your lead is over there helping

22  you do something.

23      Q.   How was he accommodated by others that

1  he's working with during the time he was on

2  crutches?

3      A.    They helped him with carrying parts,

4  putting them in the truck for him, carrying

5  books, manuals for the aircraft.  I don't

6  remember all of the things.  I know they carried

7  his tool box out, put it in his truck for him, in

8  the back of his truck for him so that he could

9  get to it in case he needed his tools.

10     Q.    Did he?  I mean, did he work doing the

11 tasks that he would have done before he broke his

12 foot?

13     A.    My understanding was that he did, but I

14 was not allowed on the flight line or on the

15 airfield itself at that point, and so I don't

16 know.  I can't tell you.  I didn't see him

17 myself.

18     Q.    You did not see --

19     A.    Right.

20     Q.    -- him do it?  Why were you not allowed

21 on the flight line?

22     A.    Because I had not been accommodated to

23 go to any sort of work out there at this point.

```
 1        Q.   No, I'm talking about at the time that

 2   he was injured.   Were you --

 3        A.   I wasn't at work.

 4        Q.   -- working when he was injured?

 5        A.   No, sir.

 6        Q.   Oh, okay.   So this is what others have

 7   told you; is that right?

 8        A.   Yes.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18    Q.   Now, let me go back to -- you mentioned

19  somebody at DynCorp that was being allowed to

20  take a morphine pump.  Who was that?

21    A.   Jerry Fowler.

22    Q.   And what did he do?

23    A.   He is an AAE&I technician.

         Q.   And what specifically was he doing?

         A.   He was in the EETF.

         Q.   And is that something he was doing

permanently or something that he did for a short

while?

         A.   The morphine pump?

         Q.   The morphine pump?

         A.   My understanding is he is not using it

right now.

         Q.   I mean, while you were at DynCorp, did

he use it all of the time there; do you know?

         A.   Yes, he used it -- it was on all of the

time.  He had his little bag.  As a matter of

fact, it was in -- I don't remember if it was

injected into his neck up here where it directly

went in, but he had a little bag that he had to

wear that it was constantly giving him doses of

morphine all day long.

         Q.   What was the problem that necessitated

the morphine pump?

         A.   He had a sinus surgery that went bad

years ago, and they tore the sack of his brain

when they went in to do the sinus surgery, and so

 1   he has a lot of problems with dizziness and pain

 2   and balance and what not.  And he's taken a

 3   variety of pain medications over the years.  He

 4   gets severe migraines.  And there have been many

 5   times that he's had to lay his head down on his

 6   desk, take a pain pill and lay his head down on

 7   his desk and take a nap for a little while, to

 8   try see if he can get rid of his headache.

 9        Q.   Is he working for AFS?

10        A.   Yes.

11        Q.   Still in the EETF shop?

12        A.   Yes.

13        Q.   But you don't know if he is still --

14   well, you said he is not using the morphine pump

15   now?

16        A.   I don't know if he is using anything

17   else right now at home or not.  I am sure he

18   probably is, because I know that the severity of

19   the headaches that he was having, he's taking

20   some sort of narcotic -- he's got to be taking

21   some sort of narcotic, because he has just been

22   -- his headaches are almost debilitating.  Well,

23   they are debilitating.

1    Q.    When was the last time you talked to

2    him?

3    A.    Right before my arbitration case.

4    Q.    That would have been in May of --

5    A.    '06.

6    Q.    -- 2006?

7    A.    Uh-huh.

8    Q.    Did he testify in that case?

9    A.    No, he didn't.

21    Q.    Now, were there any other employees at

22    DynCorp that were taking morphine or narcotics --

23    A.    There are --

1    Q.    -- that you were aware of?

2    A.    There have been a number of them that

3    have come through.  Some of them have been on a

4    short-term basis.  I know we had an armament guy

5    that had to take -- he took Lortab, 10s, all day,

6    every day just about, because of the severe

7    rheumatoid arthritis that he had in all of his

8    joints.

9    Q.    Who was that?

10    A.    Bullet.

11    Q.    Bullet?

12    A.    Bullet.

13    Q.    Do you know his real name?

14    A.    I believe it's Perry Phelps.

15    Q.    F-e-l-t?

16    A.    No.  P-h-e-l-p-s.

17    Q.    Oh, Phillips.  I'm sorry.

18    A.    No.  Phelps.

19    Q.    P-h-e-l-p-s?

20    A.    P-h-e-l-p-s.  Some of them, we go by

21    nicknames, and it's hard --

22    Q.    Sure.

23    A.    -- to remember what their real name is.

1 Q. I understand.  Now, was that for a

2 limited duration, or did you understand he was

3 taking Lortab --

4 A. No.  My understanding was he had to take

5 it all day, every day.  His -- you had to

6 understand, his hands were just -- I mean, his

7 hands are severely --

8 Q. Deformed?

9 A. -- deformed because of the arthritis.

10 He's had to have several surgeries done on his

11 feet because of the deformation of the arthritis.

12 Q. Anybody else that you knew of at DynCorp

13 that was --

14 A. There were quite a few folks that came

15 through on a six to eight-week basis that I know

16 for a fact that they were taking different forms

17 of narcotic pain medication on the job, that they

18 were told that, you know, if you have to take

19 something, you just let your supervisor know.

20 We had one girl that was taking Lortab,

21 10s, every four hours.  She was a QC.  And her

22 supervisor told her that when she took one of her

23 pills, if she started feeling sleepy or whatever,

1  just lay her head down on her desk and take a

2  nap.

3      Q.   Who was that?

4      A.   Stacie -- I don't remember her last

5  name.

6      Q.   Stacie?

7      A.   I believe it was Stacie.  I know Tammy

8  has had -- I can't remember Tammy's last name

9  either.

10     Q.   Let me ask you.  What was Stacie's job?

11     A.   Quality inspector.

12     Q.   Would she have been an inspector on what

13  the AAE&I techs do?

14     A.   She went around, I think, and inspected

15  parts and stuff like that.  She wasn't assigned

16  to the flight line, to my knowledge.  My

17  understanding was she did parts and --

18     Q.   All right.  Do you know if -- is she

19  working for AFS?

20     A.   Yes.

21     Q.   In quality?

22     A.   I believe so.  She may not be there now.

23  She's changed a couple of times to different

positions.

Q.   What about Bullet?

A.   He just recently retired.

Q.   And then Tammy -- what --

A.   I can't remember her last name.  I don't remember what she did out there.  I just know off, every once in a while, you would see her. She was -- she would break her foot.  She'd finally get it healed, and about five or six months later, she'd come back and hurt her knee or something.  I mean, she was accident prone, I guess.

Q.   And you say she was taking what?

A.   I don't remember exactly.  I know it was a narcotic, but I can't remember if it was Lortab or Lorcet or -- it was in the family.

Q.   Anybody else you know of that were taking narcotics while working at DynCorp?

A.   There were several.  Off the top of my head, I can't remember names right now.  I mean -- (stops talking).

Q.   Was Tammy -- is she employed by AFS?

A.   I believe she's still employed by them.

1    Q.    I understand.  Now, was that for a

2    limited duration, or did you understand he was

3    taking Lortab --

4    A.    No.  My understanding was he had to take

5    it all day, every day.  His -- you had to

6    understand, his hands were just -- I mean, his

7    hands are severely --

8    Q.    Deformed?

9    A.    -- deformed because of the arthritis.

10   He's had to have several surgeries done on his

11   feet because of the deformation of the arthritis.

12

13

14

15

16

17

18

19

20

21

22

23

1

2

3      Q.    Let me back up a second.  To your

4   knowledge, did DynCorp have any permanent

5   light-duty jobs for AAE&I techs?

6      A.    That are actually listed as permanent,

7   no.

8      Q.    Did they have any permanent light-duty

9   jobs, whether it's listed or not?

10      A.    Yes.

11      Q.    DynCorp did?

12      A.    Yes.

13      Q.    Who filled these positions?

14      A.    Jerry Fowler fills one of them.

15      Q.    All right.  Anybody else?

16      A.    There is -- Bullet worked in a

17   light-duty position for years because of his

18   arthritis.  I mean, they -- they've got numerous

19   people out there who have handicaps that have

20   been allowed to stay in their classification, and

21   have been afforded accommodation as they need it

22   to be able to do their job.

23

1

2

3

4

5

6

7

8

9

10

11    A.    Tony Ford is another one who has -- I

12  think it's Tony Ford, or maybe it's Tom Ford.  I

13  don't remember.  I know he's got back problems,

14  and he is in a clerk's position, but I believe he

15  was a mechanic when he hurt his back.  I don't

16  remember.

17    Q.    But his permanent job is clerk?

18    A.    It is now.

19    Q.    He's not working as a mechanic --

20    A.    No, not anymore.

21

22

23

1

2

3

4

5

6

7

8

9

10

11

12

13

14          (Whereupon, Defendant's Exhibit 15

15          was marked for identification

16          and is attached hereto.)

17

18     Q.    I'm going to hand you what has been

19 marked as Defendant's Exhibit 15.   These are the

20 records of Dr. Flanagan.

21     A.    Uh-huh.

22     Q.    You started getting -- Dr. Flanagan is

23 the physician responsible for your pain

1    management; is he not?

2        A.    Yes.

3        Q.    And you started with him in, I think,

4    March or February of 2003, after your first total

5    knee replacement; is that right?

6        A.    Yes.

7        Q.    And do you recognize this exhibit as a

8    list of the medications you took beginning in

9    April of 2003, and through October of 2006?

10       A.    It looks fairly accurate, yes.

11       Q.    I mean, do you see any errors in it?

12       A.    No, I don't see any errors.

13

14

15

16

17

18

19

20

21

22

23

1

2

3

4

5

6

7

8

9

10

11

12      Q.   Well, I noticed he switched you over to

13  Kadian in December of '03.

14      A.   Yes.

15      Q.   And you've been taking Kadian ever

16  since?

17      A.   Yes.

18      Q.   And in April of '04, you would have been

19  taking it at that point daily, Lortab, 10

20  milligrams, twice a day, Flexeril, 10 milligrams,

21  twice a day, and then Bextra and Prevacid.  Is

22  that right?

23      A.   No, the only two for 4/15 --

Q.   Oh, I'm sorry.  I'm looking at the wrong --

A.   -- was Lortab and Kadian.

Q.   Okay.  Well, before that, on March 22nd, you had been prescribed Bextra and Prevacid?

A.   Yes.

Q.   And Flexeril?

A.   (Nods head.)

Q.   At that point -- all right.  I noticed on the March 22nd, on the Kadian -- do you see that line?

A.   Yes.

Q.   You were prescribed 62 tablets at 60 milligrams each, and you were back for a refill on that on April 15th.  And he gave you at that time a prescription for then and a prescription for May and a prescription for June.  Again, 62 tablets.  So it appears at that point that you were taking two a day.

A.   That's what he had prescribed it for.

Q.   And that's what you were taking, right?

A.   Yes, at that time.

Q.   And do you continue taking two a day?

1      A.    I take two a day right now.

2      Q.    Okay.  And are you still taking Lortab?

3      A.    For a breakthrough when needed, yes.

4      Q.    Well, it looks like the last

5    prescription on that one was two a day, and then

6    additional as needed.  This is back in October of

7    '06.  Is that the way you take it, two a day, and

8    then if you need another one, you take a third

9    one?

10

11            MR. DETTLING:  Object to the form.

12

13      A.    No.  I take it when I need it.  There

14   may be days that I don't take it at all.  There

15   may be days that I may have to have two.  There

16   may be days that I have to have three.

17

18

19

20

21

22

23

1        --

2        Q.    -- employee?  Now, you had your first

3    knee replacement on January 17th of 2003?

4        A.    Yes.

5        Q.    And you did not return to work for

6    DynCorp after that date, did you?

7        A.    No....

1

2

3

4

5

6

7

8

9

10

11

12     Q.    Had you talked to anybody out there

13  about returning to work before that day?

14     A.    After the last surgery?

15     Q.    Well, any time when AFS was the

16  contractor at Ft. Rucker.

17     A.    No.  That was the first --

18     Q.    The first occasion to talk to anybody?

19     A.    Yes.

20     Q.    Okay.  And what do you recall of your

21  conversation with Mr. Falcon?

22     A.    Well, when I went in to see him, I gave

23  him this particular sheet of paper right here,

1    which shows the --

2        Q.    You're pointing to the document marked

3    Granger 159?

4        A.    Yeah, and it's Exhibit 16.

5        Q.    Okay.

6        A.    I went in and gave him this page,

7    because this is what Dr. Granger said, Just go in

8    and hand them this.  That will show them what

9    your weight limits are.  I went in and turned

10   that into him at work.  Told him that I wanted to

11   return to work, that it was going to be

12   restricted, as he could see on the paper.  And he

13   told me that he didn't have a file on me.  He

14   would make some phone calls and would get back

15   with me as to when I could return to work.

16       Q.    Was that all of the conversation that

17   y'all had on that occasion?

18       A.    On that day, yes.

19       Q.    And what happened next?

20       A.    I went back in probably a day or two

21   later.  I didn't waste much time in continuing to

22   go back up there to see if they had gotten

23   answers for me.  And was told at the time that --

1  the second time that I went in to see him, I was

2  told that they could not accommodate my

3  restrictions at that time, and that if I wanted

4  to, that I could call DynCorp and request that

5  they give me a job working with them somewhere in

6  this area or somewhere where they had a position

7  available.

**DynCorp - Fort Rucker Division**                                    **Job Description**

---

## ARMAMENT, AVIONICS, ELECTRICAL, AND INSTRUMENT TECHNICIAN

**SUMMARY:** Performs inspections, checks, troubleshooting, repair, overhaul, maintenance and preservation of avionics and similar equipment. Performs calibration of tools and equipment. Performs boresighting operations.

**ESSENTIAL DUTIES AND RESPONSIBILITIES:**

1. Must be able to work with and maintain standard and non-standard test equipment, instruments, meters, and gauges used in troubleshooting, repair, and overhaul of aircraft armament, avionics, electrical, and instrument systems.
2. Performs inspection, functional check, troubleshooting, modification, repair, overhaul, and maintenance and preservation of avionics, radio, electromechanical, radar, navigation, autopilot, automatic stabilization, instrument, ASE equipment, photo and armament systems, components, and parts.
3. Works with design, test, and development personnel in adapting new armament, avionics, electrical, and instrumentation designs to aircraft installations; and fabricates/assembles the needed wires, panels, and test and recording devices to accomplish the assigned job.
4. Performs in-house calibration requirements of tools and equipment used by employees in this and lower classifications.
5. May be required to participate in aerial flights.
6. Performs boresighting operations that require both mechanical and electrical adjustments. This classification will work with the classification of Aircraft Armament Technician in accomplishing the boresighting operation. When boresighting operations require only mechanical adjustments, i.e., when there are no electrical testing or adjustments in the boresighting operation, the Aircraft Armament Technician will be assigned to perform the boresighting operation.

**OTHER DUTIES AND RESPONSIBILITIES:**

1. Must be able to write, read, and understand and work with blueprints, schematic and engineering drawings, sketches, wiring diagrams, printed circuits and cards, manufacturer's specifications, maintenance manuals, and other reference sources used in avionics, radio, instrument, radar, navigation systems, autopilot, automatic stabilization, photography, armament, and electromechanical fabrication, maintenance, repair, and overhaul.
2. May be required to obtain aircraft run-up authorization.
3. Completes and maintains records and reports as functional assignments require.
4. Operates aircraft towing equipment in aircraft towing operations.

**EDUCATION AND EXPERIENCE:**

1. High school diploma or equivalent—General Educational Development (GED) certificate.
2. Must be a graduate of a recognized school (civilian or military) or show equivalent qualifications for armament electronics/avionics maintenance, repair, and overhaul; or must demonstrate an ability to perform inspection, troubleshooting, major repair, modification, and overhaul of components in aircraft avionics, radio, NAVAID, radar, autopilot, electromechanical, instrument, ASE equipment, and armament systems.

**OTHER REQUIREMENTS:**

1. Must have a broad knowledge of AC/DC electricity, electromechanical components, radio and electronics (state-of-the-art) including radar and navigation, autopilot/automatic stabilization, and armament systems as used in aircraft.
2. Must have a knowledge of, and ability to apply, shop mathematics in the performance of the job.



DEFENDANT'S EXHIBIT

AFS 0002

# SOUTHERN BONE & JOINT REHAB
## OCCUPATIONAL MEDICINE DIVISION
### 1480 ROSS CLARK CIRCLE, S.E.
### DOTHAN, AL 36301

April 06, 2004

D.Keith Granger, M.D.
Southern Bone & Joint Specialist, P.C.
1500 Ross Clark Circle, S.E.
Dothan, AL 36301

Patient: Bennett, Christine R.
SSN: 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
DOI: 03/20/02
Test Date: 04/06/2004

Dear Dr. Granger:

Thank you for referring Ms. Bennett for an FCE.  It was performed on 04/06/2004 and she was very pleasant and cooperative.

**MEDICAL RECORD NUMBER: 4099978**

**DIAGNOSIS: s/p Right TKA revision**

## OUTCOME SUMMARY

1. **Regular Duty Job Title: Avionics technician**
2. **Regular Duty Physical Demands: MEDIUM-HEAVY by best estimate and from patient's verbal job description.**
3. **Valid FCE?  Fully Valid with material handling, ROM, musculoskeletal exertion, etc...**
4. **Patient Physical Demand Level: LIGHT**
5. **Job Match?  NO.  The patient does not demonstrate the ROM, Strength, endurance, or balance to carry out the essential functions of an avionics technician with AFS.  Several tests were stopped due to elevated HR.**
6. **Inappropriate Illness Behavior/Symptom Exaggeration?  Minimal patterns identified.**



DEFENDANT'S EXHIBIT

7. **Recommendations:**

   a. Work release to the LIGHT physical demand classification within the FCE summary sheet guidelines due to poor CV fitness and limited muscular endurance, per judgment of Dr. Granger.

   b. The patient should be fine for constant sitting and upper extremity activity to include assembling, supply, etc., as well as occasional standing and walking activities as outlined on the FCE form.

   c. Continue PT with special emphasis on quad strengthening, gait, cardiovascular fitness, and balance activities.

   d. Perform impairment rating after 4-6 wks of intense CV/muscular endurance exercise if Dr.Granger feels that the patient is at MMI. This exercise may be performed in the pool to decrease joint forces as well as by focusing on UE aerobic exercise. The patient should be able to perform more standing activities if her CV/muscular endurance increases.

## FCE RESULTS

The results indicate that Ms. Bennett is able to work at the LIGHT Physical Demand Level for an 8 hour day according to the Dictionary of Occupational Titles, U.S. Department of Labor, 1991. Her specific acceptable Leg Lift capability was 0.0 lb and Torso Lift capability was 30.0 lb. The patient is unable to squat, but can kneel occasionally as shown below. The detailed results are on the enclosed FCE form.

## BLANKENSHIP SYSTEM RELIABILITY PROFILE

Ms. Bennett exhibited minimal symptom/disability exaggeration behavior by our criteria. She passed 22/26 validity criteria during the FCE, 85%, which suggests good effort and valid results which can be used for medical and vocational planning. Therefore, the minimal symptom/disability exaggeration classification did not affect the FCE results and may have been due to normal personality traits, anxiety regarding re-injury, a misunderstanding of the self report pain scales and other similar factors.

Again, thank you for referring Ms. Bennett for this evaluation. A more detailed narrative report is available upon request.

Sincerely,

Southern Bone & Joint Rehab

Joseph T. McDaniel, MSPT
Director Occupational Medicine

I agree with the above work release guidelines and certify them as medically correct.

D. Keith Granger, M.D.          4/14/04
                                Date

cc:    Chad Falcon

Enclosures:



2004

# FUNCTIONAL CAPACITY EVALUATION

Name: Christine R. Bennett

Age: 35    Sex: F    Ht: 65.5    Wt: 120

Dx:

FCE Date: 04/06/2004

SSN: 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

## MATERIAL HANDLING ABILITY

| WORK ACTIVITY | POSTURE | INFREQUENT | OCCASIONAL | FREQUENT | CONSTANT |
|---|---|---|---|---|---|
| BARRIER LIFT | | 0 lb | 0 lb | 0 lb | 0 lb |
| BACK LIFT | | 35 lb | 30 lb | 0 lb | 0 lb |
| LEG LIFT | | 0 lb | 0 lb | 0 lb | 0 lb |
| POWER LIFT | | 0 lb | 0 lb | 0 lb | 0 lb |
| SHOULDER LIFT | | 25 lb | 20 lb | 0 lb | 0 lb |
| OVERHEAD LIFT | | 25 lb | 20 lb | 0 lb | 0 lb |
| TWO HAND CARRY | | 15 lb | 5 lb | 0 lb | 0 lb |
| ONE HAND CARRY | | 15 lb | 5 lb | 0 lb | 0 lb |
| WALKING PUSH/PULL | | 24/24 lb | 20/20 lb | 0 lb | 0 lb |
| STANDING PUSH/PULL | | 24/24 lb | 0 lb | 0 lb | 0 lb |

## NON MATERIAL HANDLING ABILITY

| WORK ACTIVITY | POSTURE | QUALIFICATION | WORK ACTIVITY | POSTURE | QUALIFICATION |
|---|---|---|---|---|---|
| BENDING | | OCCASIONAL | STAIR CLIMBING | | INFREQUENT |
| SQUATTING | | NO | LADDER CLIMBING | | NO |
| KNEELING | | OCCASIONAL | CRAWLING | | NO |

## REPETITIVE & STATIC WORK ABILITY

| WORK ACTIVITY | POSTURE | QUALIFICATION | WORK ACTIVITY | | POSTURE | QUALIFICATION |
|---|---|---|---|---|---|---|
| SITTING | | CONSTANT | ARM CONTROLS: | RIGHT | | LIGHT |
| STANDING | | OCCASIONAL | | LEFT | | LIGHT |
| WALKING | | OCCASIONAL | LEG CONTROLS: | RIGHT | | LIGHT |
| FORWARD REACHING | | INFREQUENT | | LEFT | | LIGHT |
| OVERHEAD REACHING | | OCCASIONAL | FINE HAND: | RIGHT | | YES |
| CRITICAL BALANCING | | NO | | LEFT | | YES |

## WORK CLASSIFICATION

LIGHT

## ADDITIONAL COMMENTS

## AUTHORIZATION

I certify that these FCE results represent the patient's current work ability within the limitations of the testing process.    EVALUATOR  04/06/2004

Date

Joseph T. McDaniel, MSPT

I agree with these work restrictions with any changes I have made, they can be used for the return to work process.    DOCTOR

4/14/04

Date

### FUNCTIONAL CAPACITY EVALUATION WORK DEFINITIONS

| STRENGTH CLASSIFICATION | SEDENTARY | SEDENTARY-LIGHT | LIGHT | LIGHT-MEDIUM | MEDIUM | MEDIUM-HEAVY | HEAVY | VERY HEAVY |
|---|---|---|---|---|---|---|---|---|
| MATERIAL HANDLING | 1-10 lb | 11-15 lb | 16-20 lb | 21-35 lb | 36-50 lb | 51-75 lb | 76-100 lb | Over 100 lb |
| SITTING | CONSTANT | CONSTANT | CONSTANT | CONSTANT | CONSTANT | CONSTANT | CONSTANT | CONSTANT |
| STANDING/WALKING | OCCASIONAL | FREQUENT | CONSTANT | CONSTANT | CONSTANT | CONSTANT | CONSTANT | CONSTANT |
| FREQUENCY DEFINITIONS | | INFREQUENT | OCCASIONAL | FREQUENT | CONSTANT | | | |
| PERCENT OF DAY | | 1-2% | 3-33% | 34-66% | 67-100% | | | |
| MATERIAL HANDLING REPETITIONS | | 1-4 | 5-32 | 33-250 | 251-2,000 | | | |
| NON-MATERIAL HANDLING REPETITIONS | | 1-4 | 5-32 | 33-250 | 251-2,000 | | | |
| REPETITIVE WORK REPETITIONS | | 1-50 | 51-250 | 250-1,000 | 1,000-20,000 | | | |

NOTE: Extrapolations May Have Been Included

NOTE: Normal Breaks are Assumed for All Workers

The Blankenship System Functional Capacity Evaluation

© Quest Medical Group, Inc., Macon, GA, 1993-2000



# SOUTHERN BONE & JOINT REHAB
## OCCUPATIONAL MEDICINE DIVISION
### 1480 ROSS CLARK CIRCLE, S.E.
### DOTHAN, AL 36301

---

## MEASUREMENTS & ASSESSMENT FOR PHYSICIAN DETERMINED IMPAIRMENT

**PATIENT:**                     CHRISTINE BENNETT (_QQ78_ )
**SSN:**                         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                                      04/06/04
**DIAGNOSIS CODE:**              RIGHT TOTAL KNEE REVISION
**REFERRING PHYSICIAN:**         KEITH GRANGER, M.D.
**PHYSICAL THERAPIST:**          JOSEPH MCDANIEL, MSPT

Dear Dr. Granger:

Ms. Bennett was evaluated for impairment consideration regarding her S/P right total knee arthroplasty revision. This evaluation is conducted to the <u>AMA Guides to the Evaluation of Permanent Impairment, 4th Edition</u>, hereafter referred to as <u>The Guides</u>.

<u>LOSS OF MOTION:</u>  Right knee 5° to 90°.

<u>STRENGTH:</u>  Grossly 4+/5 throughout the right knee.

<u>EDEMA:</u>  Girth measurements revealed 36cm at the right knee joint, 35cm at the left knee joint.

<u>QUAD ATROPHY:</u>  Girth measurements revealed 37cm on the right at 10cm above the superior patella, and 41cm at the left knee at 10cm above the superior patella.

<u>STATIC POSTURE:</u>  The knee is held in approximately 8° of valgus.

<u>PAIN:</u>  The patient is reporting constant pain in a 7-8/10 range.

**RECOMMENDED IMPAIRMENT:**  The diagnosis based impairment method was used, which is tables 64 and 66 in <u>The Guides</u>.  Consideration is given to pain, in which the patient scored 10 points; range of motion, in which the patient scored 19 points; stability, in which the patient scored 25 points; then deductions are made based on alignment of the knee flexion contracture and extension lag.  The patient has a 5° extension lag, which scored her five points.  No flexion contracture, and the knee is held in 8 to 9° of valgus, which scored the patient six points. This results in 54 minus 11, for a total of 43 points.  This converts to an impairment of 75% of the lower extremity and 30% of the whole person, per table 64 in <u>The Guides</u> and is the recommended impairment at this time.

Thank you very much for this referral.  Please let me know if there are any questions or considerations you would like to see included with this impairment evaluation.

Sincerely,



JOSEPH MCDANIEL, MSPT
DIRECTOR, OCCUPATIONAL MEDICINE DIVISION

JM/mt

DD: 04/08/04
DT: 04/12/04

Granger 154

PATIENT:
SSN:

**CHRISTINE BENNETT** ( _____ )
**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**

04/06/04
PAGE 2

I agree with the above Impairment Rating and certify as medically correct.

_____          4/14/04
KEITH GRANGER, M.D.                         DATE

The Blankenship System

FCE

DETAILED NARRATIVE REPORT

Patient: Bennett, Christine R.
SSN: 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
DOI: 03/20/02
Test Date: 04/06/2004

## INFORMED CONSENT

Prior to the evaluation, informed consent was obtained. Ms. Bennett was informed that she would not be asked to perform any activity she did not feel she could perform and she could stop any test secondary to pain, if she desired. She was instructed to exert her best effort on each test with no pain increase.

## PERSONAL DATA

Height: 65.5 inches
Weight: 120 lb
Age: 35
Body Build: Average
Race: Caucasian
Smoking History: less than 1 pack/day
WC or PI Attorney:

## PROBLEM

Ms. Bennett reports an injury on 03/20/02 and she reports the following information about her injury:

Primary Injury: Knee            Side: Right

History: 35 YOWM who tripped over a box while working on 3/20/02 resulting in injury. Subsequently she has had 4 knee surgeries with the most recent being a TKA revision due to staph. infection on 12/9/03.

Diagnosis: Right TKA

Procedures: same

Symptoms: pain, swelling, trouble walking, very weak muscles

Cardiac History: No

Hypertension: No

Medications: No

Bennett, Christine R.                                    1



DEFENDANT'S EXHIBIT

Sinus Rhythm: Regular

Job Specific: Yes

DOT Category: Professional, Technical and Managerial

Occupation: Avionics technician

Critical Demands:
climbing of aircraft
squatting, bending, lifting, kneeling
frequent lifting of 30 pounds

Estimated PDC: MEDIUM

DAILY 24-HOUR PROFILE
Prior to the evaluation, the patient is asked how a typical day is spent between sleeping, walking, and sitting. The total must equal 24 hours. The patient's results are below.

| | |
|---|---|
| Sleeping or Lying | 8 hrs. |
| Standing or Walking | 6 hrs. |
| Sitting | 10 hrs. |
| TOTAL | 24 hrs. |

Ms. Bennett reports that she has a driver's license and can drive or ride in a car for 1 hours before needing a rest.

POSTURE
The patient's joint posture(s) are characterized by the following:

KNEE
Genu Valgus
Standing with Knee Flexion
Quad Atrophy Right
ANKLE & FOOT
Right Foot Supination (Varus)
Right Calf Atrophy

Neurological - Back & Lower Extremities

| | LEFT | RIGHT |
|---|---|---|
| L2 | N/T | Normal |
| L3 | N/T | Decreased |
| L4 | N/T | Normal |
| L5 | N/T | Decreased |
| Regional Loss | | No |

TENDERNESS
Palpation was performed for deep tenderness and the following areas were found to be tender:

| KNEE | LEFT | RIGHT |
|---|---|---|
| Joint Swelling | N/T | Moderate |
| Patella | N/T | Slight |
| Medial Joint Line | N/T | Moderate |
| Pes Anserinus | N/T | Moderate |
| Lateral Joint Line | N/T | Moderate |

Bennett, Christine R.                    2

Bennett v. AFS
Plaintiff 00377

## MANUAL MUSCLE TESTING
The results of the Manual Muscle Test(s) are listed below.

| Muscle Tested | LEFT | RIGHT | DEFICIT | COGWHEEL |
|---|---|---|---|---|
| **KNEE** | | | | |
| Semitendinosus/Membranosus | N | N | 0% | None |
| Biceps Femoris | N | N | 0% | None |
| Quadriceps | N | N | 0% | None |

## GONIOMETRY
Goniometry measurements were taken according to protocol described in Guides to the Evaluation of Permanent Impairment, AMA, 4th Edition, 1993. The patient is asked to move their joint as far as they are able to move and their maximum bending angle is documented. Repeat trial consistency is one of the primary validity criteria to determine if the results are valid and can be used as a measure of the patient's medical impairment and flexibility. Test validity is also determined by observing the patient's joint range of motion while they are distracted by another task. The data should not be used if the range of motion improves by distraction compared to the measured motion. Right to left deficits can be calculated to determine the amount of loss of motion due to the injury or disease. Goniometry may be used to determine improvement in a treatment or rehabilitation program. Ms. Bennett's results are listed below.

| KNEE | LEFT | RIGHT |
|---|---|---|
| Flexion | 135.0 | 85.0 |
| Extension | 0.0 | 5.0 |

## GAIT PATTERN
Ms. Bennett does not use a cane during ambulation. Her speed is slow, there is no splinting, no holding, the movement patterns are asymmetrical, and there is poor correlation with the pain rating. She exhibits a knee pain limp and her behavior is appropriate.

## REPETITIVE MOVEMENT TESTS
The Repetitive Movement Tests (RMT) evaluate the patient's ability to perform four common work activities, Repetitive Bending, Squatting, Kneeling, and Overhead Reaching. They are asked to perform one repetition and 10 repetitions at a controlled speed for all three movements and 10 fast repetitions for Bending and Overhead Reaching. The test results are analyzed for each test sequence before proceeding to the next test sequence. Any test is stopped if pain increases significantly or at the patient's request. Consistency of the movement patterns, willingness to move, pain, spasm, symmetry of motion, velocity of motion, and end range stretch are critically evaluated and an estimation is made regarding the patient's ability to move during an 8 hour work shift. Additional RMT tests are performed on the Hands, Wrists, Forearms or Neck for injuries to those areas. The results of Ms. Bennett's evaluation are list below.

| | | PAIN RATINGS | |
|---|---|---|---|
| | | Joints Stressed | Primary Injury |
| | PRE TEST: | | 7/10+ |
| Forward Bending Classification: | Frequent | 7/10+ | 7/10+ |
| Squatting Classification: | No | 7/10+ | 8/10+ |
| Overhead Reaching Classification: | Frequent | 7/10+ | 7/10+ |
| Hand Open - Close Classification: | Frequent | 7/10+ | 7/10+ |
| | POST TEST: | | 6/10+ |

## FORWARD BENDING - 1 TIME CONTROLLED
The range of motion was normal, the speed was average, there was no end range stretch, the movement pattern was symmetrical, the behavior was normal, and the movement pattern had equivocal correlation with the pain rating which was 7/10+.

## FORWARD BENDING - 10 TIMES CONTROLLED
The range of motion was normal, the speed was slow, there was end range stretch, the movement pattern

Bennett, Christine R.                    3

**Bennett v. AFS**
**Plaintiff 00378**

was symmetrical, the behavior was normal, and the movement pattern had equivocal correlation with the pain rating which was 7/10+.

## FORWARD BENDING - 10 TIMES FAST (Normal < 14.0 seconds)
Ms. Bennett completed 10 repetitions in 15 seconds. The range of motion was normal, the speed was slow, there was end range stretch, the movement pattern was symmetrical, the behavior was normal, and the movement pattern had equivocal correlation with the pain rating which was 7/10+.

## SQUATTING - 1 TIME CONTROLLED
The range of motion was markedly decreased, the speed was very slow, the behavior was one of overreaction, and the movement pattern did not correlate with the pain rating which was 8/10+.

## OVERHEAD REACHING - 1 TIME CONTROLLED
The range of motion was normal, the speed was average, there was end range stretch, the behavior was normal, and the movement pattern correlated with the pain rating which was 7/10+.

## OVERHEAD REACHING - 10 TIMES CONTROLLED
The range of motion was normal, the speed was average, there was end range stretch, the behavior was normal, and the movement pattern correlated with the pain rating which was 7/10+.

## OVERHEAD REACHING - 10 TIMES FAST (Normal < 7.0 seconds)
Ms. Bennett completed 10 repetitions in 6 seconds. The range of motion was normal, the speed was average, there was end range stretch, the behavior was normal, and the movement pattern correlated with the pain rating which was 7/10+.

## HAND OPEN - CLOSING - 1 TIME CONTROLLED
The range of motion was normal, the speed was average, there was end range stretch, the behavior was normal, and the movement pattern correlated with the pain rating which was 7/10+.

## HAND OPEN - CLOSING - 10 TIMES CONTROLLED
The range of motion was normal, the speed was average, there was end range stretch, the behavior was normal, and the movement pattern correlated with the pain rating which was 7/10+.

## HAND OPEN - CLOSING - 10 TIMES FAST (Normal < 4.0 seconds)
Ms. Bennett completed 10 repetitions in 5 seconds. The range of motion was normal, the speed was average, there was end range stretch, the behavior was normal, and the movement pattern correlated with the pain rating which was 7/10+.

## DISTRACTED MOVEMENT PATTERNS
The patient's movement patterns are observed directly during any Pre-FCE activities, which may include a Musculoskeletal Evaluation, a Gait Analysis, and the Repetitive Movement Tests. They are then observed by distraction throughout the FCE. If there are any improvements in the movement patterns by distraction, including increased range of motion, increased velocity, improved quality, decreased holding, decreased splinting, decreased limping, or any other change which signifies an improvement in the patient's movement ability, or if the patient's pain behavior decreases or their affect improves compared to the Pre-FCE activities, the Musculoskeletal Evaluation, the Gait Analysis or the Repetitive Movement Tests, it indicates that the patient's movement ability is better than what was demonstrated by direct observation when they were given ample opportunity to demonstrate their best performance. This represents a failed validity criteria, a non-organic sign, and suggests that the patient is attempting to control the test results to demonstrate more pain and disability than are actually present, the motivation of which is not known.

## SUMMARY OF OBSERVED DISTRACTED MOVEMENT PATTERNS
Ms. Bennett's movement patterns did not change by distraction during the remainder of the FCE; therefore, the results of the Repetitive Movement Tests are considered valid.

## STATIC STRENGTH TESTS

Bennett, Christine R.                                    4

Bennett v. AFS
Plaintiff 00379

Static Whole Body Strength Tests are performed according to the protocol documented in Ergonomics Guide for the Assessment of Human Static Strength, D.B. Chaffin, Ph.D., AIHA J., 1975; Functional Capacity Evaluation: The Procedure Manual, K. L. Blankenship, Macon, GA, 1994; and The Protocol Manual, K. L. Blankenship, Macon, GA, 1998. Six whole body test postures are documented in the Work Practices Guide for Manual Lifting, NIOSH, Cincinnati, OH, 1981, and two postures, Pushing and Pulling, were designed by Keith L. Blankenship, P.T.. Only selected postures are tested depending upon the patient's condition and the necessity for the data. Test validity is determined by the following criteria:

1. Coefficient of Variation of the Mean Forces for each test
2. Coefficient of Variation of the Last Two Mean Forces for each test
3. The Curve Coefficient of Variation of each exertion of each test
4. Visual Analysis of the Force Curves for each test
5. A Fatigue Response over 5 seconds for each curve for each test
6. Percentiles of Strength for each posture
7. The Presence of a Functional Strength Deficit
8. Results of the Pain Replication Test
9. The Relationship between the postures
10. The percent between a repeated series of a test posture
11. The patient's test behavior

A summary of Ms. Bennett's results is listed on the table below.

PRE TEST PAIN: 8/10+
PRE TEST HR: 101

| STATIC TEST | PEAK FORCE | MEAN FORCE | CV | FATIGUE | PERCENTILE | PAIN |
|---|---|---|---|---|---|---|
| Arm Lift | 41.0 lb | 41.0 lb | | | 36% | 8/10+ |
| Hi Near Lift | 49.0 lb | 47.0 lb | | | 22% | 9/10+ |
| Hi Far Lift | 24.0 lb | 20.0 lb | | | 10% | 9/10+ |
| Back Lift | 30.0 lb | 25.0 lb | | | 5% | 9/10+ |
| Push | 43.0 lb | 42.0 lb | | | 7% | 8/10+ |

POST TEST HR: 121
POST TEST PAIN: 10/10+

## OCCASIONAL AND INFREQUENT MATERIAL HANDLING TESTS (OMH AND IMH)

The tests for Infrequent and Occasional Material Handling are documented in The Design of Manual Handling Tasks: Revised Tables of Maximum Acceptable Weights and Forces, S.H. Snook and V.M. Ciriello, Ergonomics, 1991. IMH is defined as 1-4 lifts per day and OMH is defined as 5-32 lifts per day, spread out over the course of the day. The evaluator makes the decision regarding how many tests are requested from the patient, but a routine protocol involves all postures tested for OMH and only selected postures tested for IMH. Up to four decision making paradigms may be used for the IMH and OMH weights, Psychophysical, Kinesiophysical, Statistical and Computerized. Psychophysical is a form of testing where the patient chooses the acceptable weights based on their pain, their anxiety regarding reinjury, their level of strength and fitness and their inherent motivation to perform material handling following their injury. Kinesiophysical is a form of testing where the evaluator makes the decision about the acceptable weight considering items such as, the medical impairment, confirmed pain levels, range of motion, velocity of movement, body mechanics and forced body mechanic changes, the appearance of muscle strain, muscle recruitment patterns, counterbalancing strategies, patient stability and the general appearance of overload. The Statistical approach considers databases and known statistical patterns which can show whether or not a person is working within acceptable patterns for their sex, strength levels and fitness levels. The fourth decision making method is Computerized Isoinertial Lifting (CIL). CIL objectively documents the acceleration and deceleration forces and patterns which provides the most accurate measures of pain inhibition and biomechanical overload.

The IMH and OMH tests are started at submaximal weights and the weight is progressively increased at safe levels until the proper weight is identified for the safe frequency. The patient is not asked to complete any test they feel is too difficult or which would place them at risk of injury, but they are asked to exert their best effort to achieve their maximum safe lifting ability.

Bennett, Christine R.                                    5

Bennett v. AFS
Plaintiff 00380

The Maximum Weight Lifted (MWL) is the heaviest weight the patient completes or attempts for each posture. The OMH Result Weight is the weight that all of the data identifies as the safe and acceptable weight for each posture for handling 5-32 times per day and the IMH weight is the safe and acceptable weight for selected postures for 1-4 times per day. The Percentile Rank is how the patient compares to Snook and Ciriello's Database of Healthy, Industrial Norms. The OMH-HR is the heart rate documented for the OMH weight and the IMH/OMH Pain is the amount of pain reported by the patient for the IMH and OMH weights. Lifting and Carrying are recorded by weight and Pushing and Pulling are recorded by force exerted, not the weight or mass of the object moved. The worker's OMH weights are compared to the Dictionary of Occupational Titles, U.S. Department of Labor, 1991, Vol. I and II, called the DOT Physical Demand Levels, which are shown below.

| DOT CLASSIFICATION | OMH WEIGHTS |
|---|---|
| Sedentary | 1-10 lb |
| Light | 11-20 lb |
| Medium | 21-50 lb |
| Heavy | 51-100 lb |
| Very Heavy | over 100 lb |

Extrapolations are also made between the five DOT categories to offer a more specific description of the worker's ability. These new categories are shown below with the DOT Categories.

| STRENGTH CLASSIFICATION | OMH WEIGHTS |
|---|---|
| Sedentary | 1-10 lb |
| Sedentary-Light | 11-15 lb |
| Light | 16-20 lb |
| Light-Medium | 21-35 lb |
| Medium | 36-50 lb |
| Medium-Heavy | 51-75 lb |
| Heavy | 76-100 lb |
| Very Heavy | over 100 lb |

A summary of Ms. Bennett results is listed on the table below.

PRE TEST PAIN: 7/10+
PRE TEST HR: 120

| OMH TEST | MWL WEIGHT | IMH RESULT WEIGHT | OMH RESULT WEIGHT | PERCENTILE RANK | OMH HR | IMH/OMH PAIN |
|---|---|---|---|---|---|---|
| Back Lift | 35.0 lb | 35.0 lb | 30.0 lb | 23% | 156 | 7/10+ |
| Shoulder Lift | 25.0 lb | 25.0 lb | 20.0 lb | 3% | 108 | 8/10+ |
| Overhead Lift | 25.0 lb | 25.0 lb | 20.0 lb | 6% | 96 | 8/10+ |
| Carry | 10.0 lb | 15.0 lb | 10.0 lb | 1% | 121 | 8/10+ |
| One Hand Carry | 10.0 lb | 15.0 lb | 10.0 lb | 1% | 121 | 9/10+ |
| D. Push/Pull | 24.0 lb | 24.0 lb | 20.0 lb | 10% | 144 | 8/10+ |

POST TEST HR: 96
POST TEST PAIN: 9/10+

PSYCHOPHYSICAL LIMITATIONS
Back Lift: Maximum Preferred

KINESIOPHYSICAL LIMITATIONS
Back Lift: Slowed Velocity/Muscular Strain
Back Lift: Aerobic End Point

PSYCHOPHYSICAL LIMITATIONS
Shoulder Lift: Maximum Preferred

Bennett, Christine R.                        6

Bennett v. AFS
Plaintiff 00381

KINESIOPHYSICAL LIMITATIONS
Shoulder Lift: Slowed Velocity/Muscular Strain
Shoulder Lift: Facial/Neck/Arm Strain

PSYCHOPHYSICAL LIMITATIONS
Overhead Lift: Maximum Preferred

KINESIOPHYSICAL LIMITATIONS
Overhead Lift: Slowed Velocity/Muscular Strain
Overhead Lift: Facial/Neck/Arm Strain
Overhead Lift: Loss of Stability

PSYCHOPHYSICAL LIMITATIONS
Carry: Maximum Preferred
Carry: Breathing Difficulties

KINESIOPHYSICAL LIMITATIONS
Carry: Slowed Velocity/Muscular Strain

PSYCHOPHYSICAL LIMITATIONS
Dynamic Push/Pull: Maximum Preferred
Dynamic Push/Pull: Breathing Difficulties

KINESIOPHYSICAL LIMITATIONS
Dynamic Push/Pull: Slowed Velocity/Muscular Strain
Dynamic Push/Pull: Excessive Struggle
Dynamic Push/Pull: Aerobic End Point

EXTRAPOLATIONS FROM THE STATIC TESTS TO THE OMH ACTIVITIES
The results of the Static Strength Tests are used to extrapolate the patient's Occasional Material Handling (OMH) ability. There are several research papers which support these extrapolations with a potential error of approximately 25%. The extrapolations here are based on unpublished research described in Functional Capacity Evaluation: The Procedure Manual, K. L. Blankenship, Macon, GA, 1994. Three extrapolations are made. The "OMH Expected Extrapolation" is the approximate weight or force the patient should be able to manage dynamically. The "OMH High Extrapolation" is the maximum weight or force the patient should be able to manage dynamically. The "OMH Low Extrapolation" is the minimum Occasional Material Handling weight or force the patient should achieve. The "OMH Maximum Weight Lifted (MWL) Result" is the maximum weight the patient lifted during the Occasional Material Handling Tests. The "Validity Rating" is based on whether the patient's "OMH Maximum Weight Lifted (MWL) Result" is within the High and Low Extrapolation range. If the "OMH Maximum Weight Lifted (MWL) Result" is less than the Low Extrapolation, this suggests that the patient performed submaximally on the Occasional Material Handling Tests, unless otherwise justified. If the patient lifts a weight dynamically which is greater than the OMH High Extrapolation, this suggests submaximal effort on the Static Strength Tests. Either of these findings represents a failed validity criteria. There are two reasons why persons who are passing more than 70% of their FCE Validity Criteria may fail one or more of the validity criteria for these extrapolations.

1. They may have allowed a greater pain increase during the Static Strength Tests than they allowed during the Occasional Material Handling Tests.

2. They may have experienced pain in a part of the range of motion during the Occasional Material Handling Tests which was not experienced during the Static Strength Tests.

Ms. Bennett's results are listed on the table below.

Bennett v. AFS
Plaintiff 00382

| OMH DYNAMIC ACTIVITY | OMH HIGH EXTRAP | OMH EXPECTED EXTRAP | OMH LOW EXTRAP | OMH MWL RESULT | VALIDITY CRITERIA |
|---|---|---|---|---|---|
| Back Lift | 18.3 lb | 12.5 lb | 9.5 lb | 35.0 lb | Invalid |
| Shoulder Lift | 44.7 lb | 30.8 lb | 23.0 lb | 25.0 lb | Valid |
| Overhead Lift | 29.1 lb | 20.1 lb | 15.1 lb | 25.0 lb | Valid |
| Carry | 47.6 lb | 32.8 lb | 24.6 lb | 10.0 lb | Invalid |

## HAND TESTS

A series of tests are performed for Maximum Grip And Pinch Strength described in Grip and Pinch Strength Normative Data for Adults, V. Mathiowetz, et.al., Arch PM&R, 1985, and tests for Gross and Fine Motor Control using the Purdue Pegboard. There are a number of validity criteria indicating the degree of effort documented in The Seriously Uninjured Hand: Weakness of Grip, H. M. Stokes, JOM, 1983, Detecting Sincerity of Effort When Measuring Grip Strength, B. Niebuhr and R. Marion, Am. J. PM, 1987, Detection of Submaximal Effort by Use of the Rapid Exchange Grip, D. Hildreth, et.al., J. Hand Surg., 1989, and Functional Capacity Evaluation: The Procedure Manual, Keith L. Blankenship, Macon, GA, 1994. The Hand Grip and Pinch Grip tests may also be repeated a second or third time in order to verify the validity of the patient's effort and to evaluate for pain and fatigue responses.

Ms. Bennett's results are listed on the table below.

DOMINANT HAND - Right                                    PRE TEST PAIN: 7/10+

| TEST NAME | | STRENGTH | PERCENTILE RANK | STRENGTH DEFICIT |
|---|---|---|---|---|
| Hand Grip | Rt | 87.0 lb | 88% | 14% - Lt |
| | Lt | 75.0 lb | 77% | 0% |
| Key Pinch | Rt | 17.0 lb | 57% | 6% - Lt |
| | Lt | 16.0 lb | 50% | 0% |
| Palmar Pinch | Rt | 23.0 lb | 90% | 0% |
| | Lt | 23.0 lb | 95% | 0% |

| TEST NAME | TRIAL 1 | | TRIAL 2 | | TRIAL 3 | |
|---|---|---|---|---|---|---|
| | Lt | Rt | Lt | Rt | Lt | Rt |
| MAX Grip - 1 | 67.0 lb | 80.0 lb | 75.0 lb | 79.0 lb | | |
| MAX Grip - 2 | 75.0 lb | 87.0 lb | 72.0 lb | 80.0 lb | | |
| MAX Grip - 3 | 75.0 lb | 86.0 lb | | | | |
| Key Pinch - 1 | 16.0 lb | 17.0 lb | | | | |
| Key Pinch - 2 | 15.0 lb | 17.0 lb | | | | |
| Palmar Pinch - 1 | 19.0 lb | 23.0 lb | | | | |
| Palmar Pinch - 2 | 23.0 lb | 23.0 lb | | | | |
| Palmar Pinch - 3 | 22.0 lb | 23.0 lb | | | | |

POST TEST PAIN: /10+

## HAND FUNCTION CLASSIFICATION

The patient's ability to use their Upper Extremities and Hands for work is calculated by an algorithm including their demonstrated strength on the Static Strength Tests and the Occasional Material Handling Tests, their Fine Motor Skills scored by the Purdue Pegboard and their observed skill throughout the FCE. The patient's Hand Function is classified on the table below.

| HAND FUNCTION CLASSIFICATION | LEFT | RIGHT |
|---|---|---|
| Simple Grasp | XX | XX |
| Fine Motor Skills | XX | XX |
| Low Speed Assembly | XX | XX |

## PURDUE PEGBOARD ASSEMBLY TEST

| TRIAL 1 | TRIAL 2 | TRIAL 3 | AVERAGE | PERCENTILE |
|---|---|---|---|---|

Bennett, Christine R.                                    8

| 32 | 36 | 40 | 36.0 | 20% |
|---|---|---|---|---|

The results of the Purdue Pegboard Assembly Test indicate that Ms. Bennett has excellent fine motor skills and is qualified for Assembly Tasks of pieces in the 1-4 mm. range or larger at a Non Production Rate, but she should be capable of a Production Rate with a short period of training or job acclimation; therefore, she is classified as High Speed Trainable.

## NON-MATERIAL HANDLING TESTS (NMH)

The patient is tested on the selected work stations for the Non-Material Handling and Repetitive Activities. In many cases, the data can be extrapolated from the Material Handling Tests and other tests such as the Repetitive Movement tests. The amount of time spent Standing, Walking, and Sitting is obtained from the Activity Profile and the amount of time the patient actually performs these activities throughout the FCE. Stair Climbing, Balancing, and Crawling are directly tested. The ability to use Arm or Leg controls is tested directly or the data is extrapolated from the Static Strength Tests and/or the Material Handling Tests according to the criteria in the Dictionary of Occupational Titles, U.S. Department of Labor, 1991. Professional judgment is required for the NMH decisions since time does not permit exhaustive testing for each activity and there is no published research or database to assist with these decisions. There are also an extremely limited number of validity criteria for the NMH activities. This is a more subjective part of the FCE process; therefore, patient cooperation is required for reliable results. Ms. Bennett's results are listed on the table below.

PRE TEST PAIN: 4/10+

| ACTIVITY TESTED | QUALIFICATION |
|---|---|
| SITTING | Constant |
| Pre FCE Sitting | : |
| FCE Sitting | : |
| Post FCE Sitting | : |
| STANDING | Occasional |
| FCE Standing | : |
| WALKING | Occasional |
| FCE Walking | : |
| BENDING | Frequent |
| Other Test | 0 Reps |
| SQUATTING | No |
| Other Test | 0 Reps |
| KNEELING | Occasional |
| Other Test | 0 Reps |
| CRAWLING | No |
| 30 sec. Test | Poor |
| Constant Test | N/T |
| ARM CONTROLS - RIGHT | Light |
| ARM CONTROLS - LEFT | Light |
| Arm Pull | 0.0 lb |
| Other Test | 0 Reps |
| LEG CONTROLS - RIGHT | Light |
| LEG CONTROLS - LEFT | Light |
| Leg Push - Right | 0.0 lb |
| Leg Push - Left | 0.0 lb |
| Other Test | 0 Reps |
| STAIR CLIMBING | Occasional |
| Pre Test H.R. | 96 |
| Test H.R. 1 - 30 steps | 121 |
| Test H.R. 2 - 70 steps | 168 |
| Test H.R. 3 - 105 steps | 0 |
| 3 min. Stand H.R. | 108 |
| Post RPE | 19 |

Bennett, Christine R.                                                  9

Bennett v. AFS
Plaintiff 00384

| | |
|---|---|
| Cardiac Rhythm | Regular |
| Steps Climbed | 70 |
| LADDER CLIMBING | No |
| Pre Test H.R. | 96 |
| Distance Climbed | 7.0 ft |
| Post Test H.R. | 101 |
| 3 min. Stand H.R. | 96 |
| Post RPE | 17 |

## PSYCHOPHYSICAL LIMITATIONS
Maximum Preferred
Breathing Difficulties

## KINESIOPHYSICAL LIMITATIONS
Obvious Fatigue Present
Aerobic End Point

## BODY MECHANICS
The patient's utilization of body mechanics is observed throughout the evaluation. The body mechanics they use intuitively when distracted usually represents what they use naturally during work and leisure activities, even though they may report using a different style. Based on their injury and the amount of weight they are capable of lifting, recommendations may be made in order to decrease the risk for future injury relative to improper body mechanics. Ms. Bennett's body mechanics are classified on the table below.

| TEST SEQUENCE | PREFERRED POSTURE | BODY MECHANICS |
|---|---|---|
| OMH | Back | Fair |

## PERCENTILE OF STRENGTH PROFILE
The percentiles of strength for all of the activities tested are analyzed for specific variations. Most individuals will have a percentile ranking which is reasonably consistent across all tests. Specific variations may indicate weakness secondary to pain, neurological deficits, disuse atrophy, poor cardiovascular fitness, or specific lifestyle trends. The patient's strength may be characterized by the word descriptors on the table below.

| PERCENTILE PROFILE | PERCENTILE CLASSIFICATION |
|---|---|
| Exceptional | 90-99% |
| Excellent | 80-89% |
| Well Above Average | 70-79% |
| Above Average | 60-69% |
| Average | 41-59% |
| Below Average | 31-40% |
| Well Below Average | 21-30% |
| Poor | 11-20% |
| Very Poor | 1-10% |

Ms. Bennett's results are listed on the table below.

| FCE TEST | PERCENTILE RANK |
|---|---|
| OMH - Back Lift | 23% |
| OMH - Shoulder Lift | 3% |
| OMH - Overhead Lift | 6% |
| OMH - Carry | 1% |
| OMH - One Hand Carry | 1% |
| OMH - Dynamic Push/Pull | 10% |
| Hand Grip - Rt | 88% |

Bennett, Christine R.                                    10

Bennett v. AFS
Plaintiff 00385

| | |
|---|---|
| Hand Grip – Lt | 77% |
| Key Pinch – Rt | 57% |
| Key Pinch – Lt | 50% |
| Palmar Pinch – Rt | 90% |
| Palmar Pinch – Lt | 95% |
| Purdue Pegboard | 20% |

| TEST MODULE | AVERAGE PERCENTILE | PERCENTILE PROFILE |
|---|---|---|
| Occasional Material Handling | 7% | Very Poor |
| Hand Grip | 83% | Excellent |
| Pinch Grip | 73% | Well Above Average |
| Overall Average | 42% | Average |

## HEART RATE PROFILE

The patient's heart rate is documented at periodic intervals throughout testing. The data is used to determine the patient's suitability for work relative to their level of cardiovascular fitness, which is measured while the patient is actually working. This profile is felt to be more appropriate than a low level fitness evaluation performed on steps, treadmill, or bicycle ergometer because this profile is specific to work activities. If the patient's heart rates exceed their acceptable levels, a cardiovascular fitness program may be necessary prior to return to work. All Continuous Work categories assume that normal breaks are permitted. The acceptable heart rate limits for continuous work are shown below.

| CONTINUOUS WORKING TIME | PERCENT MAX H.R. |
|---|---|
| Continuous Sitting | 30-45% |
| Continuous Standing | 35-50% |
| Continuous Walking | 45-55% |
| Material Handling 10 min. | 75-85% |
| Material Handling 30 min. | 67-75% |
| Material Handling 60 min. | 60-66% |
| Material Handling 4 hrs. | 57-63% |
| Material Handling 8 hrs. | 55-60% |

Ms. Bennett's actual heart rates documented during testing are listed below.

| TEST ACTIVITY | H.R. | % MAX H.R. | B.P. |
|---|---|---|---|
| Pre-Test Sitting | 84 | 45% | 88/50 |
| Static Strength Testing | 121 | 65% | |
| Occasional Material Handling | 96 | 52% | |
| Stair Climbing | 168 | 91% | |
| 3 min. Post Test Standing | 108 | 58% | |
| Post FCE Sitting | 96 | 52% | |
| Post FCE Standing | 108 | 58% | |

### Summary of the Heart Rate Profile

The above Heart Rate Profile indicates a Poor level of cardiovascular fitness for Ms. Bennett. Her overall Validity Profile was classified as valid; therefore, the above heart rate data is considered valid and represents Ms. Bennett's actual level of cardiovascular fitness. If Ms. Bennett wishes to qualify for a higher Physical Demand Classification than she achieved today, it will be necessary to implement a cardiovascular rehabilitation program to improve her level of fitness.

### THE BLANKENSHIP RELIABILITY PROFILE

The Blankenship Reliability Profile includes profiles for Symptom/Disability Exaggeration, Non Organic Signs and Validity. The Symptom/Disability Exaggeration Profile is subjective but the Non Organic Signs and Validity Profiles are objective. Patients scoring invalid on all three profiles are felt to be attempting to control the test results to demonstrate a greater level of disability than what is actually present, the motivation of which is not known. Any one of the three profiles may not be reported if insufficient data

Bennett v. AFS
Plaintiff 00386

exists.

## SYMPTOM/DISABILITY EXAGGERATION PROFILE

Symptom/Disability Exaggeration is a clinical behavior in which the patient's symptoms, pain behavior and disability are out of proportion to their medical impairment and movement patterns observed mainly by distraction. This assessment begins with the patient completing questionnaires which help the evaluator understand the patient's perspective of their symptoms and disability. Next, an intake interview is conducted and the patient's description of their symptoms and disability are correlated with their actual medical impairment. Then, the FCE is conducted and the following observations of the patient are made.

1.   True Pain Behavior
2.   Overreaction Behavior
3.   The Movement Patterns of the Injured Body Part
4.   The Patient's Symptomatic Reports
5.   Non Organic Test Results
6.   True Strength and Strength Deficits
7.   Movement Patterns that Improve by Distraction
8.   General Attitude
9.   Motivation to Cooperate
10.  Deliberate Use of Poor Body Mechanics that Increase Stress on the Injured Body Part

Any significant lack of correlation between the patient's perception of their symptoms and disability and the actual test results, including the observation of normal to near normal movement patterns observed either by direct observation or by distraction, represents Symptom/Disability Exaggeration Behavior. Observing the movement patterns of the injured body part is the best way to determine if any significant level of pain and disability exists due to the neurophysiological relationship that exists between pain and the ability to move. When significant pain is present, the patient is unable to move normally, and when there is no pain, normal movement patterns are possible. Therefore, if a patient reports a high level of pain and disability, but the movement patterns of their injured body part are normal, this is neurophysiologically impossible and the patient is demonstrates Symptom/Disability Exaggerator behavior. The motivation for this behavior is unknown and cannot be discovered by the FCE alone, but one of the most blatant acts of Symptom/Disability Exaggeration behavior is abnormal movement patterns and pain affect demonstrated by direct observation which improve significantly by distraction. The patient must offer a suitable explanation for this finding, or conscious malingering may be assumed.

Since professional judgment is involved, Symptom/Disability Exaggeration behavior is not documented unless there is a significant disparity between the patient's subjective reports and behavior and the evaluator's observations of the patient's actual movement patterns, general behavior and test results. Symptom/Disability Exaggeration behavior generally represents an obstacle to effective rehabilitation and return to work, and an effort should be placed on determining why this inappropriate clinical behavior exists. The scores of Ms. Bennett's questionnaires are classified as follows:

## PAIN QUESTIONNAIRE SUMMARY - CRITERIA SCORED: 10

| | | |
|---|---|---|
| 1/10 in the LOW Category | 10.0% | |
| 0/10 in the MODERATE Category | 0.0% | PAIN Q. PROFILE |
| 9/10 in the HIGH Category | 90.0% | High |

## NUMERIC PAIN RATING PROFILE (0-10+)

| | PAIN RATING |
|---|---|
| Pre-Test Pain | 7/10+ |
| Repetitive Movement Tests | 6/10+ |
| Static Strength Tests | 0/10+ |
| Occasional Material Handling | 9/10+ |
| Continuous Stair Climbing | 9/10+ |
| Post-Test Pain | 10/10+ |
| NUMERIC PAIN RATING PROFILE - High | 6.8/10+ |

Bennett v. AFS
Plaintiff 00387

## MOVEMENT PATTERN CLASSIFICATION
X  The Movement Patterns and Behavior Are Consistent with the Symptoms and Disability
   The Movement Patterns and Behavior Are Not Consistent with the Symptoms and Disability

## SYMPTOM/DISABILITY EXAGGERATION CLASSIFICATION
   Symptom/Disability Exaggeration is Not Present (NSE)
X  Minimal Symptom/Disability Exaggeration Exists (MSE)
   True Symptom/Disability Exaggeration Exists (TSE)
   Overt Symptom/Disability Exaggeration Exists (OSE)

## VALIDITY PROFILE
The Validity Profile is comprised of a cohort of individual tests that collectively help determine whether or not the patient is exerting their best effort during all of the FCE tests. Effort is defined as the physical ability and motivation to complete a task within the individual's pain tolerance. A significant increase in pain is not required. If the patient exerts effort up to the point of a barely perceptible pain increase, or slightly below that level so there is no pain increase at all, then they will pass the overall Validity Profile. If the patient does not pass the overall Validity Profile, then they have not exerted their best effort. The patient cannot assert that they were not able to exert their best effort due to pain since they are not asked to tolerate any pain increase at all, or at least no more than a barely perceptible increase, which everyone can perceive. And since the patient is not asked to perform tasks for which they do not have the physical ability, or if they do not have the physical ability, the test data should reveal that, then the only reason for not passing the overall Validity Profile is that the patient was not motivated to cooperate with the evaluation process and exert their best effort. The patient must then explain why they were not motivated to cooperate with the testing process to demonstrate their current ability to work, and their reason may not be secondary to pain. Therefore, failing the Overall Validity Profile is viewed as a voluntary act of non-compliance with the testing process and with the professionals who requested the test. Current research, submitted to Spine, shows that a strong indicator of whether or not an evaluee is cooperating with and exerting their best effort on a functional test is the Evaluator's professional judgment; however, most of the Validity Criteria of The Blankenship System FCE are based on published research. A few are based on K. Blankenship's unpublished research. The Blankenship System FCE Bibliography sites the published and unpublished works.

It is believed that a reliable overall Validity Profile should contain at least 20 validity criteria. A Validity Profile of less than 20 may also be reliable, but the evaluator must add their professional judgment regarding the reliability of the test results.

There is also an empirical relationship between the number of validity criteria passed and the degree of effort exerted during testing and the reliability of the test results for predicting work performance. This algorithm was developed by K. Blankenship published in the revised edition of, The Blankenship System Functional Capacity Evaluation: The Protocol Manual, revision began in 1996, Macon, GA. That revised algorithm is shown below.

| Validity Criteria Passed | Degree of Effort Word Descriptor | |
|---|---|---|
| 90-100% | Excellent Effort | Valid Results |
| 80-89% | Good Effort | Valid Results |
| 70-79% | Fair Effort | Valid Results |
| 70-75% | Borderline Valid, Results are Conservative | |
| 60-69% | Poor Effort | Borderline Invalid Results |
| <60% | Very Poor Effort | Invalid Results |
| < 20 Criteria | May Be Unreliable, Professional Judgment Required | |

The Validity Criteria for Ms. Bennett are listed below and the Validity of Effort Classification is summarized at the end.

Validity Category                                        Validity

Bennett, Christine R.                          13

Lower Extremity MMT: Cogwheel Release

| | |
|---|---|
| Arm Lift #1: Coefficient of Variation, CV | Valid |
| Arm Lift #1: Force Curve Analysis and the Curve CV | Invalid |
| High Near Lift #1: Coefficient of Variation, CV | Valid |
| High Near Lift #1: Force Curve Analysis and the Curve CV | Valid |
| High Far Lift #1: Coefficient of Variation, CV | Valid |
| High Far Lift #1: Force Curve Analysis and the Curve CV | Valid |
| Back Lift #1: Coefficient of Variation, CV | Valid |
| Back Lift #1: Force Curve Analysis and the Curve CV | Invalid |
| Push #1: Coefficient of Variation, CV | Valid |
| Push #1: Force Curve Analysis and the Curve CV | Valid |
| OMH Extrapolation: Static to Dynamic Back Lift | Valid |
| OMH Extrapolation: Static to Dynamic Shoulder Lift | Invalid |
| OMH Extrapolation: Static to Dynamic Overhead Lift | Valid |
| OMH Extrapolation: Static to Dynamic Carry | Valid |
| Series #1 Hand Grip Consistency: Left | Invalid |
| Series #1 Hand Grip Consistency: Right | Valid |
| Key Pinch Series#1 Consistency: Left | Valid |
| Key Pinch Series#1 Consistency: Right | Valid |
| Palmar Pinch Series#1 Consistency: Left | Valid |
| Palmar Pinch Series#1 Consistency: Right | Valid |
| Series #2 Hand Grip Consistency: Left | Valid |
| Series #2 Hand Grip Consistency: Right | Valid |
| Consistency: Series 1-2: Max Hand Grip Left | Valid |
| Consistency: Series 1-2: Max Hand Grip Right | Valid |
| NMH Stair Climb (RPE - HR) Result | Valid |

*Positive Distraction, Symptom Exaggeration and Overreaction are scored 1 time each in overall score using the worst-case validity score.

## VALIDITY PROFILE SUMMARY

| | |
|---|---|
| TOTAL VALIDITY CRITERIA SCORED | 26 |
| TOTAL VALIDITY CRITERIA PASSED | 22 (85%) |

Validity of Results:  Valid - Good Effort

| 04/06/2004 | 12/22/2005 | _____ |
|---|---|---|
| Test Date | Report Date | Joseph T. McDaniel, MSPT |

Bennett v. AFS
Plaintiff 00389

## SOUTHERN BONE & JOINT SPECIALISTS, P.C.

To:     Whom it may concern                                    Date: 4/13/04

Name: *Christine Bennett.*

This is to certify that this patient

(✓)  Was treated in my office today.

( )  Will be unable to work for the period _____

(✓)  May return to work on  4/13/04 _____

( )  Should not participate in physical education for the period _____

(✗)  Other: *Work restrictions based on FCE.*



3/95



**B.R. Brownell**

| | |
|---|---|
| **From:** | Falcon, Chad [falconc@frmaint.com] |
| **Sent:** | Tuesday, May 11, 2004 2:14 PM |
| **To:** | Brownell, B.R. |
| **Cc:** | Leingang, Shirley; Whitney, Robert A.; Harris, Arlean |
| **Subject:** | Bennett, Christine |

B.R.:

Based on Christine Bennett's Functional Capacity Evaluation (FCE), which lists her permanent restrictions, the Company cannot accommodate her work restrictions as an Avionics Technician per Field Management. Plus; the FCE specifically states within the OUTCOME SUMMARY: #5 Job Match? NO. The patient does not demonstrate the Range of motion, strength, endurance, or balance to carry out the essential functions of an Avionics Technician with Army Fleet Support. Employee may seek advice from Bob Whitney on which other classifications she may be deemed *qualified* to perform. In accordance with Article 35, employee may reclassify. Employee may qualify for Temporary Partial Disability and if the reclassification pays a lower base rate. Employee may also qualify for vocational rehabilitation per Alabama State Workers' Compensation. Any questions concerning Christine Bennett's Workers' Compensation Benefits will need to be directed to the DynCorp point of contact since she is a DynCorp work-related injury. Please respond at your convenience if you have any additional questions concerning this issue.

Best Regards,

**R. Chad Falcon**
**ARMY FLEET SUPPORT**
*Administrator, Workers' Compensation*
*Email: falconc@frmaint.com*
*Phone: 334-503-3428*
*Fax: 334-598-0476*
*E-fax: 334-598-5694*

5/11/2004


DEFENDANT'S EXHIBIT

Bennett v. AFS
Plaintiff 00392

| LAST NAME | FIRST NAME | MI | | EMPLOYEE# 3/5/2007 | DEPARTMENT/LOCATION/SHIFT |
|---|---|---|---|---|---|
| | | | CLASSIFICATION: | | HEY 12-83 |
| | | | | AME & I | |

## TO BE COMPLETED BY SUPERVISOR

PURPOSE: [X] ON THE JOB INJURY   [ ] ON THE JOB ILLNESS   [ ] PHYSICAL EXAM   [ ] SICKNESS/INJURY NOT WORK RELATED

IF ON THE JOB INJURY/ILLNESS GIVE DATE: _____   NATURE OF INJURY/ILLNESS: _____

THIS IS:   [ ] INITIAL VISIT   FOLLOW UP VISIT   DATE DEPARTED FROM WORK: _____   TIME DEPARTED: _____

SUPERVISOR'S SIGNATURE: _____   WORK NUMBER: _____   DATE: _____

## TO BE COMPLETED BY PHYSICIAN/FACILITY VISITED (EMPLOYEE MUST ENSURE ALL BLOCKS ARE COMPLETED)

NAME OF FACILITY VISITED: Southern Bone & Joint   PHONE NUMBER 793-2603

MAILING ADDRESS: RCC Dothan

DATE _____   TIME IN _____   TIME OUT _____

TYPE OF TREATMENT: [X] EXAMINATION   [ ] X-RAY   [ ] LAB   [ ] SPLINT   [ ] SUTURE   [✓] THERAPY   [ ] EYE PATCH
[X] MEDICATION   [ ] BANDAGE

DIAGNOSIS: _____   PRESCRIBED MEDICATION(S) _____

Disposition: (Please "x" thru box to mark disposition)

[✓] DATE EMPLOYEE ABLE TO RETURN TO WORK: 4/6/04 - FCE completed

[ ] Able to work - no restrictions

[✓] Able to work - with following restrictions

[ ] Must keep dressing clean and dry   [ ] No lifting   [ ] No work near hazardous or moving machinery
[ ] Limited use of _____ hand   [✓] May lift up to 30-40 lbs   [ ] No work requiring use of both eyes (driving, climbing, etc.)
[ ] No exposure to solvents or chemicals   [✓] No prolonged standing or walking   [ ] No use of _____
[✓] May climb _____ stairs   [✓] No climbing, bending or stooping
[ ] Other _____ with railing

[ ] Estimate recovery date and return to full duty: _____

[ ] UNABLE TO WORK

RE-EXAM - DATE: _____   TIME: _____

PHYSICIAN'S COMMENTS: _____

PHYSICIAN'S NAME
PHYSICIAN'S NAME (Please Print) D. Keith Granger   SIGNATURE

## TO BE COMPLETED BY ADMINISTRATIVE SERVICES

CLEARED PERSONNEL - DATE: _____   TIME: _____   SIGNATURE: _____

DATE RETURNED TO WORK: _____   [ ] RESTRICTIONS   [ ] NO RESTRICTIONS   APPROVED: _____

## TO BE COMPLETED BY SUPERVISOR: (EMPLOYEE MUST CLEAR PERSONNEL UNLESS PREVIOUSLY ARRANGED WITH ADMINISTRATIVE SERVICES)

DATE: 1/13/05   TIME: _____   SIGNATURE: _____

DISTRIBUTION:   ORIGINAL - Finance/Accounting
YELLOW - Personnel File
PINK - Workers Comp File

Form 01-261

DEFENDANT'S EXHIBIT

Granger 138

| CHARGE OF DISCRIMINATION | AGENCY | | CHARGE NUMBER |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | | FEPA | |
| | x | EEOC | |

| Please also file with other appropriate agencies. | and EEOC |
|---|---|

State or local Agency, if any

| NAME(Indicate Mr., Ms., Mrs.)    CHRISTINE R. BENNETT | HOME TELEPHONE (Include Area Code)    (334) 894-5481 | |
|---|---|---|
| STREET ADDRESS    1036 CO. RD. 154 | CITY, STATE AND ZIP CODE    NEW BROCKTON, AL 36351 | DATE OF BIRTH    07/23/1968 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME    Army Fleet Support, LLC | NUMBER OF EMPLOYEES, MEMBERS    3,000 plus | TELEPHONE (Include Area Code)    (334) 598-0401 | |
|---|---|---|---|
| STREET ADDRESS    P.O. Box 620309 | CITY, STATE AND ZIP CODE    Fort Rucker, AL 36362 | | COUNTY    Dale |
| NAME | TELEPHONE NUMBER (Include Area Code) | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE EARLIEST LATEST |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☒ OTHER (Specify) *Disparate Treatment* | 12/01/2003  ☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed as an Armament, Avionics, Electrical, and Instrument Technician on Government Contract DAAH-23-03-C-0345. My on-the-job injury occurred on March 20, 2002. At this time Dyncorp was the Government Contractor. Army Fleet Support, LLC, was awarded the contract as of December 1, 2003. Since December 1, 2003, and continuing through this date, Army Fleet Support, LLC, has refused to accommodate my disability in my job classification while accommodating similarly situated male employees.

I have seniority on over 120 Armament, Avionics, Electrical, and Instrument Technicians currently working on the job at Ft. Rucker, Alabama (Exhibit 1). I am including a copy of my restrictions (Exhibit 2) and Medical Pass (Exhibit 3) from Keith Granger, M.D. I can perform the Essential Duties and Responsibilities of my job description with reasonable accommodations as has been provided for male employees by Army Fleet Support, LLC. I am enclosing a copy of my job description (Exhibit 4).

Please also see the Army Fleet Support, LLC, EEO statement (Exhibit 5) and the Army Fleet Support, LLC, Affirmative Action Commitment (Exhibit 6).

Exhibit 7 is a copy of a letter mailed to Army Fleet Support, LLC General Manager Thomas A. Green, by my attorneys on June 28, 2005. As of this date Army Fleet Support, LLC, has not responded to this letter.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.    *Christine Bennett* | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| *Christine Bennett*    Date  07/29/2005    Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5 (REV. 3/01)



DEFENDANT'S EXHIBIT

**Bennett v. AFS
Plaintiff 00194**

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To:   **Christine Bennett**
**1036 County Road 154**
**New Brockton, Alabama 36351**

From:   **Birmingham District Office**
**Ridge Park Place**
**1130 22nd Street South**
**Suite 2000**
**Birmingham, Alabama 35205**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **130-2005-05829** | **Kevan J. Jackson, Investigator** | **(205) 212-2128** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Beverly B. Hinton for*   5/9/06

Bernice Williams-Kimbrough, District Director   *(Date Mailed)*

Enclosure(s)

cc:   **Wilmer Tharpe**
**Attorney At Law**
**P.O. Box 311506**
**Enterprise, Alabama 36331**

**Darlene Whelan**
**Director, Human Resources**
**Army Fleet Support**
**P.O. Box 620309**
**Fort Rucker, AL 36362-0309**



Bennett v. AFS
Plaintiff 00216

# PAIN MANAGEMENT

**Prescription Flow Sheet**

*Called in*

Southeast Alabama
**MEDICAL CENTER**

| Date | Name of Drug | Dose | Frequency | # | Refills | M.D. |
|------|-------------|------|-----------|---|---------|------|
| 4-24-06 | Lortab | 10 mg | BID - TID PRN | 75 | 0 | MF |
| 4-24-06 | Kadian | 50 mg | BID | 62 | 0 | MF |
| 5-24-06 | Lortab | 10 | bid - tid prn | 75 | 0 | MF |
| 5-24-06 | Kadian | 50 | bid | 62 | 0 | MF |
| 6-23-06 | Lortab | 10 | bid - tid prn | 75 | 0 | MF |
| 6-23-06 | Kadian | 50 | bid | 62 | 0 | MF |
| 6-23-06 | Nexium | 20 | qday | 31 | 5 | MF |
| 6-27-06 | Flexeril | 10 | 3x a day | 93 | 0 | MF |
| 6-27-06 | Lidoderm | 5% | Q day to neck | 31 | 0 | MF |
| 7-31-06 | Kadian | 50 | BID | 62 | 0 | MF |
| 7-31-06 | Lortab | 10 | BID - TID PRN | 75 | 0 | MF |
| 7-31-06 | Flexeril | 10 | TID | 93 | 0 | MF |
| 7-31-06 | Lidoderm | 5% | Q Day to neck | 31 | 0 | MF |
| 8-31-06 | Kadian | 50 | BID | 62 | 0 | MF |
| 8-31-06 | Lortab | 10 | BID - TID PRN | 75 | 0 | MF |
| 8-31-06 | Flexeril | 10 | TID | 93 | 0 | MF |
| 8-31-06 | Lidoderm | 5% | Q Day to Neck | 31 | 0 | MF |
| 9/22/06 | Lortab | 10 | BID - TID PRN | 75 | 0 | MF |
| 9/22/06 | Flexeril | 10 | TID | 93 | 0 | MF |
| 9/22/06 | Lidoderm | 5% | Q Day to neck | 31 | 0 | MF |
| 10-20-06 | Kadian | 50 | bid | 62 | 0 | MF |
| 10-20-06 | Kadian | 50 | bid | 62 | 0 | MF |
| 10-20-06 | Lortab | 10 | bid - tid prn | 75 | 0 | MF |
| 10-20-06 | Skelaxin | 800 | tid | 93 | 0 | MF |
| 10-20-06 | Lidoderm | 5% | TP q day to neck | 31 | 0 | MF |
| | Kadian | 50 | bid | 62 | 0 | MF |
| | Lortab | 10 | bid - tid prn | 75 | | MF |
| | Skelaxin | 800 | tid | 93 | | MF |
| | Lidoderm | 5% | - TP to neck qd | 31 | | MF |

DEFENDANT'S EXHIBIT

#1981   mi RX Flow Sheet   9/01

# PAIN MANAGEMENT

12/05

**Southeast Alabama**
**MEDICAL**
**CENTER**

## Prescription Flow Sheet

| Date | Name of Drug | Dose | Frequency | # | Refills | M.D. |
|---|---|---|---|---|---|---|
| 4-14-05 | Flexeril | 10 | tid | 93 | 0 | MF |
| 4-14-05 | Kadian | 50 | bid | 62 | 0 | MF |
| 4-14-05 | Lortab | 10 | bid-tid prn bt | 75 | 0 | MF |
| 4-14-05 | Nexium | 20 | qd | 31 | 5 | MF |
| 5-13-05 | Flexeril | 10 | tid | 93 | 0 | MF |
| 5-13-05 | Lortab | 10 | bid-tid prn bt | 75 | 0 | MF |
| 5-13-05 | Kadian | 50 | bid | 62 | 0 | MF |
| 6-13-05 | Flexeril | 10 | tid | 93 | 0 | MF |
| 6-13-05 | Lortab | 10 | bid-tid prn | 75 | 0 | MF |
| 6-13-05 | Kadian | 50 | bid | 62 | 0 | MF |
| 7-15-05 | Kadian | 50 | bid | 62 | 0 | MF |
| 7-15-05 | Lortab | 10 | bid-tid prn | 75 | 0 | MF |
| 7-15-05 | Flexeril | 10 | tid | 93 | 0 | MF |
| 8-16-05 | Kadian | 50 | bid | 62 | 0 | MF |
| 8-16-05 | Lortab | 10 | bid-tid prn | 75 | 0 | MF |
| 8-16-05 | Flexeril | 10 | tid | 93 | 0 | MF |
| 9-16-05 | Zpack | — | UAD | 1 | 0 | MF |
| 9/16/05 | Kadian | 50mg | 1 PO BID | 62 | 0 | MF |
| 9/16/05 | Lortab | 10 | 1 PO BID-tid PRN | 75 | 0 | MF |
| 9/16/05 | Flexeril | 10mg | 1 PO tid | 93 | 0 | MF |
| 10-17-05 | Kadian | 50 | bid | 62 | 0 | MF |
| 10-17-05 | Lortab | 10 | bid-tid prn | 75 | 0 | MF |
| 10-17-05 | Flexeril | 10 | tid | 93 | 0 | MF |
| 11-18-05 | Kadian | 50 | bid | 62 | 0 | MF |
| 11-18-05 | Lortab | 10 | 2-3xd prn | 75 | 0 | MF |
| 11-18-05 | Flexeril | 10 | 3xd | 93 | 0 | MF |
| 11-18-05 | Lidoderm | 5% | 7 day TP to neck | 31 | 0 | MF |
| 12-16-05 | Kadian | 50 | 2xd | 62 | 0 | MF |
| 12-16-05 | Lortab | 10 | 2-3xd prn | 75 | 0 | MF |
| 12-16-05 | Flexeril | 10 | qday to 3xd | 93 | 5 | MF |
| 12-16-05 | Lidoderm | 5% | qday to neck | 31 | 0 | MF |
| 1-17-06 | Kadian | 50 | bid | 62 | 0 | MF |
| 1-17-06 | Lortab | 10 | 2-3xd prn | 75 | 0 | MF |
| 2/14/06 | Lortab | 10 | 2-3xd PRN | 75 | 0 | MF |
| 2/14/06 | Kadian | 50 | BID | 62 | 0 | MF |
| 2/14/06 | Lortab | 10 | 2-3xd prn | 75 | 0 | MF |
| 3/14/06 | Kadian | 50 | BID | 62 | 0 | MF |

Flanagan 088

#1981  ml RX Flow Sheet  0/01

# PAIN MANAGEMENT

**Prescription Flow Sheet**

Christine Bennett

| Date | Name of Drug | Dose | Frequency | # | Refills | M.D. |
|------|-------------|------|-----------|---|---------|------|
| 11/18/03 | Duralesic | 50mcg | ī TP Q3d | 5 | 0 | MF |
| 12/2/03 | Lidodaine | 5% | oint TP Rt Knee b/e prn | 1 | 0 | MF |
| 12/2/03 | Avinza  Voided if Changed | 90mg | QD Voided 12/5/03 | 37 | 0 | MF |
| 12/2/03 | MS IR | 15mg | Q8° prn | 40 | 0 | MF |
| 12/5/03 | Kadian | 50mg | ī po BID | 62 | 0 | MF |
| 12/9/03 | Kadian | 30mg | BID | 28 | 0 | MF |
| 12/23/03 | Kadian 12/29/03 | 100mg | BID | 60 | 0 | MF |
| 12/23/03 | Flexeril | 10mg | TID | 93 | 0 | MF |
| 1/20/04 | Lortab | 10 | ī 30min b/f PT | 8 | 0 | MF |
| 1/20/04 | Flexeril | 10 | TID | 93 | 0 | MF |
| 1/20/04 | Kadian 1/23  2/23 | 100 | BIP | 62 | 1 | MF |
| 2-19-04 | Lortab | 10mg | ī po q 30 min | 15 | 0 | MF |
|  | Called in to  Kmart | | before PT | | | |
| 3/22/04 | Kadian | 60 | BID | 62 | 0 | MF |
| 3/22/04 | Lortab | 10 | BID | 62 | 0 | MF |
| 3/22/04 | Flexeril | 10mg | TID | 93 | 0 | MF |
| 3/22/04 | Bextra | 20mg | QD | 31 | 5 | MF |
| 3/22/04 | Prevacid | 30mg | QD | 31 | 5 | MF |
| 4/15/04 | Lortab | 10 | BID | 62 | 2 | MF |
| 4/15/04 | Kadian 5/15-5/15-6/15 | 50mg | BID | 62 | 2 | MF |
| 10/4/04 | Lortab | 10 | bid-tid | 62 | 2 | MF |
|  | Flexeril | 10 | tid | 93 | 2 | MF |
|  | Bextra | 20 | qd | 31 | 2 | MF |
|  | Prevacid | 30 | qd | 31 | 2 | MF |
| 10/6/04 | Kadian 10/15 11/15 4/15 | 50 | bid | 62 | 0 | MF |
| 1-5-05 | Kadian 1/15 | 50 | bid | 62 | 2 | MF |
| 1-5-05 | Lortab | 10 | bid-tid | 70 | 2 | MF |
| 1-5-05 | Flexeril | 10 | tid | 93 | 2 | MF |
| 1-5-05 | Bextra | 20 | qd | 31 | 2 | MF |
| 1-5-05 | Prevacid | 30 | qd | 31 | 2 | MF |
| 2/15/05 | Kadian | 50 | ī po BID | 62 | 0 | MF |
| 2/15/05 | Nexium | 20 | ī po QD | 31 | 0 | MF |
| 3-15-05 | Kadian | 50 | bid | 62 | 0 | MF |
| 3-15-05 | Nexium | 20 | qd | 31 | 0 | MF |
| 3-15-05 | Lortab | 10 | bid-tid | 75 | 0 | MF |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

# PAIN MANAGEMENT

**Prescription Flow Sheet** Bennett Christine

Southeast Alabama
**MEDICAL CENTER**

| Date | Name of Drug | Dose | Frequency | # | Refills | M.D. |
|------|--------------|------|-----------|---|---------|------|
| 4/7/03 | Percocet | 10/500 | ī BID prn Breakthru pain | 62 | Ø | MF |
| 3/20/03 | Oxycontin | 80mg | ī Q8° | 93 | Ø | MF |
| 3/7/03 | Percocet | 10/500 | ī BID prn Breakthru | 62 | Ø | MF |
| 3/7/03 | Miralax | | ī top w/8oz liquid | 1bottle | 1 | MF |
| 3/7/03 | Trazadone | 100 | ī QHS | 31 | 1 | MF |
| 3/7/03 | Prevacid | 30mg | ī QD | 31 | 1 | MF |
| 3/7/03 | Vioxx | 25mg | ī QD | 31 | 1 | MF |
| APR 1 8 2003 | Percocet | 10 | BID | 62 | Ø | MF |
| APR 1 8 2003 | Percocet 5/8/03 | 10 | BID | 62 | Ø | MF |
| APR 1 8 2003 | Oxycontin | 80mg | TID | 93 | Ø | MF |
| APR 1 8 2003 | Oxycontin 5/20/03 | 80mg | TID | 93 | Ø | MF |
| APR 1 8 2003 | Topamax | 25mg | Qhs | 31 | Ø | MF |
| APR 1 8 2003 | Topamax | 25mg | ī Qhs | 62 | Ø | MF |
| APR 1 8 2003 | Miralax | | ī tsp QD | 1 | 5 | MF |
| APR 1 8 2003 | Trazadone | 100mg | Qhs | 31 | 5 | MF |
| | Prevacid | 20mg | QD | 31 | 5 | MF |
| | Bextra | 20mg | QD | 31 | 5 | MF |
| APR 1 8 2003 | Topamax | 100mg | Qhs | 31 | 2 | LH |
| 6/6/03 | Percocet | 10/500 | ī Bed 6/18/03 | 62 | Ø | eff |
| 6/6/03 | Oxycontin | 80mg | tid 6 2003 | 93 | Ø | eff |
| 6/6/03 | Flexeril | 10mg | tid | 93 | 2 | LH |
| 7/3/03 | Oxycontin | 80 mg | ī TID | 93 | Ø | MF |
| 7/3/03 | Percocet | 10/650 | ī BID | 93 | Ø | MF |
| 8/7/03 | Percocet | 10/050 | ī BID | 62 | Ø | MF |
| 8/7/03 | Oxycontin | 80mg | ī TID | 93 | Ø | MF |
| 8/28/03 | Oxycontin | 40mg | TID x 2w | 42 | Ø | MF |
| 8/28/03 | Oxycontin | 80mg | ī TID x 2w | 42 | Ø | MF |
| 8/28/03 | Oxycontin 9/11/03 | 40mg | TID x 2w | 42 | Ø | MF |
| 8/28/03 | Oxycontin 9/25/03 | 20mg | ī TID x 2w | 42 | Ø | MF |
| 8/28/03 | Oxycontin 10/9/03 | 20mg | BID x 2w | 28 | Ø | MF |
| 11/4/03 | Flexeril | 10mg | TID | 93 | Ø | MF |
| 11/4/03 | Oxycontin | 40mg | TID | 42 | Ø | MF |
| 11/4/03 | Percocet | 10mg | Q6° prn | 60 | Ø | MF |
| 11/4/03 | Prevacid | 30mg | QD | 31 | 5 | MF |
| 11/4/03 | Bextra | 20mg | QD | 31 | 5 | MF |
| 11/4/03 | Topamax | 100mg | Qhs | 31 | 5 | MF |
| 11/4/03 | Trazadone | 100mg | Qhs | 31 | 5 | MF |

Christine Bennett

| Prob. No. | Medication/ Amount Dispensed | Init. | Dose | No. of Refills | Date Start | Date Stop | OK Nurse Refill | Refills/Date/Strength/Initials | Reason Discontinued | DEA Control |
|---|---|---|---|---|---|---|---|---|---|---|
| | Ultracet | | #30 | ∅ | 9/18/02 | | Yes No | | ov DW 9/55 | |
| | Lortab 10 | | #30 | ∅ | " | | Yes No | | " | |
| | Zanaflex 4mg 55 | | #30 | ∅ | 9/24/02 | | Yes No | | Walmart DW 9/55 | |
| | Zanaflex 4mg | | #30 | ∅ | 10/21/02 | | Yes No | | 800-230-9921 ov DW 9/55 | |
| | Ultracet | | #40 | ∅ | " | | Yes No | | " | " |
| | Lortab 10 | | #30 | ∅ | " | | Yes No | | " | |
| | Oxycontin tid 20 | | #90 | ∅ | 11/6/02 | | Yes No | | pt to DW 9/55 pickup | |
| | Oxycontin | | 90 | ∅ | 12/18/02 | | Yes No | | prescriptions given to Drury/Pharm... give to ptn in PT DW 9/30 | |
| | Lortab 10 | | #30 | ∅ | " | | Yes No | | | |
| | Ultracet | | #30 | ∅ | " | | Yes No | | | |
| | Zanaflex 4mg | | #30 | ∅ | " | | Yes No | | | |
| 1-21-03 SC/25 | Phenergan tablet | | #30 | TPO 4-1-6 | | ∅ | Yes No | | | |
| | Lortab 10 | | #30 | TPO 4-1-6 | | ∅ | Yes No | | | Pill |
| | Stadol Nasal spray | | #bottle | as dir | RF | | Yes No | | | |
| | Zanaflex 4mg | | #30 | TPO 4-1-6 | | | Yes No | | Rx pickup | |
| 1-27-03 | Zanaflex | | #30 4-1-6 | ∅ | | | Yes No | | | |
| 1-27-03 | Lortab 10 | | #30 | ∅ | | | Yes No | | | |
| 1-27-03 | Phenergan tablet | | | ∅ | | | Yes No | | | |

DEFENDANT'S EXHIBIT

Granger 266

**CONTINUING MEDICATIONS**

Christine Bennie

| Prob. No. | Medication/ Amount Dispensed | Init. | Dose | No. of Refills | Date Start | Stop | OK Nurse Refill | Refills/Date/Strength/Initials | Reason Discontinued | DEA Contro |
|---|---|---|---|---|---|---|---|---|---|---|
| | Lortab 5 | KJ | # 16 | ∅ | 6-12-02 | | Yes / No | Martin College | 347-6865 | RBH KJ |
| | Lortab 10 | | # 30 | ∅ | 6/19/02 | | Yes / No | _____ | pt to pick up | DKJ/SS |
| | Lortab 10 | | # 30 | ∅ | 6/24/02 | | Yes / No | _____ | | DKJ/SS |
| | Zanaflex 4mg | SS | # 30 | ∅ | 7/3/02 | | Yes / No | _____ | 347-2199 | DKJ/SS |
| | Oxycontin 3mg | | # 60 | ∅ | 7/5/02 | | Yes / No | _____ | 347-2199 | DKJ/SS |
| | Lortab 10 | | # 50 | ∅ | 7/5/02 | | Yes / No | _____ | a DKJ/SS | |
| | Lortab 10 | | # 30 | ∅ | 7/22/02 | | Yes / No | _____ | a DKJ/SS | |
| | Zanaflex 4mg | | # 30 | ×1 | 7/24/02 | | Yes / No | _____ | 347-2199 | DKJ/SS |
| | Oxycontin 30mg | | # 60 | ∅ | " | | Yes / No | _____ | a DKJ/SS | |
| | Ritalin 10mg bid | | # 28 | ∅ | " | | Yes / No | | | |
| | Ritalin 10mg | | 28 | ∅ Ⓧ | | | No | JHH | CX written Rx only | |
| | Zanaflex 4mg | | 30 | ∅ | 1/16/ | | No | | Wal-Mart | |
| | Oxycontin 30 | | 30 | ∅ CX | | | No | | 347-2199 — SS | |
| | Lortab 10 | | # 30 | ∅ | 8/20/02 | | Yes / No | | pt to pick up DKJ/SS | |
| | Ritalin 10 | | # 30 | ∅×4 | | | Yes / No | | | |
| | Oxycontin 30 2 tid | | # 90 | ∅ | " | | Yes / No | | " | |
| | Ultracet 7/00 46 | W | # 30 | ∅ | 8/23/02 | | Yes / No | DVA | Wal-Mart 1-800-230-9021 | |
| | Oxycontin 30 | | # 90 | ∅ | 9/8/02 | | Yes / No | | | |

**CONTINUING MEDICATIONS**

Granger 267

| Prob. No. | Medication/ Amount Dispensed | Inf. | Dose | No. of Refills | Date Start | Stop | OK Nurse Refill | Refills/Date/Strength/Initials | | | | Reason Discontinued | DEA Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/ | Ibuprofen 800 po 3TD | | 30 | 1 | 12/25 | | Yes / No | JoL | | | | written R | |
| | Nupasic 700 q4hrs | Pw | #30 | Ø | | | Yes / No | JBS | 4/9/98 | | | OV | |
| | Duract 25mg | SS | #30 | x1 | 4/27/98 | | Yes / No | | | | | OV | DW/SS |
| | Lortab 7.5 | SS | #30 | Ø | " | | Yes / No | | | | | OV | DW/SS |
| | Lortab 7.5 | SR | #27 | Ø | 5/21/98 | | Yes / No | | | | | | |
| | Lortab 7.5 | SS | #30 | Ø | 6/17/98 | | Yes / No | | | | | OV | DW/SS |
| | Lortab 7.5 | SS | #30 | Ø | 7/13/98 | | Yes / No | | | | | Martin Colley 347-6865 | DW/SS |
| | Ketoprofen 10% top gel | SS | 1one | x2 | 7/28/98 | | Yes / No | | | | | OV | DW/SS |
| | Lortab 7.5 | SS | #30 | x1 | 8/14/98 | | Yes / No | | | | | OV | DW/SS |
| | Ultram 50 | | #30 | x2 | 9/18/98 | | Yes / No | | | | | OV | DW/SS |
| | Lortab 7.5 | SS | #30 | Ø | 3/29/0? | | Yes / No | | | | | 347-6865 | DW/SS |
| | Lortab 10 | SS | #30 | Ø | 4/4/02 | | Yes / No | | | | | 347-6865 | DW/SS |
| | Mepergan Forte | Pw | #30 | Ø | 4/15/02 | | Yes / No | JBS | | | | written Rx | |
| | meperidine Forte | | #30 | Ø | 4/19/02 | | Yes / No | | | | | OV | DW/SS |
| | Lortab 10 | | #30 | Ø | 5/6/02 | | Yes / No | | | | | 347-6865 | DW/SS |
| | Lortab 10 | | #30 | Ø | 5/16/02 | | Yes / No | | | | | OV | DW/SS |
| | Zanaflex 4mg | | #30 | Ø | | | Yes / No | | | | | | |
| | Lortab 7.5 1 po q 4-6L | | 30 | Ø | 5/23 | | Yes / No | OV | | | | DRC/R | |
| | Lortab 10 | | #30 | Ø | 5/29/02 | | Yes / No | | | | | 347-6865 | DW |
| | Lortab 10 | SG | 30 | Ø | 0/4/02 | | Yes / No | JBS | | | | Martin Colley 347-6865 | |

# EXHIBIT C

STATE OF ALABAMA

COUNTY OF DALE

## AFFIDAVIT OF EDWIN B. BROWN

Edwin B. Brown, after being first duly sworn, deposes and says as follows:

1.      My name is Edwin B. "Ed" Brown. I am over the age of majority and competent

to testify to the matters stated herein. This Affidavit is based on my personal knowledge.

2.      I am the Manager of Human Resource for Army Fleet Support, LLC (AFS) at Fort

Rucker, Alabama. I have worked in AFS HR since July 2004 and have held my current position

since December, 2005.

3.      AFS prohibits employees from taking narcotics or mind-altering medications

work or within 6 hours before the start of their shift. Attached to my affidavit are the excerpts

from  the indicated Sections of AFS's Human Resources Procedures Manual that address the

subject:

      a.      Section V.C.4. of Chapter 41 (Medical Leave) ("Employees will not be

                allowed to work while taking narcotics and/or mind-altering

                medications.") (Attachment "1").

      b.      Section D ("Returning to Work After Medical Treatment") of Chapter 26

                ("Worker's Compensation Program") requires that employees returning to

                work from a work related injury/illness must obtain a written clearance

                from the Worker's Compensation Administrator on a Medical Pass (form

                261) from the employee's treating physician. (Attachment "2"). That Pass

                (Attachment "3") requires the employee to list, on separate lines, all "Non

**Exhibit C**

Narcotics" and all "Narcotics" and states, in bold face print:

*** Narcotic Drugs cannot be taken within 6 hours of shift start time nor during shift***

The employee is then required to place his/her initials in a blank below this statement.

4.    I have checked AFS's records and determined that there are no authorizations for Jerry Fowler or Perry Phelps (who retired on September 30, 2004) to take medications at work and no medical restrictions on them.

5.    I have checked AFS's records for Thomas Ford and Steven Milstid and determined that Thomas Ford was accommodated for four weeks beginning July 25, 2005, by not requiring him to lift over 25 pounds. Steven Milstid was accommodated for 45 days from November 21, 2005, until January 5, 2006, pursuant to a doctor's instruction that he was not to have any "weight bearing on his right ankle." Neither of these were permanent accommodations.

6.    An "Ergonomic Analysis" of the Armament, Avionics, Electrical & Instrument Technician's job was prepared in October 2006 as part of an analysis of jobs at AFS by Southern Bone & Joint Sports Medicine & Rehab/Occupational Medicine Division. Attachment "4" is a copy of that Analysis.

Further, Affiant saith not.

Edwin B. Brown

Sworn to and subscribed to
before me on this the
_14th_ day of June, 2007.

_____
NOTARY PUBLIC

[Affix Notarial Seal]

My Commission Expires:

_____11-20-2007_____

Table of Contents
**CHAPTER 41**

**MEDICAL LEAVE**

I.   **PURPOSE:** To provide guidelines for administering the policy regarding medical leave of absence.

II.  **OBJECTIVES:** To ensure proper administration and monitoring of the Medial Leave programs provided by the Company and to ensure strict adherence to applicable Federal Laws covering medical leave programs including the Family Medical Leave Act (FMLA).

III. **CONTROLS:** Supervisors approve disability leave of absence upon established proof of disability and indicate absence code on PAL Card. The Manager, Human Resources and the Benefits Manager both monitor the FMLA program

IV.  **DEFINITIONS:** None.

V.   **PROCEDURES:**

A. Disabled employees notify their supervisor of the disability and request leave of absence. The employee submits proof of disability through the Doctor's Certification.

B. Extended Medical Leave

1. If disabled longer than 30 days, employees are transferred from their assigned work area to an inactive status under the jurisdiction of the Human Resources Department as follows:

   Personal Disability      - Direct Labor - Department 40
   Personal Disability      - Indirect Labor - Department 41
   Industrial Accident      - Direct Labor - Department 42
   Industrial Accident      - Indirect Labor - Department 43
   Family and Medical Leave - Direct Labor - Department 44
   Family and Medical leave - Indirect Labor - Department 45

2. The Personnel Section processes a Personnel Status Change Request (Form 229), transferring the employee to an inactive status and clearing the employee through the department level.

3. PAL cards indicating absence code are no longer required when transferred to the Inactive Department.

**Attachment 1**

C. Employees must present to Manager, Human Resources with a release to return to work signed by their physician. Personnel Section coordinates with the appropriate director to determine location assignment.

1. Personnel Section prepares a Personnel Action report transferring the employee to active status and coordinates with the department head to where he will be assigned.

2. The returning employee may be examined by the company doctor at the discretion of the company. This examination is at the company's expense.

3. The employee is allowed to return to work at light duty or with restrictions if he can be reasonably accommodated for a given period of time. The Manager, Human Resources and the department head maintain coordination during the period of restriction.

4. Employees will not be allowed to work while taking narcotics and/or mind-altering medications.

D. Administrative Terminations

1. When an employee is in the inactive department for six months, he is administratively terminated for the maximum time allowed for leave of absence up to five years.

2. A Personnel Action report is prepared by the Personnel Section with the following notation on the form "Status change from extended medical leave of absence to terminated."

    a. This procedure does not apply to employees on leave for industrial accident because their vacation and sick leave accruals continue during such leave.

    b. The Personnel Action terminates the employee and removes him from the active records of the company.

3. The employee's records are annotated "Administrative Termination." A suspense file is established by Personnel to allow the employee leave of absence for a period equal to his length of employment but not to exceed five years.

4. Employees are terminated at the expiration of the Administrative Termination period. All personnel records are inactivated and annotated as terminated.

ARMY FLEET SUPPORT (AFS), LLC
AFS - M-0105

| | Page | 1 of 260 |
|---|---|---|
| | Issued: | 12/01/03 |
| | Revised | 08/30/05 |

HUMAN RESOURCES MANUAL
Approved by: John Hamlin

Table of Contents
## CHAPTER 26
## WORKERS' COMPENSATION PROGRAM

### PURPOSE:

To establish policies and procedures for the administration of the Workers' Compensation Program (WC Program) for work-related injuries and/or illnesses.

### OBJECTIVES:

It is the intent of Army Fleet Support (AFS) to provide a safe workplace for all of its employees. However, when an employee does experience a work-related injury or illness, it is the Company's policy, consistent with Alabama State Law, to provide Workers' Compensation Benefits in accordance with the Collective Bargaining Agreement (CBA). These benefits are coordinated with, and may not overlap, any available temporary or permanent disability insurance benefit. Except where inconsistent with Alabama State Law, it is also the Company's policy to require those employees to return to work as soon as medically advisable and to provide limited duty tasks whenever feasible for those employees requiring them.

It is also the intent of AFS to inform all employees of appropriate accident reporting procedures and Workers' Compensation benefits available to them. All new hires will receive the two page "Incident Reporting & Workers' Compensation Benefit Guide" during their in-processing and will be required to review and complete a receipt and acknowledgement for placement in their 201 file.

### CONTROLS:

This policy applies to all AFS employees who experience an injury or illness arising out of and in the course of their employment. It also applies to employees whose responsibilities include the administration of the workers compensation program, as well as to ALL Managers and Supervisors. Notification of all accidents and the determination of medical care for employees are the responsibility of the immediate Manager/Supervisor. Program administration and accounting are monitored by Tammie Brunson Maddox, Workers' Compensation Administrative Coordinator; plan implementation and/or changes are approved by the Manager, Human Resources.

The Workers' Compensation Office is located within Army Fleet Support Human Resources Department, 234 Donnell Boulevard, Daleville, Alabama. Normal office hours are Monday through Friday, 6AM ~ 5PM.

**Attachment 2**

ARMY FLEET SUPPORT (AFS), LLC
AFS - M-0105

| | | |
|---|---|---|
| **Page** | **9 of 260** | |
| Issued: | 12/01/03 | |
| Revised | 08/30/05 | |

HUMAN RESOURCES MANUAL
Approved by: John Hamlin

## D. RETURNING TO WORK AFTER MEDICAL TREATMENT

All employees receiving medical treatment and/or examination as the result of a work-related injury/illness will be required to report to the Workers' Compensation Administrator prior to returning to work **WITH ONLY ONE EXCEPTION as noted below:**

1. The employee must:
   a) Immediately notify the immediate Supervisor and Workers' Compensation Administrator in person or by phone if the authorized physician has indicated the employee's inability to return to work.
   b) Submit all documentation from PrimeCare (or a referral doctor scheduled by PrimeCare) to the Workers' Compensation Administrator the day of the incident or as early as possible the next business day prior to the employee's start of his/her normal workday.
   c) Obtain a signature from the Workers' Compensation Administrator on the Medical Pass (form 261) prior to returning to work.

2. Employees are NOT authorized to return to work without receiving written clearance from the Workers' Compensation Administrator **WITH ONLY ONE EXCEPTION;**

   An employee may return to work without the Workers' Compensation Administrator's approval when the results of the medical treatment/examination are received before or after normal business hours (6AM ~ 5PM) of the Workers' Compensation Department and the following guidelines are met;

   a) The employee returns to work on the same workday without the use of any prescribed narcotic medication(s) indicated on the Medical Pass by the treating physician.
   b) All work restrictions (if any) listed on the Medical Pass can be accommodated and approved by the immediate supervisor.
   c) The employee notifies the Workers' Compensation Administrator of the accident (Direct Line 334-503-3247) upon the start of business on the following business day.
   d) The immediate supervisor faxes a copy of the completed Medical Pass to the Workers' Compensation Administrator (598-0476) and sends a follow-up email with the information listed below;
      ✓ Name of injured/ill employee
      ✓ Employee's badge number
      ✓ Date & time of accident
      ✓ Current date & time
      ✓ Supervisor's note indicating the accommodation(s) for employee's restrictions, if any.

ARMY FLEET SUPPORT (AFS), LLC
AFS - M-0105

| | |
|---|---|
| **Page** | **10 of 260** |
| Issued: | |
| Revised | 12/01/03 |

HUMAN RESOURCES MANUAL
08/30/05
Approved by:  John Hamlin

3. Employees are required to comply with the prescribed restrictions on a Medical Pass/Work Statement issued by an authorized medical physician. Employees found in violation may be subject to disciplinary action, termination of employment and/or termination of Workers' Compensation benefits.

## E.  ON THE JOB FATALITY

When an employee dies or is fatally injured/ill on the job, the Workers' Compensation Administrator must be notified immediately (Emergency Number (334-447-4181). The Workers' Compensation Administrator is the initial internal contact and ensures that the deceased or fatally injured employee is taken to a hospital as appropriate for conclusive evidence of death and identity.

1. The Workers' Compensation Administrator accomplishes the following:
   a) Immediately notifies the Director, Human Resources, the General Manager, and Director, EH&S.  The General Manager will notify the Contracting Officer and the appropriate corporate officials.
   b) Ensures the next-of-kin is promptly contacted after conclusive identification is established.
   c) Coordinates with hospital officials and secures approval of the next of kin when an autopsy is indicated.
   d) Arranges for the inventory, security and disposition of the personal belongings of the deceased.

2. The Director, EH&S accomplishes the following;
   a. Notifies OSHA of fatality in accordance with 29 CFR Part 1904 Recording and Reporting Occupational Injuries and Illnesses.

## F.  CLAIMS ADMINISTRATION.

Upon receipt of an Occupational Injury/Illness Report (form 601), the employee's attendance record is reviewed to determine if the employee lost any time from work as a result of the accident.  The injury/illness is reported to the Workers' Compensation insurance carrier.  The carrier will prepare the Alabama Employer's First Report of Injury and fax it to the Workers' Compensation Administrator for the employee's file.

Work-related accidents involving medical attention are then recorded in the appropriate recording program as they occur.  The OSHA 301 report is then generated for placement in the employee accident record.  The OSHA 300/300A logs are maintained electronically and then posted as required by OSHA guidelines.



**ARMY FLEET SUPPORT**

# RETURN TO WORK SLIP

DATE: _____    TIME: _____    Last Day Worked: _____

☐ OTJ Injury        ☐ Short-Term Disability        ☐ FMLA        ☐ Other

| EMPLOYEE NAME | NUMBER | CLASSIFICATION | LOCATION/SHIFT |
|---|---|---|---|
|  |  |  |  |

☐  Authorized to return to work with **NO RESTRICTIONS** on _____

☐  Presently working and released from **RESTRICTED/LIGHT DUTY** on _____

☐  Authorized to return to work on _____ with the following **RESTRICTION/ LIGHT DUTY:** _____

_____

☐  Able to Accommodate Medical Restriction(s)?    ☐ **Can**    ☐ **Cannot**

- **Per Field Representative (name/title):** _____
- **Date** _____
- **Comments** _____

☐  Prescribed Medications

- **Non Narcotics:** _____
- **Narcotics:** _____

   ***Narcotic Drugs cannot be taken within 6 hours of shift start time nor during shift***

   **Employee Initials:** _____

An employee returning with restrictions or assigned to light duty will not be entitled to work overtime in accordance with Article 11.1 of the Collective Bargaining Agreement, until Personnel receives a statement from the doctor stating the employee may return to normal duties.

Employees on Restricted Duty will be by-passed when scheduling or polling for overtime. If asked, the employee must refuse the overtime. In either case, whether by-passed, or asked and refused, the employee is charged.

**Manager, Personnel Services** _____

**Benefits / Worker's Comp Representative** _____

Original:    Personnel File
Copies:      Department Head
             Employee

Retain 7 Years AT
Dispose by Shredding

Form 288
11/09/06

**Attachment 3**

# SOUTHERN BONE & JOINT SPORTS MEDICINE & REHAB
## OCCUPATIONAL MEDICINE DIVISION
### DOTHAN, ALABAMA

## ERGONOMIC ANALYSIS
## AAENI – ARMY FLEET SUPPORT
## OCTOBER 31, 2006

### JOB DESCRIPTION SUMMARY:

Per the job description manual provided by Army Fleet Support (May 2,2005 through May 4, 2008), an armament, avionics, electrical, and instrument technician performs inspections, checks, troubleshooting, repair, overhaul, maintenance and preservation of avionics and similar equipment. Performs calibration of tools and equipment. Performs boresighting operations.

### ERGONOMIC INDICATORS:

To perform the essential physical functions of AAENI the employee must be able to do the following:

1. Be able to lift at least 50 pounds on an occasional basis from all levels. Levels include floor-waist, waist-shoulder, and shoulder to overhead.
2. Be able to push and /or pull at least 100 pounds on an occasional basis.
3. Be able to bend / kneel / squat on a frequent basis.
4. Be able to climb a ladder on an occasional basis while holding at least 30 pounds in one hand.
5. Be able to frequently reach to shoulder and overhead level.
6. Be able to perform simple grasp and fine manipulation tasks on a frequent basis.
7. Be able to crawl on an occasional basis.

### STRENGTH CLASSIFICATION:

By observation and description, this job would rate in the MEDIUM strength classification.

Jeremy Boswell
Occupational Medicine Case Manager
Southern Bone & Joint Sports Medicine & Rehab / Occupational Medicine Division

**Attachment 4**

# EXHIBIT D

STATE OF ALABAMA

COUNTY OF DALE

### **AFFIDAVIT OF TAMMIE BRUNSON MADDOX**

Tammie Brunson Maddox, after being first duly sworn, deposes and says as follows:

1.      My name is Tammie Brunson Maddox.  I am over the age of majority and competent to testify to the matters stated herein.  This Affidavit is based on my personal knowledge.

2.      I am a Program Coordinator, Workers' Compensation/Occupational Health for Army Fleet Support, LLC (AFS) at Fort Rucker, Alabama.  I have held this position since 10/25/2004.

3.      Attached to my Affidavit as Attachment "1" is "Memo of Record" which I prepared regarding Ms. Christine Bennett's visit to my office on or around January 15, 2005 and the events that occurred at that time.

Further, Affiant saith not.

Tammie Brunson Maddox

Sworn to and subscribed to
before me on this the
_15th_ day of June 2007.

NOTARY PUBLIC

[Affix Notarial Seal]

My Commission Expires:

_11/20/2007_

**Exhibit D**

MEMO OF RECORD
Christine Bennett
2/28/2005

On or around January 13, 2005, Ms. Christine Bennett visited my office and presented documentation requesting a return to work. The documentation she presented included a letter which she presented as a "letter from my physician" and a Medical Pass signed by her physician. The letter was not dated or signed and was typed on plain paper, not letterhead however, it began "This letter is in reference to my patient Christine Bennett." Being unfamiliar with her case, I consulted with both Darlene Whelan, Director of Human Resources and Mark Couch, Labor Relations. Darlene spoke with Ms. Bennett and advised that we would need to review the documentation and speak with her physician's office before a determination regarding return to work could be made. Upon further research I learned that Ms. Bennett was not an AFS employee but rather a former Dyncorp employee that had been out on WC leave since before AFS acquired the Ft. Rucker contract. She had presented AFS with a Functional Capacity Evaluation (FCE) and request to return to work in April, 2004 which was denied based on work restrictions. Upon speaking with her physician's office I was advised that the letter she had presented in January, 2005 had not been authored by her physician but actually had been authored by the patient with the request that her physician review and sign. Her physician's office has since provided me with a letter requesting return to work under the same conditions as the FCE conducted in April, 2004 as well as a statement explaining the patient's request regarding the unsigned letter.

Tammie Brunson Maddox
Administrative Coordinator/Workers' Compensation

# EXHIBIT E

STATE OF ALABAMA

COUNTY OF DALE

### AFFIDAVIT OF THOMAS A. GREEN

Thomas A. Green, after being first duly sworn, deposes and says as follows:

1.  My name is Thomas A. Green. I am over the age of majority and competent to testify to the matters stated herein. This Affidavit is based on my personal knowledge.

2.  I am General Manager of Army Fleet Support, LLC at Fort Rucker, Alabama.

3.  Attached to my Affidavit as Attachment "1" is a copy of my letter of March 1, 2005 to Mr. B. R. Brownell, President and Business Representative of IAM&AW District Lodge No. 74.

Further, Affiant saith not.

_____
Thomas A. Green

Sworn to and subscribed to
before me on this the
_____ day of June 2007.

_____
NOTARY PUBLIC
[Affix Notarial Seal]
My Commission Expires:

_____

**Exhibit E**



**ARMY FLEET SUPPORT**

P.O. Box 620309  Fort Rucker, AL  36362-0309

March 1, 2005

Mr. B. R. Brownell
President and Directing Business Representative
IAM&AW District Lodge Number 75
220 Donnell Boulevard
Daleville, AL 36322

Ref:    Your letter dated February 28, 2005

Dear Mr. Brownell:

Thank you for your letter reference Ms. Christine R. Bennett. I am aware of our on-going discussion concerning her situation. The letter that you have referenced is this company's first signed letter from a physician specifying Ms. Bennett's physical situation and we are looking at it with care.

In clarification I'd like to state that Ms. Bennett has never been an employee of Army Fleet Support, LLC.  She cannot be reinstated.

We previously contacted her doctor on different occasions (every week for the past 6 weeks) and were unable to receive a signed statement from her physician indicating the extent of her restrictions.  Upon receiving this notification, our worker's compensation office was informed that Ms. Bennett's restrictions may need to be readdressed due to recent issues. Dr. Granger has indicated he will be providing additional information after his review is complete.

Regardless, Dr. Granger's letter of February 4, 2005 confirms Ms. Bennett has reached her FCE and MMI as indicated in the April 6, 2004 report. As discussed with Ms. Bennett last year, the company is unable to accommodate these restrictions.

In making the company's determination not to accommodate Ms. Bennett's restrictions, rules governing employee moves, reclassifications, realignments, etc., contained in the Collective Bargaining Agreement (CBA) had to be taken into consideration.  Since the company cannot guarantee nor restrict her location or type of work on a permanent basis, the IAM would be required to permanently waive seniority rights (as well as associated provisions outlined in Article 35 of the Collective Bargaining Agreement) in Ms. Bennett's situation before the company will consider accommodating her restrictions.  To date, I am not aware of the IAM's desire to waive seniority rights in an effort to accommodate an employee's restrictions.  Also remember that Ms. Bennett's right to reclassify to other locations and/or classifications would need to be waived, too.

**Attachment 1**

Mr. B. R. Brownell
March 1, 2005
Page Two

Additionally, on or about January 13, 2005, Ms. Bennett presented a letter to our Worker's Compensation Administrative Coordinator stating conditions under which she would be able to return to work. The letter was presented by Ms. Bennett as being a "letter from my physician". The opening sentence reads, "This letter is in reference to my patient Christine Bennett." Upon investigation and during contact with her treating physician, it was confirmed that although he had been shown this letter by Ms. Bennett, it had not been written at the direction of his office. As you are aware, this organization takes all misstatements of facts very seriously and has historically terminated for falsification. In addition to the consideration of whether her work restrictions can be reasonably accommodated, this is an issue that must be examined (i.e. do we want to employ an individual that has misrepresented information).

I hope that this information helps clarify this situation, and the Company's right to evaluate each person's ability to work within a classification while respecting the seniority language of the CBA.

Sincerely,

Thomas A. Green
General Manager

TAG/kp

# EXHIBIT F

STATE OF ALABAMA

COUNTY OF DALE

### **AFFIDAVIT OF JERRY FOWLER**

Jerry Fowler, after being first duly sworn, deposes and says as follows:

1.    My name is Jerry Fowler. I am over the age of majority and competent to testify to the matters stated herein. This Affidavit is based on my personal knowledge.

2.    I am an Armament Avionics Electrical & Instrument Technician (AAAE&I Tech®) for Army Fleet Support, LLC (AAFS®). I have held this position with AFS since December 1, 2003.

3.    While employed by AFS, I have not used a morphine pump or any other narcotic at work, nor have I taken a narcotic within 6 hours of the start of my shift.

4.    In 1994, *1999 or* while working for the previous aircraft maintenance contractor, DynCorp Technical Services, LLC, I did use a morphine pump for approximately three or four days, following a short term disability leave of approximately three weeks. That was done with permission from DynCorp=s Human Resources Department.

5.    There are no medical restrictions on my working for AFS.

Further, Affiant saith not.

_____
JERRY FOWLER

Sworn to and subscribed to before me on
this the __14th__ day of June, 2007.

_____
NOTARY PUBLIC
[Affix Notarial Seal]

My Commission Expires: __11/20/2007__

**Exhibit F**

# EXHIBIT G

STATE OF ALABAMA

COUNTY OF DALE

### **AFFIDAVIT OF TOM THOMASINO**

Tom Thomasino, after being first duly sworn, deposes and says as follows:

1. My name is Tom Thomasino. I am over the age of majority and competent to testify to the matters stated herein. This Affidavit is based on my personal knowledge.

2. I am an Armament Supervisor for Army Fleet Support, LLC ("AFS"). I have held this position with AFS since the beginning of its contract with the government on December 1, 2003. Prior to my employment with AFS, I was employed by DynCorp Technical Services, LLC in that same capacity.

3. Perry Phelps, who was nicknamed "Bullet," was an Armament Tech Lead over a crew that was under my supervision off-and-on for approximately one and one-half years. Some of that time was during his and my employment with AFS.

4. While Perry was under my supervision, I would observe him approximately four times per day. I never observed him taking Lortabs or other medications.

5. I am aware that Perry had rheumatoid arthritis, but I do not recall any time that he was accommodated with any restrictions or accommodations.

6. Had Perry been taking Lortabs with permission, that is something I would have been involved in, but I am not aware of any such instance.

7. AFS's policy is that employees are not to take narcotics on the job or within six hours before starting work. This policy was, and is, strictly observed in our area. I brief employees on this policy regularly.

**Exhibit G**

Further, Affiant saith not.

Tom Thomasino

Sworn to and subscribed to
before me on this the
_____14th_____ day of June 2007.

NOTARY PUBLIC

[Affix Notarial Seal]

My Commission Expires:

11/20/2007

# EXHIBIT H

STATE OF ALABAMA

COUNTY OF DALE

## AFFIDAVIT OF THOMAS E. FORD

Thomas E. Ford, after being first duly sworn, deposes and says as follows:

1.     My name is Thomas E. Ford.  I am over the age of majority and competent to testify to the matters stated herein.  This Affidavit is based on my personal knowledge.

2.     I am a Records Specialist Lead for Army Fleet Support, LLC at Hanchey Field, Fort Rucker, Alabama.  I have held this position at AFS since December 1, 2003, when AFS began its contract with the military.

3.     In all, I have worked for AFS and previous aircraft maintenance contractors at Fort Rucker a total of approximately twenty-three *Two (TF)* years, six months. Twenty of those years were in some capacity as a Records Clerk, three of those years as a Production Control Clerk and six months as a Monitor.  I have never worked as an aircraft mechanic.

4.     I was injured in a job-related accident while working for Sikorsky in the mid-eighty=s.  In 2005, I was out for five months on short term disability for medical issues related to those injuries.  When I returned to work, I was temporarily accommodated by AFS for four weeks with no lifting over twenty-five pounds.

5.     I have not been accommodated in any manner since that date.

Further, Affiant saith not.

*Thomas E. Ford*

THOMAS E. FORD

**Exhibit H**

Sworn to and subscribed to before me on
this the __14th__ day of June, 2007.

_Jeanne B Sanders_
NOTARY PUBLIC

[Affix Notarial Seal]

My Commission Expires:

__11/20/2007__

# EXHIBIT I

PDR® Electronic Library

*This report is based solely on product labeling as published by Physicians' Desk Reference ®. Copyright © 2006 Thomson PDR. All rights reserved.*

Report generated 01/05/2007 at 09:48 am

Kadian Capsules(Alpharma Branded Products)

## DESCRIPTION

KADIAN® capsules 20, 30, 50, 60 and 100 mg contain identical polymer coated sustained release pellets of morphine sulfate for oral administration.

Chemically, morphine sulfate is 7,8-didehydro-4,5 (alpha)- epoxy-17-methyl-morphinan-3,6 (alpha)- diol sulfate (2:1) (salt) pentahydrate and has the following structural formula:



Morphine sulfate is an odorless, white, crystalline powder with a bitter taste and a molecular weight of 758 (as the sulfate). It has a solubility of 1 in 21 parts of water and 1 in 1000 parts of alcohol, but is practically insoluble in chloroform or ether. The octanol: water partition coefficient of morphine is 1.42 at physiologic pH and the $pK_b$ is 7.9 for the tertiary nitrogen (mostly ionized at pH 7.4).

Each KADIAN® sustained release capsule contains either 20, 30, 50, 60, or 100 mg of Morphine Sulfate USP and the following inactive ingredients common to all strengths: hypromellose, ethylcellulose, methacrylic acid copolymer, polyethylene glycol, diethyl phthalate, talc, corn starch, and sucrose. The 20 mg capsule shell contains gelatin, silicon dioxide, sodium lauryl sulfate, D&C yellow #10, titanium dioxide, and black ink SW-9009. The 30 mg capsule shell contains gelatin, silicon dioxide, sodium lauryl sulfate, FD&C red #3, FD&C blue #1, titanium dioxide and black ink S-1-8114 or S-1-8115. The 50 mg capsule shell contains gelatin, silicon dioxide, sodium lauryl sulfate, D&C red #28, FD&C red #40, FD&C blue #1, titanium dioxide, and black ink SW-9009. The 60 mg capsule shell contains gelatin, silicon dioxide, sodium lauryl sulfate, D&C red #28, FD&C red #40, FD&C blue #1, titanium dioxide and black ink S-1-8114 or S-1-8115. The 100 mg capsule shell contains gelatin, silicon dioxide, sodium lauryl sulfate, D&C yellow #10, FD&C blue #1, titanium dioxide, and black ink SW-9009.

## CLINICAL PHARMACOLOGY

Morphine is a natural product that is the prototype for the class of natural and synthetic opioid analgesics. Opioids produce a wide spectrum of pharmacologic effects including analgesia, dysphoria, euphoria, somnolence, respiratory depression, diminished gastrointestinal motility, altered circulatory dynamics, histamine release and physical dependence.

**Exhibit I**

Morphine produces both its therapeutic and its adverse effects by interaction with one or more classes of specific opioid receptors located throughout the body. Morphine acts as a pure agonist, binding with and activating opioid receptors at sites in the peri-aqueductal and peri-ventricular grey matter, the ventro-medial medulla and the spinal cord to produce analgesia.

## Effects on the Central Nervous System

The principal therapeutic actions of morphine are analgesia, sedation and alterations of mood. Opioids of this class do not usually eliminate pain, but they do reduce the perception of pain by the central nervous system.

Morphine produces respiratory depression by reducing the responsiveness of the brain stem respiratory centers to increases in carbon dioxide tension (or to direct electrical stimulation).

Morphine depresses the cough reflex by direct effect on the cough center in the medulla. Antitussive effects may occur with doses lower than those usually required for analgesia.

Morphine causes miosis, even in total darkness, and little tolerance develops to this effect. Pinpoint pupils are a sign of opioid overdose but are not pathognomonic (e.g. pontine lesions of hemorrhagic or ischemic origins may produce similar findings). Marked mydriasis rather than miosis may be seen due to severe hypoxia in overdose situations.

## Effects on the Gastrointestinal Tract

Gastric, biliary and pancreatic secretions are decreased by morphine. Morphine causes a reduction in motility associated with an increase in tone in the antrum of the stomach and duodenum. Digestion of food in the small intestine is delayed and propulsive contractions are decreased. Propulsive peristaltic waves in the colon are decreased, while tone is increased to the point of spasm. The end result is constipation. Morphine can cause a marked increase in biliary tract pressure as a result of spasm of the sphincter of Oddi.

## Effects on the Cardiovascular System

Morphine produces peripheral vasodilation which may result in orthostatic hypotension or syncope. Release of histamine may be induced by morphine and can contribute to opioid-induced hypotension. Manifestations of histamine release and/or peripheral vasodilation may include pruritus, flushing, red eyes and sweating.

## Pharmacodynamics

The relationship between the blood level of morphine and the analgesic response will depend on the patient's age, state of health, medical condition, and the extent of previous opioid treatment.

A minimum effective concentration (MEC) of morphine for pain relief has been reported as $27.2 \pm 14.5$ ng/mL (mean $\pm$ SD) in cancer patients treated with morphine solution. These results compare with the MEC for plasma morphine reported as $14.7 \pm 4.8$ ng/mL (mean $\pm$ SD) in patients with postoperative pain. The high degree of variation is of clinical significance as it may result in either under-dosing or over-dosing if the dosage is not adjusted to the patient's clinical status and analgesic response (see **PRECAUTIONS** and **DOSAGE AND ADMINISTRATION** ).

For opioid-tolerant patients the situation is much more complex. Some patients will become rapidly tolerant to the analgesic effects of morphine, and will require high daily oral morphine doses for adequate pain control. Since the development of tolerance to both the therapeutic and adverse effects of opioids is highly individualized, the dose of morphine should be individualized to the patient's condition and should not be based on an arbitrary choice of a dose or blood level to be achieved.

## Pharmacokinetics

KADIAN® capsules contain polymer coated sustained release pellets of morphine sulfate that release morphine significantly more slowly than from morphine sulfate tablets and shorter-acting controlled-release oral morphine sulfate preparations. KADIAN® activity is primarily due to morphine. One metabolite, morphine-6-glucuronide, has been shown to have analgesic activity, but poorly crosses the blood-brain barrier.

Following oral administration, the extent of absorption is essentially the same for immediate or sustained release formulations, although the time to peak blood level (T $_{max}$ ) will be longer and the C $_{max}$ will be lower for formulations that delay the release of morphine in the gastrointestinal tract.

Elimination of morphine is primarily via hepatic metabolism to glucuronide metabolites (55 to 65%) which are then renally excreted. The terminal half-life of morphine is 2 to 4 hours, however, a longer term half-life of about 15 hours has been reported in studies where blood has been sampled up to 48 hours.

The single-dose pharmacokinetics of KADIAN® are linear over the dosage range of 30 to 100 mg. The single dose and multiple dose pharmacokinetic parameters of KADIAN® in normal volunteers are summarized in Table 1.

| Table 1:Mean pharmacokinetic parameters (% coefficient variation) resulting from a fasting single dose study in normal volunteers and a multiple dose study in patients with cancer pain. | | | | | |
|---|---|---|---|---|---|
| Regimen/ Dosage Form | $AUC \#, +$ (ng.h/mL) | $C_{max} +$ (ng/mL) | $T_{max}$ (h) | $C_{min} +$ (ng/mL) | Fluctuation * |
| Single Dose (n=24) | | | | | |
| KADIAN® Capsule | 271.0 (19.4) | 15.6 (24.4) | 8.6 (41.1) | na $^\wedge$ | na |
| Controlled-Release Tablet | 304.3 (19.1) | 30.5 (32.1) | 2.5 (52.6) | na | na |
| Morphine Solution | 362.4 (42.6) | 64.4 (38.2) | 0.9 (55.8) | na | na |
| Multiple Dose (n=24) | | | | | |
| KADIAN® Capsule q24h | 500.9 (38.6) | 37.3 (37.7) | 10.3 (32.2) | 9.9 (52.3) | 3.0 (45.5) |
| Controlled-Release Tablet q12h | 457.3 (40.2) | 36.9 (42.0) | 4.4 (53.0) | 7.6 (60.3) | 4.1 (51.5) |
| # For single dose AUC = $AUC_{0-48h}$, for multiple dose AUC = $AUC_{0-24h}$ at steady state | | | | | |
| + For single dose parameter normalized to 100 mg, for multiple dose parameter normalized to 100 mg per 24 hours | | | | | |
| * Steady-state fluctuation in plasma concentrations = $C_{max} - C_{min} / C_{min}$ | | | | | |
| ^ Not applicable | | | | | |

## Absorption

Following the administration of oral morphine solution, approximately 50% of the morphine absorbed reaches the systemic circulation within 30 minutes. However, following the administration of an equal amount of KADIAN® to healthy volunteers, this occurs, on average, after 8 hours. As with most forms of oral morphine, because of pre-systemic elimination, only about 20 to 40% of the administered dose reaches the systemic circulation.

**Food Effects:**   While concurrent administration of food slows the rate of absorption of KADIAN®, the extent of absorption is not affected and KADIAN® can be administered without regard to meals.

**Steady State:**   When KADIAN® is given on a fixed dosing regimen to patients with chronic pain due to malignancy, steady state is achieved in about two days. At steady state, KADIAN® will have a significantly lower $C_{max}$ and a higher $C_{min}$ than equivalent doses of oral morphine solution and some other controlled-release preparations (see Graph 1).





When given once-daily (every 24 hours) to 24 patients with malignancy, KADIAN® had a similar $C_{max}$ and higher $C_{min}$ at steady state in clinical usage, when compared to twice-daily (every 12 hours) controlled-release morphine tablets (MS Contin®), given at an equivalent total daily dosage (see Graph 2 and Table 1). Drug-disease interactions are frequently seen in the older and more gravely ill patients, and may result in both altered absorption and reduced clearance as compared to normal volunteers (see **Geriatric**, **Hepatic Failure**, and **Renal Insufficiency** sections).



**Distribution**

Once absorbed, morphine is distributed to skeletal muscle, kidneys, liver, intestinal tract, lungs, spleen and brain.

The volume of distribution of morphine is approximately 3 to 4 L/kg. Morphine is 30 to 35% reversibly bound to plasma proteins.

Although the primary site of action of morphine is in the CNS, only small quantities pass the blood-brain barrier.

Morphine also crosses the placental membranes (see **PRECAUTIONS - Pregnancy** ) and has been found in breast milk (see **PRECAUTIONS - Nursing Mothers** ).

## Metabolism

The major pathway of the detoxification of morphine is conjugation, either with D-glucuronic acid in the liver to produce glucuronides or with sulfuric acid to give morphine-3-etheral sulfate. Although a small fraction (less than 5%) of morphine is demethylated, for all practical purposes, virtually all morphine is converted to glucuronide metabolites including morphine-3-glucuronide, M3G (about 50%) and morphine-6-glucuronide, M6G (about 5 to 15%). Studies in healthy subjects and cancer patients have shown that the glucuronide metabolite to morphine mean molar ratios (based on AUC) are similar after both single doses and at steady state for KADIAN®, 12-hour controlled-release morphine sulfate tablets and morphine sulfate solution.

M3G has no significant analgesic activity. M6G has been shown to have opioid agonist and analgesic activity in humans.

### Excretion

Approximately 10% of morphine dose is excreted unchanged in the urine. Most of the dose is excreted in the urine as M3G and M6G. A small amount of the glucuronide metabolites is excreted in the bile and there is some minor enterohepatic cycling. Seven to 10% of administered morphine is excreted in the feces.

The mean adult plasma clearance is about 20-30 mL/minute/kg. The effective terminal half-life of morphine after IV administration is reported to be approximately 2.0 hours. Longer plasma sampling in some studies suggests a longer terminal half-life of morphine of about 15 hours.

## Special Populations

**Geriatric:**    The elderly may have increased sensitivity to morphine and may achieve higher and more variable serum levels than younger patients. In adults, the duration of analgesia increases progressively with age, though the degree of analgesia remains unchanged. KADIAN® pharmacokinetics have not been investigated in elderly patients (>65 years) although such patients were included in the clinical studies.

**Nursing Mothers:**    Morphine is excreted in the maternal milk, and the milk to plasma morphine AUC ratio is about 2.5:1. The amount of morphine received by the infant depends on the maternal plasma concentration, amount of milk ingested by the infant, and the extent of first pass metabolism.

**Pediatric:**    Infants under 1 month of age have a prolonged elimination half-life and decreased clearance relative to older infants and pediatric patients. The clearance of morphine and its elimination half-life begin to approach adult values by the second month of life. Pediatric patients old enough to take capsules should have pharmacokinetic parameters similar to adults, dosed on a per kilogram basis (see **PRECAUTIONS - Pediatric Use** ).

**Gender:**    No meaningful differences between male and female patients were demonstrated in the analysis of the pharmacokinetic data from clinical studies.

**Race:**    Pharmacokinetic differences due to race may exist. Chinese subjects given intravenous morphine in one study had a higher clearance when compared to caucasian subjects (1852 ± 116 mL/min versus 1495 ± 80 mL/min).

**Hepatic Failure:**    The pharmacokinetics of morphine were found to be significantly altered in individuals with alcoholic cirrhosis. The clearance was found to decrease with a corresponding increase in half-life. The M3G and M6G to morphine plasma AUC ratios also decreased in these patients indicating a decrease in metabolic activity.

**Renal Insufficiency:**    The pharmacokinetics of morphine are altered in renal failure patients. AUC is increased and clearance is decreased. The metabolites, M3G and M6G accumulate several fold in renal failure patients compared with healthy subjects.

**Drug-Drug Interactions:** The known drug interactions involving morphine are pharmacodynamic, not pharmacokinetic (see

PRECAUTIONS - Drug Interactions ).

## Clinical Studies

A total of 177 healthy subjects and 337 patients with cancer pain participated in a total of 15 studies (10 pharmacokinetic and 6 clinical; one study reported both pharmacokinetic and clinical data). Of these individuals, 158 healthy subjects and 268 patients received KADIAN®. In the controlled clinical studies patients were followed for a median duration of 7 days and in the open label studies patients were followed for up to 12-24 months. KADIAN® was compared to oral morphine solution and to either MS Contin® or to a 12-hour controlled-release morphine tablet bioequivalent to MS Contin® using trial designs that followed the clinical and pharmacokinetic performance of each treatment in cancer patients receiving chronic opioid therapy.

In two controlled studies, patients with moderate to severe cancer pain were titrated with immediate-release morphine (IRM) solution or tablets to a stable total daily dose of morphine for at least three consecutive days, then randomized to KADIAN® or 12-hour controlled-release morphine for seven days of observation. KADIAN® given once a day proved similar to the same total dose of morphine given in divided doses in a 12-hour dosage form, with respect to pain relief, use of rescue medication, patient and investigator global assessment, and quality of sleep. Individual patient differences in the pattern of pain control emphasize the need to individualize both dose and dosing interval (see DOSAGE AND ADMINISTRATION ).

## INDICATIONS AND USAGE

KADIAN® is indicated for the management of moderate to severe pain where treatment with an opioid analgesic is indicated for more than a few days (see CLINICAL PHARMACOLOGY; Clinical Studies ).

KADIAN® was developed for use in patients with chronic pain who require repeated dosing with a potent opioid analgesic, and has been tested in patients with pain due to malignant conditions. KADIAN® has not been tested as an analgesic for the treatment of acute pain or in the postoperative setting and is not recommended for such use.

## CONTRAINDICATIONS

KADIAN® is contraindicated in patients with a known hypersensitivity to morphine, morphine salts or any of the capsule components.

KADIAN® is contraindicated in patients with respiratory depression in the absence of resuscitative equipment, and in patients with acute or severe bronchial asthma.

KADIAN® is contraindicated in any patient who has or is suspected of having paralytic ileus.

**WARNINGS**

 (See also CLINICAL PHARMACOLOGY )

## Impaired Respiration

Respiratory depression is the chief hazard of all morphine preparations. Respiratory depression occurs more frequently in elderly and debilitated patients, and those suffering from conditions accompanied by hypoxia, hypercapnia, or upper airway obstruction (when even moderate therapeutic doses may significantly decrease pulmonary ventilation).

Morphine should be used with extreme caution in patients with chronic obstructive pulmonary disease or cor pulmonale, and in patients having a substantially decreased respiratory reserve (e.g. severe kyphoscoliosis), hypoxia, hypercapnia, or pre-existing respiratory depression. In such patients, even usual therapeutic doses of morphine may increase airway resistance and decrease respiratory drive to the point of apnea.

## Head Injury and Increased Intracranial Pressure

The respiratory depressant effects of morphine with carbon dioxide retention and secondary elevation of cerebrospinal fluid pressure may be markedly exaggerated in the presence of head injury, other intracranial lesions, or a pre-existing increase in intracranial pressure. Morphine produces effects which may obscure neurologic signs of further increases in pressure in patients with head injuries. Morphine should only be administered under such circumstances when considered essential and then with extreme care.

## Hypotensive Effect

KADIAN®, like all opioid analgesics, may cause severe hypotension in an individual whose ability to maintain blood pressure has already been compromised by a reduced blood volume, or a concurrent administration of drugs such as phenothiazines or general anesthetics. (see also **PRECAUTIONS - Drug Interactions** ). KADIAN® may produce orthostatic hypotension and syncope in ambulatory patients.

KADIAN®, like all opioid analgesics, should be administered with caution to patients in circulatory shock, as vasodilation produced by the drug may further reduce cardiac output and blood pressure.

## Gastrointestinal Obstruction

KADIAN® should not be given to patients with gastrointestinal obstruction, particularly paralytic ileus, as there is a risk of the product remaining in the stomach for an extended period and the subsequent release of a bolus of morphine when normal gut motility is restored. As with other solid morphine formulations diarrhea may reduce morphine absorption.

**PRECAUTIONS**  (See also **CLINICAL PHARMACOLOGY** )

## General

KADIAN® is intended for use in patients who require continuous treatment with a potent opioid analgesic. As with any potent opioid, it is critical to adjust the dosing regimen for KADIAN® for each patient, taking into account the patient's prior analgesic treatment experience. Although it is clearly impossible to enumerate every consideration that is important to the selection of the initial dose of KADIAN®, attention should be given to the points under **DOSAGE AND ADMINISTRATION.**

## Cordotomy

Patients taking KADIAN® who are scheduled for cordotomy or other interruption of pain transmission pathways should have KADIAN® ceased 24 hours prior to the procedure and the pain controlled by parenteral short-acting opioids. In addition, the post-procedure titration of analgesics for such patients should be individualized to avoid either oversedation or withdrawal syndromes.

## Use in Pancreatic/Biliary Tract Disease

KADIAN® may cause spasm of the sphincter of Oddi and should be used with caution in patients with biliary tract disease, including acute pancreatitis. Opioids may cause increases in the serum amylase level.

## Special risk groups

KADIAN® should be administered with caution, and in reduced dosages in elderly or debilitated patients; patients with severe renal or hepatic insufficiency; patients with Addison's disease; myxedema; hypothyroidism; prostatic hypertrophy or urethral stricture.

Caution should also be exercised in the administration of KADIAN® to patients with CNS depression, toxic psychosis, acute alcoholism and delirium tremens, and convulsive disorders.

## Driving and operating machinery

Morphine may impair the mental and/or physical abilities needed to perform potentially hazardous activities such as driving a car or operating machinery. Patients must be cautioned accordingly. Patients should also be warned about the potential combined effects of morphine with other CNS depressants, including other opioids, phenothiazines, sedative/hypnotics and alcohol (see **Drug Interactions** ).

## Information for Patients

If clinically advisable, patients receiving KADIAN® should be given the following instructions by the physician:

1.  KADIAN® capsules should be swallowed whole (not chewed, crushed, or dissolved). Alternatively, KADIAN® capsules may be opened and the entire contents sprinkled on a small amount of applesauce immediately prior to ingestion. The pellets should NOT be chewed, crushed, or dissolved due to risk of overdose. When prescribing KADIAN® by the sprinkle method, details of proper technique should be explained to the patient. KADIAN® capsules may also be opened and the entire contents sprinkled over about

10 mL of water in a beaker then flushed with swirling through a pre-wetted 16-French gastrostomy tube fitted with a plastic funnel at the port end. The beaker is rinsed with additional aliquots of water as necessary to transfer all of the pellets to flush the tube. **NASOGASTRIC TUBES SHOULD NOT BE USED.** (also see **DOSAGE AND ADMINISTRATION** )

2.  The dose of KADIAN® should not be adjusted without consulting the physician.
3.  Morphine may impair mental and/or physical ability required for the performance of potentially hazardous tasks (e.g. driving, operating machinery). Patients started on KADIAN® or whose dose has been changed should refrain from dangerous activity until it is established that they are not adversely affected.
4.  Morphine should not be taken with alcohol or other CNS depressants (sleeping medication, tranquilizers) because additive effects including CNS depression may occur. A physician should be consulted if other medications are currently being used or are prescribed for future use.
5.  Women of childbearing potential who become or are planning to become pregnant, should consult a physician.
6.  Upon completion of therapy, it may be appropriate to taper the morphine dose, rather than abruptly discontinuing it.
7.  While psychological dependence ("addiction") to morphine used in the treatment of pain is very rare, morphine is one of a class of drugs known to be abused and should be handled accordingly.
8.  As with other opioids, patients taking KADIAN® should be advised that severe constipation could occur and appropriate laxatives, stool softeners and other appropriate treatments should be initiated from the beginning of opioid therapy.

## Drug Interactions

CNS Depressants:   Morphine should be used with great caution and in reduced dosage in patients who are concurrently receiving other central nervous system (CNS) depressants including sedatives, hypnotics, general anesthetics, antiemetics, phenothiazines, other tranquilizers and alcohol because of the risk of respiratory depression, hypotension and profound sedation or coma. When such combined therapy is contemplated, the initial dose of one or both agents should be reduced by at least 50%.

Muscle Relaxants:   Morphine may enhance the neuromuscular blocking action of skeletal relaxants and produce an increased degree of respiratory depression.

Mixed Agonist/Antagonist Opioid Analgesics:   From a theoretical perspective, mixed agonist/antagonist analgesics (i.e. pentazocine, nalbuphine and butorphanol) should NOT be administered to patients who have received or are receiving a course of therapy with a pure opioid agonist analgesic. In these patients, mixed agonist/antagonist analgesics may reduce the analgesic effect and/or may precipitate withdrawal symptoms.

Monoamine Oxidase Inhibitors (MAOIs):   MAOIs have been reported to intensify the effects of at least one opioid drug causing anxiety, confusion and significant depression of respiration or coma. We do not recommend the use of KADIAN® in patients taking MAOIs or within 14 days of stopping such treatment.

Cimetidine:   There is an isolated report of confusion and severe respiratory depression when a hemodialysis patient was concurrently administered morphine and cimetidine.

Diuretics:   Morphine can reduce the efficacy of diuretics by inducing the release of antidiuretic hormone. Morphine may also lead to acute retention of urine by causing spasm of the sphincter of the bladder, particularly in men with prostatism.

Food:   KADIAN® capsules should be swallowed whole (not chewed, crushed, or dissolved). Alternatively, KADIAN® capsules may be opened and the entire contents sprinkled on a small amount of applesauce immediately prior to ingestion. The pellets in KADIAN® should NOT be chewed, crushed, or dissolved due to risk of overdose. (see **DOSAGE AND ADMINISTRATION**, and **INFORMATION FOR PATIENTS** )

## Carcinogenicity/Mutagenicity/Impairment of Fertility

Long-term studies in animals to evaluate the carcinogenic potential of morphine have not been conducted. There are no reports of carcinogenic effects in humans.

*In vitro* studies have reported that morphine is non-mutagenic in the Ames test with *Salmonella* , and induces chromosomal aberrations in human leukocytes and lethal mutation induction in *Drosophila* . Morphine was found to be mutagenic *in vitro* in human T-cells, increasing the DNA fragmentation. *In vivo* , morphine was mutagenic in the mouse micronucleus test and induced chromosomal aberrations in spermatids and murine lymphocytes.

Chronic opioid abusers (e.g., heroin abusers) and their offspring display higher rates of chromosomal damage. However, the rates of chromosomal abnormalities were similar in nonexposed individuals and in heroin users enrolled in long term opioid maintenance programs.

## Pregnancy

## Teratogenic effects (Pregnancy Category C)

Teratogenic effects of morphine have been reported in the animal literature. High parental doses during the second trimester were teratogenic in neurological, soft and skeletal tissue. The abnormalities included encephalopathy and axial skeletal fusions. These doses were often maternally toxic and were 0.3 to 3-fold the maximum recommended human dose (MRHD) on a mg/m$^2$ basis. The relative contribution of morphine-induced maternal hypoxia and malnutrition, each of which can be teratogenic, has not been clearly defined. Treatment of male rats with approximately 3-fold the MRHD for 10 days prior to mating decreased litter size and viability.

## Nonteratogenic effects

Morphine given subcutaneously, at non-maternally toxic doses, to rats during the third trimester with approximately 0.15-fold the MRHD caused reversible reductions in brain and spinal cord volume, and testes and body weight in the offspring, and decreased fertility in female offspring. The offspring of rats and hamsters treated orally or intraperitoneally throughout pregnancy with 0.04- to 0.3-fold the MRHD of morphine have demonstrated delayed growth, motor and sexual maturation and decreased male fertility. Chronic morphine exposure of fetal animals resulted in mild withdrawal, altered reflex and motor skill development, and altered responsiveness to morphine that persisted into adulthood.

There are no well-controlled studies of chronic *in utero* exposure to morphine sulfate in human subjects. However, uncontrolled retrospective studies of human neonates chronically exposed to other opioids *in utero* , demonstrated reduced brain volume which normalized over the first month of life. Infants born to opioid-abusing mothers are more often small for gestational age, have a decreased ventilatory response to CO$_2$ and increased risk of sudden infant death syndrome.

Morphine should only be used during pregnancy if the need for strong opioid analgesia justifies the potential risk to the fetus.

## Labor and Delivery

KADIAN® is not recommended for use in women during and immediately prior to labor, where shorter acting analgesics or other analgesic techniques are more appropriate. Occasionally, opioid analgesics may prolong labor through actions which temporarily reduce the strength, duration and frequency of uterine contractions. However, this effect is not consistent and may be offset by an increased rate of cervical dilatation which tends to shorten labor.

Neonates whose mothers received opioid analgesics during labor should be observed closely for signs of respiratory depression. A specific opioid antagonist, such as naloxone or nalmefene, should be available for reversal of opioid-induced respiratory depression in the neonate.

## Neonatal Withdrawal Syndrome

Chronic maternal use of opiates or opioids during pregnancy coexposes the fetus. The newborn may experience subsequent neonatal withdrawal syndrome (NWS). Manifestations of NWS include irritability, hyperactivity, abnormal sleep pattern, high-pitched cry, tremor, vomiting, diarrhea, weight loss, and failure to gain weight. The onset, duration, and severity of the disorder differ based on such factors as the addictive drug used, time and amount of mother's last dose, and rate of elimination of the drug from the newborn. Approaches to the treatment of this syndrome have included supportive care and, when indicated, drugs such as paragoric or phenobarbital.

## Nursing Mothers

Low levels of morphine sulfate have been detected in human milk. Withdrawal symptoms can occur in breast-feeding infants when maternal administration of morphine sulfate is stopped. Because of the potential for adverse reactions in nursing infants from KADIAN®, a decision should be made whether to discontinue nursing or discontinue the drug, taking into account the importance of the drug to the mother.

## Pediatric Use

There are studies from the literature reporting the safe and effective use of both immediate and sustained release oral morphine preparations for analgesia in pediatric patients who were dosed on a per kilogram basis. However, the safety of KADIAN®, both the entire capsule and the pellets sprinkled on applesauce, have not been directly investigated in pediatric patients below the age of 18 years. The range of doses available is not suitable for the treatment of very young pediatric patients or those who are not old enough to take capsules safely. The applesauce sprinkling method is not an appropriate alternative for these patients.

## ADVERSE REACTIONS

Serious adverse reactions that may be associated with KADIAN® therapy in clinical use are those observed with other opioid analgesics and include: respiratory depression, respiratory arrest, circulatory depression, cardiac arrest, hypotension, and/or shock (see **OVERDOSAGE, WARNINGS** ).

The less severe adverse events seen on initiation of therapy with KADIAN® are also typical opioid side effects. These events are dose dependent, and their frequency depends on the clinical setting, the patient's level of opioid tolerance, and host factors specific to the individual. They should be expected and managed as a part of opioid analgesia. The most frequent of these include drowsiness, dizziness, constipation and nausea. In many cases, the frequency of these events during initiation of therapy may be minimized by careful individualization of starting dosage, slow titration, and the avoidance of large rapid swings in plasma concentrations of the opioid. Many of these adverse events, will cease or decrease as KADIAN® therapy is continued and some degree of tolerance is developed, but others may be expected to remain troublesome throughout therapy.

## Management of Excessive Drowsiness

Most patients receiving morphine will experience initial drowsiness. This usually disappears within 3-5 days and is not a cause of concern unless it is excessive, or accompanied by unsteadiness or confusion. Dizziness and unsteadiness may be associated with postural hypotension, particularly in elderly or debilitated patients, and has been associated with syncope and falls in non-tolerant patients started on opioids.

Excessive or persistent sedation should be investigated. Factors to be considered should include: concurrent sedative medications, the presence of hepatic or renal insufficiency, hypoxia or hypercapnia due to exacerbated respiratory failure, intolerance to the dose used (especially in older patients), disease severity and the patient's general condition.

The dosage should be adjusted according to individual needs, but additional care should be used in the selection of initial doses for the elderly patient, the cachectic or gravely ill patient, or in patients not already familiar with opioid analgesic medications to prevent excessive sedation at the onset of treatment.

## Management of Nausea and Vomiting

Nausea and vomiting are common after single doses of morphine or as an early undesirable effect of chronic opioid therapy. The prescription of a suitable antiemetic should be considered, with the awareness that sedation may result (see **Drug Interactions** ). The frequency of nausea and vomiting usually decreases within a week or so but may persist due to opioid-induced gastric stasis. Metoclopramide is often useful in such patients.

## Management of Constipation

Virtually all patients suffer from constipation while taking opioids on a chronic basis. Some patients, particularly elderly, debilitated or bedridden patients may become impacted. Tolerance does not usually develop for the constipating effects of opioids. Patients must be cautioned accordingly and laxatives, softeners and other appropriate treatments should be used prophylactically from the beginning of opioid therapy.

## Adverse Events Probably Related to KADIAN® Administration

In controlled clinical trials in patients with chronic cancer pain the most common adverse events reported by patients at least once during therapy were drowsiness (9%), constipation (9%), nausea (7%), dizziness (6%), and anxiety (6%). Other less common side effects expected from morphine or seen in less than 3% of patients in the clinical trials were:

**Body as a Whole:**  Asthenia, accidental injury, fever, pain, chest pain, headache, diaphoresis, chills, flu syndrome, back pain, malaise, withdrawal syndrome

**Cardiovascular:**  Tachycardia, atrial fibrillation, hypotension, hypertension, pallor, facial flushing, palpitations, bradycardia, syncope

**Central Nervous System:**  Confusion, dry mouth, anxiety, abnormal thinking, abnormal dreams, lethargy, depression, tremor, loss of concentration, insomnia, amnesia, paresthesia, agitation, vertigo, foot drop, ataxia, hypesthesia, slurred speech, hallucinations, vasodilation, euphoria, apathy, seizures, myoclonus

**Endocrine:**  Hyponatremia due to inappropriate ADH secretion, gynecomastia

**Gastrointestinal:**  Vomiting, anorexia, dysphagia, dyspepsia, diarrhea, abdominal pain, stomach atony disorder, gastro-esophageal reflux, delayed gastric emptying, biliary colic

**Hemic & Lymphatic:**   Anemia, leukopenia, thrombocytopenia

**Metabolic & Nutritional:**   Peripheral edema, hyponatremia, edema

**Musculoskeletal:**   Back pain, bone pain, arthralgia

**Respiratory:**   Hiccup, rhinitis, atelectasis, asthma, hypoxia, dyspnea, respiratory insufficiency, voice alteration, depressed cough reflex, non-cardiogenic pulmonary edema

**Skin and Appendages:**   Rash, decubitus ulcer, pruritus, skin flush

**Special Senses:**   Amblyopia, conjunctivitis, miosis, blurred vision, nystagmus, diplopia

**Urogenital:**   Urinary abnormality, amenorrhea, urinary retention, urinary hesitancy, reduced libido, reduced potency, prolonged labor

## DRUG ABUSE AND DEPENDENCE

Morphine is the prototype of opioid agonist drugs, and may be subject to misuse, abuse and addiction. Addiction to opioids prescribed for pain management is rare, but requests for opioids from patients addicted to opioids are common and physicians should take appropriate care in prescribing this controlled substance.

Opioid analgesics may cause physical dependence. Physical dependence results in withdrawal symptoms in patients who abruptly discontinue the drug. Withdrawal also may be precipitated through the administration of drugs with opioid antagonist activity, e.g. naloxone, nalmefene, or mixed agonist/antagonist analgesics (pentazocine, butorphanol, nalbuphine), (see also **OVERDOSAGE** ).

Physical dependence usually does not occur to a clinically significant degree until after several weeks of continued opioid usage. Tolerance, in which increasingly large doses are required in order to produce the same degree of analgesia, is initially manifested by a shortened duration of analgesic effect, and subsequently, by decreases in the intensity of analgesia.

In chronic pain patients, and in opioid-tolerant cancer patients, the administration of KADIAN® should be guided by the degree of tolerance manifested. Physical dependence, per se, is not ordinarily a concern when one is dealing with a patient in pain, and fear of tolerance should not deter using adequate doses to adequately relieve pain.

If morphine is abruptly discontinued an abstinence syndrome may occur. This is usually mild and is characterized by rhinitis, myalgia, abdominal cramping and occasional diarrhea. Most observable symptoms disappear in 5-14 days without treatment; however, there may be a phase of secondary or chronic abstinence which may last for 2-6 months characterized by insomnia, irritability and muscular aches.

If treatment of physical dependence of patients taking morphine is necessary, the patient may be detoxified by gradual reduction of the dose. Gastrointestinal disturbances or dehydration should be treated with supportive care.

KADIAN® has no role in the management of opioid addiction.

## OVERDOSAGE

### Symptoms

Acute overdosage with morphine is manifested by respiratory depression, somnolence progressing to stupor or coma, skeletal muscle flaccidity, cold and clammy skin, constricted pupils, and, sometimes, pulmonary edema, bradycardia, hypotension and death. Marked mydriasis rather than miosis may be seen due to severe hypoxia in overdose situations.

### Treatment

Primary attention should be given to the re-establishment of a patent airway and institution of assisted or controlled ventilation. Gastric contents may need to be emptied to remove unabsorbed drug when a sustained release formulation such as KADIAN® has been taken. Care should be taken to secure the airway before attempting treatment by gastric emptying or activated charcoal.

The pure opioid antagonists, naloxone or nalmefene, are specific antidotes to respiratory depression which results from opioid overdose. Since the duration of reversal would be expected to be less than the duration of action of KADIAN®, the patient must be carefully

monitored until spontaneous respiration is reliably re-established. KADIAN® will continue to release and add to the morphine load for up to 24 hours after administration and the management of an overdose should be monitored accordingly. If the response to opioid antagonists is suboptimal or not sustained, additional antagonist should be given as directed by the manufacturer of the product.

Opioid antagonists should not be administered in the absence of clinically significant respiratory or circulatory depression secondary to morphine overdose. Such agents should be administered cautiously to persons who are known, or suspected to be physically dependent on KADIAN®. In such cases, an abrupt or complete reversal of opioid effects may precipitate an acute abstinence syndrome.

**Opioid Tolerant Individuals:**  In an individual physically dependent on opioids, administration of the usual dose of the antagonist will precipitate an acute withdrawal. The severity of the withdrawal produced will depend on the degree of physical dependence and the dose of the antagonist administered. Use of an opioid antagonist should be reserved for cases where such treatment is clearly needed. If it is necessary to treat serious respiratory depression in the physically dependent patient, administration of the antagonist should be begun with care and by titration with smaller than usual doses.

Supportive measures (including oxygen, vasopressors) should be employed in the management of circulatory shock and pulmonary edema as indicated. Cardiac arrest or arrhythmias may require cardiac massage or defibrillation.

## DOSAGE AND ADMINISTRATION

**KADIAN® CAPSULES SHOULD BE SWALLOWED WHOLE (NOT CHEWED, CRUSHED, OR DISSOLVED).**

**ALTERNATIVELY, KADIAN® CAPSULES MAY BE OPENED AND THE ENTIRE CONTENTS SPRINKLED ON A SMALL AMOUNT OF APPLESAUCE IMMEDIATELY PRIOR TO INGESTION. THE PELLETS IN KADIAN® CAPSULES SHOULD NOT BE CHEWED, CRUSHED, OR DISSOLVED DUE TO RISK OF OVERDOSE.**

**TAKING CHEWED OR CRUSHED KADIAN® CAPSULES OR PELLETS WILL LEAD TO THE RAPID RELEASE AND ABSORPTION OF A POTENTIALLY TOXIC DOSE OF MORPHINE.**

**KADIAN® CAPSULES MAY BE OPENED AND THE ENTIRE CONTENTS SPRINKLED OVER ABOUT 10 ML OF WATER AND FLUSHED WITH SWIRLING THROUGH A PRE-WETTED 16 FRENCH GASTROSTOMY TUBE FITTED WITH FUNNEL AT THE PORT END. ADDITIONAL ALIQUOTS OF WATER ARE USED TO TRANSFER ALL PELLETS AND TO FLUSH THE TUBE. THE ADMINISTRATION OF KADIAN® PELLETS THROUGH A NASOGASTRIC TUBE SHOULD NOT BE ATTEMPTED.**

The sustained release nature of KADIAN® allows it to be administered on **either** a once-a-day or twice-a-day schedule. KADIAN® produces analgesia similar to that produced by conventional immediate-release and controlled-release formulations for the same total daily dose of morphine. However, peak and trough blood levels depend on the release characteristics of each specific formulation, and other oral morphines may not be therapeutically equivalent to KADIAN® for an individual patient.

KADIAN® capsules have the same extent of absorption (AUC) as immediate-release oral formulations and controlled-release oral formulations of morphine sulfate. However, key pharmacokinetic parameters (e.g. $C_{max}$, $T_{max}$) for KADIAN® are significantly different from other controlled-release oral formulations.

As with any potent opioid drug product, it is critical to adjust the dosing regimen for each patient individually, taking into account the patient's prior analgesic treatment experience. In the selection of the initial dose of KADIAN®, attention should be given to:

1. the total daily dose, potency and kind of opioid the patient has been taking previously;
2. the reliability of the relative potency estimate used to calculate the equivalent dose of morphine needed;
3. the patient's degree of opioid tolerance;
4. the general condition and medical status of the patient;
5. concurrent medication;
6. the type and severity of the patient's pain.

The following dosing recommendations, therefore, can only be considered suggested approaches to what is actually a series of clinical decisions over time in the management of the pain of an individual patient.

## Conversion from Other Oral Morphine Formulations to KADIAN®

Patients on other oral morphine formulations may be converted to KADIAN® by administering one-half of the patient's total daily oral morphine dose as KADIAN® capsules every 12 hours (twice-a-day) or by administering the total daily oral morphine dose as KADIAN® capsules every 24 hours (once-a-day). KADIAN® should not be given more frequently than every 12 hours.

## Conversion from Parenteral Morphine or Other Parenteral or Oral Opioids to KADIAN®

KADIAN® can be administered to patients previously receiving treatment with parenteral morphine or other opioids. While there are useful tables of oral and parenteral equivalents in cancer analgesia, there is substantial interpatient variation in the relative potency of different opioid drugs and formulations. For these reasons, it is better to underestimate the patient's 24 hour oral morphine requirement and provide rescue medication, than to overestimate and manage an adverse event. The following general points should be considered:

*Parenteral to oral morphine ratio:* It may take anywhere from 2-6 mg of oral morphine to provide analgesia equivalent to 1 mg of parenteral morphine. A dose of oral morphine three times the daily parenteral morphine requirement may be sufficient in chronic use settings.

*Other parenteral or oral opioids to oral morphine sulfate:* Physicians are advised to refer to published relative potency data, keeping in mind that such ratios are only approximate. In general, it is safest to give half of the estimated daily morphine demand as the initial dose, and to manage inadequate analgesia by supplementation with immediate-release morphine. (See discussion which follows.)

The first dose of KADIAN® may be taken with the last dose of any immediate-release (short-acting) opioid medication due to the long delay until the peak effect after administration of KADIAN®.

## Use of KADIAN® as the First Opioid Analgesic

There has been no evaluation of KADIAN® as an initial opioid analgesic in the management of pain. Because it may be more difficult to titrate a patient to adequate analgesia using a sustained release morphine, it is ordinarily advisable to begin treatment using an immediate-release morphine formulation.

## Individualization of Dosage

The best use of opioid analgesics in the management of chronic malignant and non-malignant pain is challenging, and is well described in materials published by the World Health Organization and the Agency for Health Care Policy and Research which are available from Alpharma upon request. KADIAN® is a third step drug which is most useful when the patient requires a constant level of opioid analgesia as a "floor" or "platform" from which to manage breakthrough pain. When a patient has reached the point where comfort cannot be provided with a combination of non-opioid medications (NSAIDs and acetaminophen) and intermittent use of moderate or strong opioids, the patient's total opioid therapy should be converted into a 24 hour oral morphine equivalent.

KADIAN® should be started by administering one-half of the estimated total daily oral morphine dose every 12 hours (twice-a-day) **or** by administering the total daily oral morphine dose every 24 hours (once-a-day). The dose should be titrated no more frequently than every-other-day to allow the patients to stabilize before escalating the dose. If breakthrough pain occurs, the dose may be supplemented with a small dose (less than 20% of the total daily dose) of a short-acting analgesic. Patients who are excessively sedated after a once-a-day dose or who regularly experience inadequate analgesia before the next dose should be switched to twice-a-day dosing.

Patients who do not have a proven tolerance to opioids should be started only on the 20 mg strength, and usually should be increased at a rate not greater than 20 mg every-other-day. Most patients will rapidly develop some degree of tolerance, requiring dosage adjustment until they have achieved their individual best balance between baseline analgesia and opioid side effects such as confusion, sedation and constipation. No guidance can be given as to the recommended maximal dose, especially in patients with chronic pain of malignancy. In such cases the total dose of KADIAN® should be advanced until the desired therapeutic endpoint is reached or clinically significant opioid-related adverse reactions intervene.

## Alternative Methods of Administration

In a study of healthy volunteers, KADIAN® pellets sprinkled over applesauce were found to be bioequivalent to KADIAN® capsules swallowed whole with applesauce under fasting conditions. Other foods have not been tested. Patients who have difficulty swallowing whole capsules or tablets may benefit from this alternative method of administration.

1. Sprinkle the pellets onto a small amount of applesauce. Applesauce should be room temperature or cooler.
2. Use immediately.
3. Rinse mouth to ensure all pellets have been swallowed.
4. Patients should consume entire portion and should not divide applesauce into separate doses.

The entire capsule contents may be administered through a 16 French gastrostomy tube.

1. Flush the gastrostomy tube with water to ensure that it is wet.

2. Sprinkle the KADIAN® Pellets into 10 mL of water.
3. Use a swirling motion to pour the pellets and water into the gastrostomy tube through a funnel.
4. Rinse the beaker with a further 10 mL of water and pour this into the funnel.
5. Repeat rinsing until no pellets remain in the beaker.

**THE ADMINISTRATION OF KADIAN® PELLETS THROUGH A NASOGASTRIC TUBE SHOULD NOT BE ATTEMPTED.**

## Considerations in the Adjustment of Dosing Regimens

If signs of excessive opioid effects are observed early in the dosing interval, the next dose should be reduced. If this adjustment leads to inadequate analgesia, that is, if breakthrough pain occurs when KADIAN® is administered on an every 24 hours dosing regimen, consideration should be given to dosing every 12 hours. If breakthrough pain occurs on a 12 hour dosing regimen a supplemental dose of short-acting analgesic may be given. As experience is gained, adjustments in both dose and dosing interval can be made to obtain an appropriate balance between pain relief and opioid side effects. To avoid accumulation the dosing interval of KADIAN® should not be reduced below 12 hours.

## Conversion from KADIAN® to Other Controlled-Release Oral Morphine Formulations

KADIAN® is not bioequivalent to other controlled-release morphine preparations. Although for a given dose the same total amount of morphine is available from KADIAN® as from morphine solution or controlled-release morphine tablets, the slower release of morphine from KADIAN® results in reduced maximum and increased minimum plasma morphine concentrations than with shorter acting morphine products. Conversion from KADIAN® to the same total daily dose of controlled-release morphine preparations may lead to either excessive sedation at peak or inadequate analgesia at trough and close observation and appropriate dosage adjustments are recommended.

## Conversion from KADIAN® to Parenteral Opioids

When converting a patient from KADIAN® to parenteral opioids, it is best to calculate an equivalent parenteral dose, and then initiate treatment at half of this calculated value. For example, to estimate the required 24 hour dose of parenteral morphine for a patient taking KADIAN®, one would take the 24 hour KADIAN® dose, divide by an oral to parenteral conversion ratio of 3, divide the estimated 24 hour parenteral dose into six divided doses (for a four hour dosing interval), then halve this dose as an initial trial.

For example, to estimate the required parenteral morphine dose for a patient taking 360 mg of KADIAN® a day, divide the 360 mg daily oral morphine dose by a conversion ratio of 1 mg of parenteral morphine for every 3 mg of oral morphine. The estimated 120 mg daily parenteral requirement is then divided into six 20 mg doses, and half of this, or 10 mg, is then given every 4 hours as an initial trial dose.

This approach is likely to require a dosage increase in the first 24 hours for many patients, but is recommended because it is less likely to cause overdose than trying to establish an equivalent dose without titration.

Opioid analgesic agents may not effectively relieve dysesthetic pain, post-herpetic neuralgia, stabbing pains, activity-related pain, and some forms of headache. This does not mean that patients suffering from these types of pain should not be given an adequate trial of opioid analgesics. However, such patients may need to be promptly evaluated for other types of pain therapy.

## Safety and Handling

KADIAN® consists of closed hard gelatin capsules containing polymer coated morphine sulfate pellets that pose no known handling risk to health care workers. Oral morphine products are not known to be associated with a high risk of diversion, but all strong opioids are liable to diversion and misuse both by the general public and health care workers, and should be handled accordingly.

## HOW SUPPLIED

KADIAN® capsules contain white to off-white or tan colored polymer coated sustained release pellets of morphine sulfate and are available in five dose strengths:

20 mg size 4 capsule, yellow opaque cap imprinted KADIAN and yellow opaque body imprinted with 20 mg. Capsules are supplied in bottles of 30 (NDC 63857-322-03), 60 (NDC 63857-322-06), and 100 (NDC 63857-322-11).

30 mg size 4 capsule, blue violet opaque cap imprinted KADIAN and blue violet opaque body imprinted with 30 mg. Capsules are supplied in bottles of 30 (NDC 63857-325-03), 60 (NDC 63857-325-06), and 100 (NDC 63857-325-11).

50 mg size 2 capsule, blue opaque cap imprinted KADIAN and blue opaque body imprinted with 50 mg. Capsules are supplied in bottles of 30 (NDC 63857-323-03), 60 (NDC 63857-323-06), and 100 (NDC 63857-323-11).

60 mg size 1 capsule, pink opaque cap imprinted KADIAN and pink opaque body imprinted with 60 mg. Capsules are supplied in bottles of 30 (NDC 63857-326-03), 60 (NDC 63857-326-06), and 100 (NDC 63857-326-11).

100 mg size 0 capsule, green opaque cap imprinted KADIAN and green opaque body imprinted with 100 mg. Capsules are supplied in bottles of 30 (NDC 63857-324-03), 60 (NDC 63857-324-06), and 100 (NDC 63857-324-11).

Store at 25°C (77°F); excursions permitted to 15°-30°C (59°-86°F). Protect from light and moisture.

Dispense in a sealed, tamper-evident, childproof, light-resistant container.

## CAUTION

**DEA Order Form Required.**

**Rx only**

KADIAN® is a licensed trademark of Alpharma Branded Products Division Inc.

MS Contin® is a registered trademark of The Purdue Frederick Company

Manufactured for: **Alpharma Branded Products Division Inc.**

One New England Avenue

Piscataway, NJ 08854

by: Purepac Pharmaceutical Co.

Elizabeth, NJ 07207 USA

40-8984Revised--November 2004

## PRODUCT PHOTO(S):

NOTE: These photos can be used only for identification by shape, color, and imprint. They do not depict actual *or relative* size.

The product samples shown here have been supplied by the manufacturer and reproduced in full color by PDR as a quick-reference identification aid. While every effort has been made to assure accurate reproduction, please remember that any visual identification should be considered preliminary. In cases of poisoning or suspected overdosage, the drug's identity should be verified by chemical analysis.





Copyright© 2006 Thomson PDR

# EXHIBIT J

PDR® Electronic Library

*This report is based solely on product labeling as published by Physicians' Desk Reference ®. Copyright © 2006 Thomson PDR. All rights reserved.*

Report generated 01/05/2007 at 09:49 am

**Lortab 10/500 Tablets, Lortab 5/500 Tablets, Lortab 2.5/500 Tablets, Lortab 7.5/500 Tablets(UCB)**

## DESCRIPTION

Hydrocodone bitartrate and acetaminophen is supplied in tablet form for oral administration.

**WARNING: May be habit forming** (see **PRECAUTIONS** , **Information for Patients** , and **DRUG ABUSE AND DEPENDENCE** ).

Hydrocodone bitartrate is an opioid analgesic and antitussive and occurs as fine, white crystals or as a crystalline powder. It is affected by light. The chemical name is 4,5(alpha)-epoxy-3-methoxy-17-methylmorphinan-6-one tartrate (1:1) hydrate (2:5). It has the following structural formula:



$C_{18}H_{21}NO_3 \cdot C_4H_6O_6 \cdot 2\frac{1}{2}H_2O$    M.W. 494.490

Acetaminophen, 4'-hydroxyacetanilide, a slightly bitter, white, odorless, crystalline powder, is a non-opiate, non-salicylate analgesic and antipyretic. It has the following structural formula:



$C_8H_9NO_2$    M.W. 151.16

## Each Lortab 2.5/500 tablet contains:

Hydrocodone Bitartrate   2.5 mg

Acetaminophen   500 mg

In addition, each tablet contains the following inactive ingredients: colloidal silicon dioxide, croscarmellose sodium, crospovidone, microcrystalline cellulose, povidone, pregelatinized starch, stearic acid and sugar spheres which are composed of starch derived from corn, sucrose, and FD&C Red #3. Meets USP dissolution test 1.

**Exhibit J**

### Each Lortab 5/500 tablet contains:

Hydrocodone Bitartrate   5 mg

Acetaminophen   500 mg

In addition, each tablet contains the following inactive ingredients: cornstarch, FD&C Blue # 1 Lake, gelatin, magnesium stearate, microcrystalline cellulose, povidone, pregelatinized starch, sodium starch glycolate, and sugar spheres. Meets USP dissolution test 1.

### Each Lortab 7.5/500 tablet contains:

Hydrocodone Bitartrate   7.5 mg

Acetaminophen   500 mg

In addition, each tablet contains the following inactive ingredients: colloidal silicon dioxide, croscarmellose sodium, crospovidone, microcrystalline cellulose, povidone, pregelatinized starch, stearic acid, and sugar spheres which are composed of starch derived from corn, sucrose, FD&C Blue #1 and D&C Yellow #10. Meets USP dissolution test 1.

### Each Lortab 10/500 tablet contains:

Hydrocodone Bitartrate   10 mg

Acetaminophen   500 mg

In addition, each tablet contains the following inactive ingredients: D&C Red No. 27 Aluminum Lake, D&C Red No. 30 Aluminum Lake, colloidal silicon dioxide, croscarmellose sodium, crospovidone, microcrystalline cellulose, povidone, pregelatinized starch, starch (corn), and stearic acid. Meets USP dissolution test 1.

## CLINICAL PHARMACOLOGY

Hydrocodone is a semisynthetic narcotic analgesic and antitussive with multiple actions qualitatively similar to those of codeine. Most of these involve the central nervous system and smooth muscle. The precise mechanism of action of hydrocodone and other opiates is not known, although it is believed to relate to the existence of opiate receptors in the central nervous system. In addition to analgesia, narcotics may produce drowsiness, changes in mood and mental clouding.

The analgesic action of acetaminophen involves peripheral influences, but the specific mechanism is as yet undetermined. Antipyretic activity is mediated through hypothalamic heat regulating centers. Acetaminophen inhibits prostaglandin synthetase. Therapeutic doses of acetaminophen have negligible effects on the cardiovascular or respiratory systems; however, toxic doses may cause circulatory failure and rapid, shallow breathing.

**Pharmacokinetics:**   The behavior of the individual components is described below.

Hydrocodone :   Following a 10 mg oral dose of hydrocodone administered to five adult male subjects, the mean peak concentration was $23.6 \pm 5.2$ ng/mL. Maximum serum levels were achieved at $1.3 \pm 0.3$ hours and the half-life was determined to be $3.8 \pm 0.3$ hours. Hydrocodone exhibits a complex pattern of metabolism including O-demethylation, N-demethylation and 6-keto reduction to the corresponding 6-(alpha)- and 6-(beta)-hydroxymetabolites.

See **OVERDOSAGE** for toxicity information.

Acetaminophen :   Acetaminophen is rapidly absorbed from the gastrointestinal tract and is distributed throughout most body tissues. The plasma half-life is 1.25 to 3 hours, but may be increased by liver damage and following overdosage. Elimination of acetaminophen is principally by liver metabolism (conjugation) and subsequent renal excretion of metabolites. Approximately 85% of an oral dose appears in the urine within 24 hours of administration, most as the glucuronide conjugate, with small amounts of other conjugates and unchanged drug.

See **OVERDOSAGE** for toxicity information.

## INDICATIONS AND USAGE

Lortab Tablets are indicated for the relief of moderate to moderately severe pain.

## CONTRAINDICATIONS

This product should not be administered to patients who have previously exhibited hypersensitivity to hydrocodone or acetaminophen.

Patients known to be hypersensitive to other opioids may exhibit cross sensitivity to hydrocodone.

## WARNINGS

**Respiratory Depression:**   At high doses or in sensitive patients, hydrocodone may produce dose-related respiratory depression by acting directly on the brain stem respiratory center. Hydrocodone also affects the center that controls respiratory rhythm, and may produce irregular and periodic breathing.

**Head Injury and Increased Intracranial Pressure:**   The respiratory depressant effects of narcotics and their capacity to elevate cerebrospinal fluid pressure may be markedly exaggerated in the presence of head injury, other intracranial lesions or a preexisting increase in intracranial pressure. Furthermore, narcotics produce adverse reactions which may obscure the clinical course of patients with head injuries.

**Acute Abdominal Conditions:**   The administration of narcotics may obscure the diagnosis or clinical course of patients with acute abdominal conditions.

## PRECAUTIONS

**General:** Special Risk Patients : As with any narcotic analgesic agent, Lortab Tablets should be used with caution in elderly or debilitated patients, and those with severe impairment of hepatic or renal function, hypothyroidism, Addison's disease, prostatic hypertrophy or urethral stricture. The usual precautions should be observed and the possibility of respiratory depression should be kept in mind.

Cough Reflex : Hydrocodone suppresses the cough reflex; as with all narcotics, caution should be exercised when Lortab Tablets are used postoperatively and in patients with pulmonary disease.

**Information for Patients:**   Hydrocodone, like all narcotics, may impair mental and/or physical abilities required for the performance of potentially hazardous tasks such as driving a car or operating machinery; patients should be cautioned accordingly.

Alcohol and other CNS depressants may produce an additive CNS depression, when taken with this combination product, and should be avoided.

Hydrocodone may be habit-forming. Patients should take the drug only for as long as it is prescribed, in the amounts prescribed, and no more frequently than prescribed.

**Laboratory Tests:**   In patients with severe hepatic or renal disease, effects of therapy should be monitored with serial liver and/or renal function tests.

**Drug Interactions:**   Patients receiving narcotics, antihistamines, antipsychotics, antianxiety agents, or other CNS depressants (including alcohol) concomitantly with hydrocodone bitartrate and acetaminophen tablets may exhibit an additive CNS depression. When combined therapy is contemplated, the dose of one or both agents should be reduced.

The use of MAO inhibitors or tricyclic antidepressants with hydrocodone preparations may increase the effect of either the antidepressant or hydrocodone.

**Drug/Laboratory Test Interactions:**   Acetaminophen may produce false-positive test results for urinary 5-hydroxyindoleacetic acid.

**Carcinogenesis, Mutagenesis, Impairment of Fertility:**   No adequate studies have been conducted in animals to determine whether hydrocodone or acetaminophen have a potential for carcinogenesis, mutagenesis, or impairment of fertility.

## Pregnancy:

*Teratogenic Effects:*   Pregnancy Category C: There are no adequate and well-controlled studies in pregnant women. Lortab Tablets should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

*Nonteratogenic Effects:*   Babies born to mothers who have been taking opioids regularly prior to delivery will be physically dependent. The withdrawal signs include irritability and excessive crying, tremors, hyperactive reflexes, increased respiratory rate, increased stools, sneezing, yawning, vomiting, and fever. The intensity of the syndrome does not always correlate with the duration of maternal opioid use or dose. There is no consensus on the best method of managing withdrawal.

**Labor and Delivery:**   As with all narcotics, administration of this product to the mother shortly before delivery may result in some degree of respiratory depression in the newborn, especially if higher doses are used.

**Nursing Mothers:**   Acetaminophen is excreted in breast milk in small amounts, but the significance of its effects on nursing infants is not known. It is not known whether hydrocodone is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from hydrocodone and acetaminophen, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use:**   Safety and effectiveness in the pediatric population have not been established.

**Geriatric Use:**   Clinical studies of hydrocodone bitartrate and acetaminophen tablets did not include sufficient numbers of subjects aged 65 and over to determine whether they respond differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger patients. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosage range, reflecting the greater frequency of decreased hepatic, renal or cardiac function, and of concomitant disease or other drug therapy.

Hydrocodone and the major metabolites of acetaminophen are known to be substantially excreted by the kidney. Thus the risk of toxic reactions may be greater in patients with impaired renal function due to the accumulation of the parent compound and/or metabolites in the plasma. Because elderly patients are more likely to have decreased renal function, care should be taken in dose selection, and it may be useful to monitor renal function.

Hydrocodone may cause confusion and over-sedation in the elderly; elderly patients generally should be started on low doses of hydrocodone bitartrate and acetaminophen tablets and observed closely.

## ADVERSE REACTIONS

The most frequently reported adverse reactions are light-headedness, dizziness, sedation, nausea and vomiting. These effects seem to be more prominent in ambulatory than in non-ambulatory patients, and some of these adverse reactions may be alleviated if the patient lies down.

Other adverse reactions include:

**Central Nervous System:**   Drowsiness, mental clouding, lethargy, impairment of mental and physical performance, anxiety, fear, dysphoria, psychic dependence, mood changes.

**Gastrointestinal System:**   Prolonged administration of Lortab Tablets may produce constipation.

**Genitourinary System:**   Ureteral spasm, spasm of vesical sphincters and urinary retention have been reported with opiates.

**Respiratory Depression:**   Hydrocodone bitartrate may produce dose-related respiratory depression by acting directly on brain stem respiratory centers (see **OVERDOSAGE** ).

**Special Senses:**   Cases of hearing impairment or permanent loss have been reported predominantly in patients with chronic overdose.

**Dermatological:**   Skin rash, pruritus.

The following adverse drug events may be borne in mind as potential effects of acetaminophen: allergic reactions, rash, thrombocytopenia, agranulocytosis.

Potential effects of high dosage are listed in the **OVERDOSAGE** section.

## DRUG ABUSE AND DEPENDENCE

**Controlled Substance:**   Lortab Tablets are classified as a Schedule III controlled substance.

**Abuse and Dependence:**   Psychic dependence, physical dependence, and tolerance may develop upon repeated administration of narcotics; therefore, this product should be prescribed and administered with caution. However, psychic dependence is unlikely to develop when hydrocodone bitartrate and acetaminophen tablets are used for a short time for the treatment of pain.

Physical dependence, the condition in which continued administration of the drug is required to prevent the appearance of a withdrawal syndrome, assumes clinically significant proportions only after several weeks of continued narcotic use, although some mild degree of physical dependence may develop after a few days of narcotic therapy. Tolerance, in which increasingly large doses are required in order to produce the same degree of analgesia, is manifested initially by a shortened duration of analgesic effect, and subsequently by decreases in the intensity of analgesia. The rate of development of tolerance varies among patients.

## OVERDOSAGE

Following an acute overdosage, toxicity may result from hydrocodone or acetaminophen.

## Signs and Symptoms:

<u>Hydrocodone</u> :   Serious overdose with hydrocodone is characterized by respiratory depression (a decrease in respiratory rate and/or tidal volume, Cheyne-Stokes respiration, cyanosis) extreme somnolence progressing to stupor or coma, skeletal muscle flaccidity, cold and clammy skin, and sometimes bradycardia and hypotension. In severe overdosage, apnea, circulatory collapse, cardiac arrest and death may occur.

<u>Acetaminophen</u> :   In acetaminophen overdosage: dose-dependent, potentially fatal hepatic necrosis is the most serious adverse effect. Renal tubular necrosis, hypoglycemic coma and thrombocytopenia may also occur.

Early symptoms following a potentially hepatotoxic overdose may include: nausea, vomiting, diaphoresis and general malaise. Clinical and laboratory evidence of hepatic toxicity may not be apparent until 48 to 72 hours post-ingestion.

In adults, hepatic toxicity has rarely been reported with acute overdoses of less than 10 grams, or fatalities with less than 15 grams.

**Treatment:**   A single or multiple overdose with hydro-codone and acetaminophen is a potentially lethal polydrug overdose, and consultation with a regional poison control center is recommended.

Immediate treatment includes support of cardiorespiratory function and measures to reduce drug absorption. Vomiting should be induced mechanically, or with syrup of ipecac, if the patient is alert (adequate pharyngeal and laryngeal reflexes). Oral activated charcoal (1 g/kg) should follow gastric emptying. The first dose should be accompanied by an appropriate cathartic. If repeated doses are used, the cathartic might be included with alternate doses as required. Hypotension is usually hypovolemic and should respond to fluids. Vasopressors and other supportive measures should be employed as indicated. A cuffed endo-tracheal tube should be inserted before gastric lavage of the unconscious patient and, when necessary, to provide assisted respiration.

Meticulous attention should be given to maintaining adequate pulmonary ventilation. In severe cases of intoxication, peritoneal dialysis, or preferably hemodialysis may be considered. If hypoprothrombinemia occurs due to acetaminophen overdose, vitamin K should be administered intravenously.

Naloxone, a narcotic antagonist, can reverse respiratory depression and coma associated with opioid overdose. Naloxone hydrochloride 0.4 mg to 2 mg is given parenterally. Since the duration of action of hydrocodone may exceed that of the naloxone, the patient should be kept under continuous surveillance and repeated doses of the antagonist should be administered as needed to maintain adequate respiration. A narcotic antagonist should not be administered in the absence of clinically significant respiratory or cardiovascular depression.

If the dose of acetaminophen may have exceeded 140 mg/kg, acetylcysteine should be administered as early as possible.

Serum acetaminophen levels should be obtained, since levels four or more hours following ingestion help predict acetaminophen toxicity. Do not await acetaminophen assay results before initiating treatment. Hepatic enzymes should be obtained initially, and repeated at 24-hour intervals.

Methemoglobinemia over 30% should be treated with methylene blue by slow intravenous administration.

The toxic dose for adults for acetaminophen is 10 g.

## DOSAGE AND ADMINISTRATION

Dosage should be adjusted according to severity of pain and response of the patient. However, it should be kept in mind that tolerance to hydrocodone can develop with continued use and that the incidence of untoward effects is dose related.

The usual adult dosage for **Lortab® 2.5/500** tablets is one or two tablets every four to six hours as needed for pain. The total daily dosage should not exceed 8 tablets.

The usual adult dosage for **Lortab® 5/500** tablets is one or two tablets every four to six hours as needed for pain. The total daily dosage should not exceed 8 tablets.

The usual adult dosage for **Lortab® 7.5/500** tablets is one tablet every four to six hours as needed for pain. The total daily dosage should not exceed 6 tablets.

The usual adult dosage for **Lortab® 10/500** tablets is one tablet every four to six hours as needed for pain. The total daily dosage should not exceed 6 tablets.

## HOW SUPPLIED

**Lortab® 2.5/500** tablets (Hydrocodone Bitartrate and Acetaminophen Tablets, USP, 2.5 mg/500 mg) contain hydrocodone bitartrate 2.5 mg and acetaminophen 500 mg. They are supplied as white with pink specks, capsule-shaped, bisected tablets debossed "ucb" on one side and "901" on the other side, in containers of 100 tablets NDC 50474-925-01 and 500 tablets NDC 50474-925-50.

**Lortab® 5/500** tablets (Hydrocodone Bitartrate and Acetaminophen Tablets, USP, 5 mg/500 mg) contain hydrocodone bitartrate 5 mg and acetaminophen 500 mg. They are supplied as white with blue specks, capsule-shaped, bisected tablets debossed "ucb" on one side "902" on the other side, in containers of 100 tablets NDC 50474-902-01, 500 tablets NDC 50474-902-50, and in hospital unit-dose packages of 100 tablets [4 x 25] NDC 50474-902-60.

**Lortab® 7.5/500** tablets (Hydrocodone Bitartrate and Acetaminophen Tablets, USP, 7.5 mg/500 mg) contain hydrocodone bitartrate 7.5 mg and acetaminophen 500 mg. They are supplied as white with green specks, capsule-shaped, bisected tablets debossed "ucb" on one side and "903" on the other side, in containers of 100 tablets NDC 50474-907-01, 500 tablets NDC 50474-907-50, and in hospital unit-dose packages of 100 tablets [4 x 25] NDC 50474-907-60.

**Lortab® 10/500** tablets (Hydrocodone Bitartrate and Acetaminophen Tablets, USP, 10 mg/500 mg) contain hydrocodone bitartrate 10 mg and acetaminophen 500 mg. They are supplied as pink, capsule-shaped, bisected tablets, debossed "ucb" on one side and "910" on the other side, in containers of 100 tablets NDC 50474-910-01, 500 tablets NDC 50474-910-50, and in hospital unit-dose packages of 100 tablets [4 x 25] NDC 50474-910-60.

**Storage:**   Store at 20 to 25°C (68 to 77°F). [see USP Controlled Room Temperature]

Dispense in a tight, light-resistant container with a child-resistant closure.

A Schedule CIII Narcotic.

Manufactured for

**UCB Pharma, Inc.**

Smyrna, GA 30080

Lortab® 2.5/500, Lortab® 7.5/500

Manufactured by

**Mikart, Inc.**

Atlanta, GA 30318

Lortab® 5/500, Lortab® 10/500

Manufactured by

**Mallinckrodt Inc.**

Hobart, New York 13788

3E 03/2004

Current as of 05/2005

*Copyright© 2006 Thomson PDR*

# EXHIBIT A

STATE OF ALABAMA

COUNTY OF DALE

## AFFIDAVIT OF JOHN L. HAMLIN

John L. Hamlin, after being first duly sworn, deposes and says as follows:

1.　　My name is John L. Hamlin. I am over the age of majority and competent to testify to the matters stated herein. This affidavit is based on my personal knowledge.

2.　　I am Director, Business and Contracts, for Army Fleet Support, LLC ("AFS"). I have held this position since December 2005.

3.　　In September, 2003, AFS was notified that it was the successful bidder in response to the US Army Aviation & Missile Command's ("the Government's") Request for Proposals to provide maintenance and logistics support, effective December 1, 2003, to aircraft assigned to the US Army Aviation Center, Aviation Technical Test Center ("ATTC"), US Army Aeromedical Research Laboratory and other tenant and satellite units on Fort Rucker, Alabama. The primary objective of the contract awarded to AFS ("the Contract") by the Government was, and is, to provide aircraft maintenance in support of the flight training programs at Fort Rucker.

4.　　AFS was awarded this Contract through competitive bidding that involved the incumbent contractor, DynCorp Technical Services, LLC, Sikorsky Support Services Incorporated ("SSSI"), a previous contractor, and others.

5.　　This Contract is the largest aircraft maintenance contract in the Department of Defense. More than 3,200 people are employed by AFS in its maintenance and

logistics program at Fort Rucker.

6.   The services performed by AFS under the Contract are on a Cost Reimbursable Plus Award and Incentive Fee basis, as provided in the Request for Proposal upon which all bidders bid.  In other words, AFS is reimbursed by the Government for its costs, plus an agreed percentage of the savings below target costs and the opportunity for incentive fees, based on performance.  The base period of the Contract was for one year, with options to extend up to a total of ten years, three months. Currently, the Contract has been extended by the Government through September 30, 2008.

7.   Per the contract terms dictated by the Government in its Request for Proposals, "[a]ll work will be performed in government furnished facilities at Fort Rucker, Alabama, and other locations as required."  (See § C.1 of Attachment 1 (Continuation Sheet) of the Performance Work Statement attached to my affidavit.)  The Government's Contract further provides that "[t]he Government will furnish the materials, supplies, equipment, machinery, [and] tools specified in the exhibits [to the Contract]."  (See § C.10.1 of Attachment 1 (Continuation Sheet) of the Performance Work Statement attached to my Affidavit.)  These materials, supplies, etc. include: existing aircraft maintenance facilities; Government-owned vehicles; new equipment training for the maintenance of new equipment that AFS is required to support; protective and flight clothing; utilities; aviation and motor vehicle fuels, oils, and petroleum

2

products required in the execution of the Contract; and reproduction (duplication) services. (See §§ C.10.1.1. - C.10.7 and Attachments 9, 9a, 10, 11 & 14.) AFS is accountable to return the facilities and non-expendable property to the Government, or turn them over to the successor contractor, at the conclusion of this Contract.

8.     The furnishing of the above property pursuant to the Contract is not a subsidy or gift to AFS by the Government. These provisions were in the Request for Proposal issued by the Government and on which AFS and all other bidders submitted their Proposals. As a practical matter, since the objective of the Contract is to provide aircraft maintenance in support of the flight training programs at Fort Rucker, and the Government owns all of the real property and facilities comprising Fort Rucker, the successful bidder must maintain its operation on Fort Rucker to accomplish its mission in a timely manner. The facilities on Fort Rucker and most of the equipment there that are used by AFS, pre-existed the onset of the Contract and were used by previous contractors.

9.     It is my understanding that the Government has entered similar contracts with other maintenance contractors over, approximately, the last fifty years. Were the Government not to furnish the property and services listed, the successful bidder would have to furnish that property and, in turn, charge the Government for same on a "cost-plus" basis.

10.     The Government's furnishing of certain facilities and property for AFS's

3

use does not increase AFS=s profits.  If anything, it reduces AFS=s profits since the Contract is a Acost-plus@ one, and AFS has no opportunity to earn a profit on the cost of the facilities and property furnished by the Government.

11.     In performing its Contract with the Government, AFS is subject to the regulations listed in § C.12 of Attachment 1 (Continuation Sheet) of the Performance Work Statement attached to my affidavit.  Those regulations include regulations of The Department of Defense and The Department of the Army.

Further, Affiant saith not.

_John L. Hamlin_____
JOHN L. HAMLIN

Sworn to and subscribed to before me on this the _15th_ day of June, 2007.

_Rebecca Alexander_____
[NOTARY PUBLIC]

[Affix Notarial Seal]

My Commission Expires:

_June 20, 2010_____

4

| ATTACHMENT 1 CONTINUATION SHEET | Reference No. of Document Being Continued PIIN/SINN  DAAH23-03-C-0345      MOD/AMD | |
|---|---|---|
| SECTION C.1 | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT INTRODUCTION | Page 1 SECTION C.1 |
| Name of Offeror or Contractor: | | |
| | | |

**C.1    INTRODUCTION**....................................................................................................................................1
    C.1.1    Performance Work Objective....................................................................................................1
    C.1.2    Changes to the Available Aircraft Requirement .........................................................................1
    C.1.3    Applicable Documents................................................................................................................1
    C.1.4    Performance Inspection Criteria...............................................................................................1
    C.1.5    Tasks in Performance Work Statement (PWS) ...........................................................................2

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 1 |
|---|---|---|
| | PIIN/SINN  DAAH23-03-C-0345        MOD/AMD | |
| SECTION C.1 | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT<br>INTRODUCTION | SECTION C.1 |

## C.1       INTRODUCTION

The purpose of this contract is to provide quality maintenance support to the aircraft assigned as reflected in Attachment 2 to the US Army Aviation Center, Aviation Technical Test Center (ATTC), US Army Aeromedical Research Laboratory and other tenant and satellite units on Fort Rucker, Alabama. All work will be performed in government furnished facilities at Fort Rucker, Alabama, and other locations as required.

### C.1.1        Performance Work Objective

The primary objective of this contract is to provide aircraft maintenance in support of the flight training at Fort Rucker, Alabama. For each month during the fiscal year (FY), the Government will provide the Contractor a fixed percentage of aircraft fleet required to be available for each day of the month having flight operations. The required number of available aircraft will vary by aircraft type. Contractor must execute aircraft maintenance to meet the available aircraft requirement for the month. The monthly projected available aircraft required for FY04 is provided in Attachment 2. Contractor must develop and execute a maintenance program to ensure the specified numbers of aircraft listed are available for launch. The Contractor shall maintain aircraft in accordance with appropriate Technical Manuals, Federal Aviation Regulations, and US Army Aviation Center (USAAVNC) Regulations and all Army Regulations.

### C.1.2        Changes to the Available Aircraft Requirement

Changes to Attachment 2 may be made by the Contracting Officer Representative (COR) and provided to the Contractor two (2) weeks prior to the beginning of the month. After the two (2) week point, the requirement for available aircraft is fixed. Configuration and number of aircraft required shall be provided to the Contractor on a daily basis. Changes to aircraft configuration and configuration quantity only will be submitted no later than 3:00 pm the day prior to the actual requirement. Changes in configuration do not affect the number of aircraft required to be available.

### C.1.3        Applicable Documents

a. Where specific version of a document is called out as a reference, no other version shall be used without prior written consent of the Contracting Officer. The applicable version of subsidiary (second-tier) documents listed below shall be that version dated either concurrent with or just prior to the date of the listed documents.

b. The Contractor shall generate and/or provide documentation as required by this Performance Work Statement, and the Contract Data Requirements List (CDRL) at Exhibit A. Exhibit A shall also apply to all options years.

c. The documents listed on the Document Summary List (DSL) at Attachment 7 form a part of this contract to the extent invoked by specific reference in other paragraphs of this contract. Revision letters, amendment indicators, notices, supplements, tailoring, and dates are omitted when listed in other parts and sections of the contract. Documentation identified on the DSL shall be made available upon request for Government review in its current available format.

d. Deliverable and non-deliverable data shall be capable of electronic transmission and storage to Government facilities or Government access electronically to the data at Contractor facilities. The Contractor shall maintain a system that provides electronic delivery/access to the Government. Data not developed under this contract will be provided in its currently available format.

### C.1.4        Performance Inspection Criteria

For this acquisition, the Government desires to emphasize mission, performance, quality of maintenance, supply management, limited depot repair of parts, and cost effectiveness. The performance inspection criteria for this contract are established in Attachment 8.

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 2 |
|---|---|---|
| SECTION C.1 | PIIN/SINN  DAAH23-03-C-0345      MOD/AMD | SECTION C.1 |
| | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT<br>INTRODUCTION | |

### C.1.5    Tasks in Performance Work Statement (PWS)

The Contractor shall perform the entire spectrum of tasks as described in this PWS.  Tasks include the following areas:

| | |
|---|---|
| C.2 | AIRCRAFT MAINTENANCE |
| C.3 | MAINTENANCE OF COMPONENTS AND EQUIPMENT |
| C.4 | AUTOMATION |
| C.5 | OTHER SERVICES |
| C.6 | SUPPLY |
| C.7 | UNIQUE ATTC REQUIREMENTS |
| C.8 | MANAGEMENT AND PERSONNEL |
| C.9 | GENERAL PROVISIONS |
| C.10 | GOVERNMENT FURNISHED PROPERTY AND SERVICES |
| C.11 | DEFINITIONS AND ACRONYMS |
| C.12 | REFERENCES |

ATTACHMENTS

| | |
|---|---|
| 1 | Performance Work Statement |
| 2 | Required Aircraft Table |
| 3 | Assigned Aircraft |
| 3a | Projected Assigned Aircraft FY 04 - FY13 |
| 4 | US Army Aviation Center (USAAVNC) Flying Hour Program<br>Critical Flight Hour Program |
| 5 | US Army Aviation Technical Test Center (ATTC) Estimated Flight Hours |
| 6 | ATTC Projected Maintenance Man hour Requirements Satellite Units |
| 6a | Fort Rucker Historical Maintenance Man hour Requirements Satellite Units and Other<br>Specific Tasks |
| 7 | Document Summary List/Regulations |
| 8 | Incentive Fee Determination Criteria |
| 9 | Government Furnished Property – Material and Supplies |
| 9a | Government Furnished Property – Equipment |
| 10 | Government Furnished Property – Facilities |
| 11 | Government Furnished Property – General Service Agency (GSA) Vehicle Density List |
| 12 | Contract Security Classification Specification (DD Form 254) |
| 13 | Inter/Intraservice Support Agreement or Other Approved |
| 14 | Government Furnished Property - ATTC |
| 15 | Projected National Maintenance Program |

EXHIBITS

| | |
|---|---|
| Exhibit A | Contract Data Requirements List (CDRL) |

| ATTACHMENT 1 CONTINUATION SHEET | Reference No. of Document Being Continued PIIN/SINN  DAAH23-03-C-0345     MOD/AMD  P00053 | Page 1 |
|---|---|---|
| SECTION C.10 | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT GOVERNMENT FURNISHED PROPERTY AND SERVICES | SECTION C.10 |

## C.10. GOVERNMENT FURNISHED PROPERTY (GFP) AND SERVICES

### C.10.1 Government Property

The Government will furnish the materials, supplies, equipment, machinery, tools specified in the exhibits. The Government will also provide repair parts and components for all Army aircraft, except the TH-67 through DoD Supply System (See Part C.6). Property provided by the Government will be in accordance with current Table of Distribution and Allowance (TDA) or as approved by the KO. The Contractor shall accomplish all maintenance functions relating to Government provided equipment under the terms of this contract as required by the Government Property clause.

#### C.10.1.1 Government Facilities

The Government will furnish for use by the Contractor existing aircraft maintenance facilities, reserving for its own use such facilities as are required for flight operations, maintenance inspections, and supply and storage. The maintenance of facilities, commonly referred to as "repairs and utility" functions, will be the responsibility of the Government. For all alterations, modifications, or additions to facilities, a Facilities Engineering Work Request (DA Form 4283) shall be submitted through the Property Administrator (PA) to the Directorate of Engineering and Logistics (DEL). **The Government will provide facilities listed in Attachment 10 Lists Facilities.** The Contractor shall not perform any modifications to Government facilities without approval of the PA and the KO.

#### C.10.1.2 Government-Owned Vehicles

The Government will furnish vehicles for official use by the Contractor. Government furnished non-tactical vehicles (NTV) will be furnished and maintained by the Government Services Administration (GSA) from GSA Interagency Fleet Management System (IFMS). All other types of Government-owned vehicles, i.e., fuel trucks, 5-ton wrecker, electric golf carts, etc., shall be furnished by the Government, but Contractor shall perform all maintenance. These Government-owned vehicles shall not be used to transport contractor employees between their homes and places of employment or for any personal business or benefit. All contractor employees operating Government-owned vehicles shall have a valid appropriate state operator's permit. Whenever possible, gas or electric powered "golf carts" shall be utilized in place of trucks, sedans, vans, or other "on-road" vehicles. The GSA Vehicle Density List at Attachment 11 contains trucks, sedans, and vans provided by the Government for contractor use. The Equipment List at Attachment 4a contains other type vehicles provided by Government for contractor's use. Contractor shall maintain a management information system on all vehicles and provide status IAW DI-MISC-80508.

#### C.10.1.3 Government-Owned Aircraft

Title and control of Government-owned aircraft shall remain in and with the Government.

### C.10.2 Calibration Service and Maintenance

The Government will furnish only that calibration service and maintenance on Test, Measurement, and Diagnostic Equipment (TMDE), which is determined to be beyond the capability, responsibility and authority of the Contractor in accordance with those references cited in C.5.5 of this PWS.

### C.10.3 New Equipment Training (NET)

The Government will, when required, provide NET to the Contractor for the maintenance of new equipment introduced which the Contractor is required to support. Upon notification by the KO or COR that training is available, the Contractor shall provide personnel who require the training for performance of duties. Each person provided such training will incur a minimum two (2) year obligation, after completion of training, to serve in the job classification/position for which the training was received, provided the person remains employed by the Contractor. Persons receiving NET of two weeks or longer will not be eligible for additional formal training during the two (2) year obligation, unless such additional training is on equipment for the same aircraft system or there is a requirement to train an employee on more than one type aircraft during this period.

**C.10.4     Protective and Flight Clothing**

The Government will furnish protective and flight clothing, which shall be utilized by contractor personnel in areas requiring such in the performance of the contract.  The Contractor shall submit requests for protective and flight clothing to the PA for approval.

**C.10.5     Utilities**

The Government will furnish utility related services currently available in the facilities to be provided. These utilities include heating fuels, gas, electricity, water, and sewage.  The Contractor shall abide by installation regulations on energy conservation.

**C.10.6     Mobility Fuels**

The Government will furnish all aviation and motor vehicle fuels, oils, and petroleum products required in the execution of the contract.

**C.10.7     Reproduction Service**

The Government shall provide, if available, all reproduction (duplication) required under the Government printing and binding regulations.  If the Government cannot provide required services within the necessary

timeframe, the contractor  is authorized to utilize commercial sources.  The contractor shall select the most economical means of obtaining services, considering overall quality services provided.

**C.10.8     Contractor Provided Equipment**

The Contractor will provide all facilities, equipment, repair parts, supplies, and materials required by this contract except as otherwise designated as GFP/GFE.  The Contractor shall assume property responsibility for Aircraft Basic Issue List Items (DA Form 2408-17 and DA Pam 738-751).  Mechanics' hand tools as appearing on approved tool lists and supplies required to maintain said tools in functional condition are specifically excluded from provision as GFE under this contract.

**C.10.9     Utilization of Government Furnished Equipment**

The GFE shall be utilized in accordance with and utilization data shall be collected and reported on GFE as required by the FAR, DFARS, AFARS, and AR 71-13.

**C.10.10     Status Report**

Vehicle and Equipment Deadline Status Report shall be prepared IAW DI-MISC-80508.

P
0
0
0
5
3

| ATTACHMENT 1 CONTINUATION SHEET | Reference No. of Document Being Continued | Page 1 |
|---|---|---|
| SECTION C.12 | PIIN/SINN DAAH23-03-C-0345    MOD/AMD P00053 | |
| | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT REFERENCES | SECTION C.12 |
| Name of Offeror or Contractor: | | |

## C.12      REFERENCES

### C.12.1      Primary Reference Documents

### C.12.2      Reference Publications

Government and commercial references required in support of this PWS total approximately 85,000 separate publications, precluding their being listed individually. Therefore, upon request, a copy of the most current DA Form 12 series, Adjutant General Publication Center Printout, and available indexes of commercial publications maintained by the present contractor will be made available. Also, upon request, the master library and engineering technical data library maintained in Building 415 by the present contractor will be available for review. Also, the contractor shall maintain a complete set of Army Approved Directives (C.12.3.3) in Building 412 designated reference library.

### C.12.3      Publications List

Specific types of government and commercial publications required, but not limited to, in support of this PWS are as follows:

#### C.12.3.1      Government Publications
Department of the Army Regulations (AR)

Department of the Army Pamphlets (DA Pam)

Department of the Army Circulars (DA Cir)

Department of the Army Memorandums (DA Memo)

Department of Defense Regulations (DOD Reg)

Department of Defense Manuals

Federal Information Processing Standards (FIPS)

Common Tables of Allowance (CTA)

Department of the Army Field Manuals (DA FM)

Department of the Army Technical Manuals (DA TM)

Department of the Army Modification Work Orders (DA MWO)

Department of the Army Technical Bulletins (DA TB)

Department of the Army Training Circulars (DA TC)

Table of Organizational Equipment (TOE)

Federal Supply Classification (FSC)

Letter Orders (LOS)

Supply Bulletins (SB)

Department of Defense Specifications and Standards (DOD Specs & Stds)

Depot Maintenance Work Requirements

Department of Defense Flight Information Publications (DOD FLIPS)

US Army Aviation Center Regulations (USAAVNC Reg)

| ATTACHMENT 1<br>CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SINN DAAH23-03-C-0345    MOD/AMD P00053 | Page 2 |
|---|---|---|
| SECTION C.12 | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT<br>REFERENCES | SECTION C.12 |
| Name of Offeror or Contractor: | | |

US Army Aviation Center Circulars (USAAVNC Cir)

US Army Aviation Center Pamphlets (USAAVNC Pam)

DA Regulations (USAAVNC Suppl to DA Reg)

Federal Aviation Administration Regulation (FAR)

Federal Aviation Administration Type Certificates

Federal Aviation Administration Advisory Circulars

Federal Aviation Administration Airworthiness Directives

Federal Aviation Administration Summary of Supplement Type Certificates

Military Specifications and Standards (MIL Specs & Std)

Other Miscellaneous Publications

US Army Test and Evaluation Command Regulations (ATEC Reg)

US Army Test and Evaluation Command Pamphlets (ATEC PAM)

US Army Materiel Command Regulations (AMC Reg)

US Army Materiel Command Pamphlets (AMC Pam)

US Army Developmental Test Command Regulations (DTC Reg)

US Army Developmental Test Command Pamphlets (DTC Pam)

US Army Developmental Test Command Circulars (DTC Cir)

US Army Aviation Technical Test Center Regulations (ATTC Reg)

US Army Aviation Technical Test Center Pamphlets (ATTC Pam)

US Army Aviation Technical Test Center Circulars (ATTC Cir)

ATTC Supplements to AMC Regulations (ATTC Suppl to AMC Reg)

ATTC Supplements to DTC Regulations (ATTC Suppl to DTC Reg)

ATTC Supplements to DA Regulations (ATTC Suppl to DA Reg)

### C.12.3.2    Commercial Publications
Manufacturers' Information Letters

Manufacturers' Service Letters

Manufacturers' Service Notices

Manufacturers' Service Instructions

Manufacturers' Service Bulletins

Manufacturers' Sales Letters

Manufacturers' Operator's Manuals

Manufacturers' Services Manuals

Manufacturers' Maintenance Manuals

| ATTACHMENT 1 CONTINUATION SHEET | Reference No. of Document Being Continued PIIN/SINN DAAH23-03-C-0345      MOD/AMD P00053 | Page 3 |
|---|---|---|
| SECTION C.12 | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT REFERENCES | SECTION C.12 |
| Name of Offeror or Contractor: | | |

Manufacturers' Repair Parts Listings

Manufacturers' Overhaul Manuals

Manufacturers' Parts Price Lists

Manufacturers' Engineering Drawings

Commercial Publications.

Manufacturers' Engineering Specifications

Manufacturers' Special Service Tools

Manufacturers' Test Specifications

Other Miscellaneous Publications

### C.12.3.3        Army Approved Directives.
Contractor Procedural Manuals

Contractor Process Controls

Contractor Engineering Standards

Contractor Engineering Change Memos

Depot Level Maintenance Authorizations

Technical Directive Routers

DA Form 2028 Responses, Approved Pending Manual Changes

Other Miscellaneous Publications

# MATERIALS AND SUPPLIES

The materials and supplies listing consists of the following:

(a)  Authorized Stockage List (ASL)

    1.  RIC ALD
    2.  RIC W0H
    3.  TH 67

(b)  Prescribed Load List (PLL)

    1.  AH-64A
    2.  AH-64D
    3.  CH-47
    4.  OH-58C
    5.  OH-58D
    6.  UH-1
    7.  UH-60

(c)  Shop Stock Level (SSL)

    1.  AMSS
    2.  AMSS TH-67
    3.  Cairns Field TH-67
    4.  Hanchey Field
    5.  Lowe Field

# EQUIPMENT

    1. The Defense Property Accounting System (DPAS) listing contains the Industrial Property List t consists of Table of Distribution and Allowances (TDA) property and other equipment that are authorized for performance under the contact and the quantities currently on hand. The contractor is authorized to requisition th authorized quantities on this listing. Deliveries will be subject to availability from the appropriate commodity co Changes to the authorized quantities will be considered effective upon written approval by the PBO.

    2. The Government shall approve and provide the necessary Department of Defense Activity Add Codes (DODAAC) for the Contractor to perform the activities and acquisitions of the mission assignment.

    3. The TDA items hand-receipted from other property books for use on the contract are clearly ide as such.

    4. A joint inventory will be made during Phase-In/Phase-Out in accordance with the contract clau "Continuity of Services":

SECTION J
ATTACHMENT 10

PIIN/SINN: DAAH23-03-C-0345
MOD/AMD _____

Page 1 of 2

# GOVERNMENT FURNISHED PROPERTY - FACILITIES

The facilities identified with this Performance Work Statement will be provided to the Contractor by the Government.  (*indicates shared with Government)

| FACILITY NO. | DESCRIPTION - FIELD | TOTAL AREA |
|---|---|---|
| 405 | AC Comp Maintenance-Ground Equip Shop-Main Post | 12400 |
| 412 | Admin General Purpose-ACLC | 14602 |
| 413 | Flam Material Storage-Motor Pool-Main Post | 120 |
| 414 | Tech Publication Storage - Main Post | 288 |
| 415 | AC Comp Maintenance - AMSS - Main Post | 71176 |
| 416 | AC Paint Shop - AMSS - Main Post | 3800 |
| 423 | Storage General Purpose Inst-AMSS - Main Post | 400 |
| 424 | Storage General Purpose Inst-AMSS - Main Post | 48 |
| 426 | QA/CAL General Purpose-X-Ray - Main Post | 638 |
| 427 | AC Parts Storage - AMSS - Main Post | 1800 |
| 429 | Storage General Purpose - AMSS - Main Post | 288 |
| 1003 | Storage General Purpose – Main Post (STAMIS) | 6000 |
| 1004 | Storage General Purpose - Main Post (STAMIS) | 9000 |
| 1005 | Storage General Purpose - Main Post (STAMIS) | 9000 |
| 1013 | AC Comp Maintenance - Trans Run Stand - Main Post | 3000 |
| 1106 | Mgmt General Purpose – QDR | |
| 1206 | Flam Material Storage - Main Post | 1200 |
| | AC Parts Storage - | 780 |
| | Gear -Warehouse | 9000 |
| 1302 | Storage General Purpose -Ind Property Warehouse | 9100 |
| 1303 | Storage General Purpose - Shipping Warehouse | 9000 |
| 1305 | Storage General Purpose - Receiving Warehouse | 9000 |
| 1401 | Storage General Purpose - AMSS Warehouse | 9320 |
| 1402 | Storage General Purpose - AMSS Warehouse | 9000 |
| 7205 | Flam Material Storage | 120 |
| 10401 | AC Engine Test Cell - Tank Hill | 240 |
| 10406 | Sep Toilet/Shower - Tank Hill | 64 |
| 25105 | AC Maintenance Hanger - Knox | 21801 |
| 25161 | Maintenance General Purpose - Knox Motor Pool | 3000 |
| 25162 | Flam Material Storage - Knox | 1,200 |
| 25165 | AC Maintenance Hanger - Knox | 58,713 |
| 25166 | Storage Bldg - Knox Warehouse | 14,000 |
| 25641 | Ammo Break Down Area - Molinelli Range | 400 |
| 25642 | Storage Bldg – Molinelli Range | 352 |
| 25645 | General Storage + Break Room – Molinelli Range | 1,200 |
| 25646 | Latrine – Molinelli Range | 352 |
| 25647 | Jet Fuel Storage ABV - Molinelli Range | 1,120 |
| 30101 | AC Maintenance Hanger - Cairns | 37,989 |
| 30103 | AC Maintenance Hanger - Cairns | 35,392 |
| 30113 | AC Maintenance Hanger - Cairns | 4,000 |
| 30301 | AC Maintenance Hanger - Cairns | 24,616 |
| 30302 | AC Maintenance Hanger - Cairns | 5,670 |
| 30303 | AC Maintenance Hanger - Cairns | 24,436 |
| 30304 | AC Maintenance Hanger - Cairns | 4,000 |
| 30306 | AC Parts Storage - Cairns | 1,000 |
| 30308 | Storage Shed General Purpose - Cairns | 64 |
| 40105 | Storage General Purpose - Lowe | 120 |

SECTION J
ATTACHMENT 10

## GOVERNMENT FURNISHED PROPERTY - FACILITIES

| FACILITY NO. | DESCRIPTION - FIELD | TOTAL AREA |
|---|---|---|
| 40106 | Navy Building, Air - Lowe | 36 |
| 40108 | Storage Shed General Purpose - Lowe | 120 |
| 40113 | AC Maintenance Hanger - Lowe | 25,058 |
| 40114 | AC Comp Maintenance-Avionics & Supply - Lowe | 2,000 |
| 40115 | AC Parts Storage - Lowe | 3,452 |
| 40116 | Flam Material Storage – Lowe | 120 |
| 40117 | AC Maintenance Hanger - Lowe | 35,392 |
| 40119 | Storage Shed-Paint - Lowe | 140 |
| 40120 | AC Maintenance Hanger - Lowe | 34,220 |
| 40128 | Maintenance-Vehicle & Ground Equip Shop - Lowe | 1,000 |
| 40135 | AC Paint Shop - Lowe | 7,273 |
| 40137 | Storage Shed Gen Purpose - Lowe | 5,000 |
| 40139 | AC Plastic Media Stripping - Lowe | 3,200 |
| 40146 | Flam Material Storage - Lowe | 200 |
| 40152 | Flam Material Storage - Lowe | 120 |
| 40188 | Admin General Purpose-by Washrack - Lowe | 480 |
| 5004T | Admin General Purpose-Trailer - Hanchey | 840 |
| 5005T | Admin General Purpose-Trailer - Hanchey | 840 |
| 5006T | Admin General Purpose-Trailer - Hanchey | 1,440 |
| 50130 | Hanger Shop Space-Avionics - Hanchey | 7,500 |
| 50132 | Storage Shed General Purpose - Hanchey | 288 |
| 50201 | AC Maintenance Hanger - Hanchey | 35,213 |
| 50202 | AC Maintenance Hanger - Hanchey | 15,607 |
| 50203 | AC Parts Storage - Hanchey | 14,400 |
| 50204 | AC Maintenance Hanger - Hanchey | 15,164 |
| 50205 | Flam Material Storage - Hanchey | 925 |
| 50207 | AC Maintenance Hanger - Hanchey | 14,500 |
| 50208 | AC Comp Maintenance-Supply/Armament Repair | 15,638 |
| 50209 | AC Maintenance Hanger - Hanchey | 18,585 |
| 50210 | Flam Material Storage - Hanchey | 232 |
| 50211 | Storage General Purpose-Motor Pool/Eng Shop | 2,530 |
| 60104 | AC Maintenance Bay - Shell Field | 8,471 |
| 60105 | AC Maintenance Bay - Shell Field | 8,471 |
| 60106 | POL Storage - Shell Field | 120 |
| 60110 | Avionics/Flight Line (right side only)- Shell | 1,620 |
| 60113 | QC/PC/Test Flight/Records - Shell | 4,000 |
| 60118 | Motor Pool/Sheet Metal - Shell | 4,000 |
| 60126 | Supply/Storage - Shell | 4,000 |
| L2840 | Admin General Purpose-Data Processing - Daleville | 5,000 |

SECTION J
ATTACHMENT 11

PIN/SINN: DAAH23-03-C-0345
MOD/AMD _____

Page 1 of 4

# GSA VEHICLE DENSITY LISTING

Listed below are the vehicles provided by GSA. A joint inventory will be made on the contract clause "Continuity of Services" during the Phase-In-Phase-Out (PIPO)

| GSA # | TMP # | Year | Model |
|-------|-------|------|-------|
| G12-13221 | D001 | 1999 | BREEZE |
| G32-00969 | D200 | 2001 | TCFE2409 |
| G41-33045 | D027 | 1997 | ASTRO |
| G41-33048 | D048 | 1997 | S10 |
| G41-33049 | D049 | 1997 | S10 |
| G41-33050 | D045 | 1997 | S10 |
| G41-33051 | D051 | 1997 | S10 |
| G41-33052 | D012 | 1997 | S10 |
| G41-33053 | D053 | 1997 | S10 |
| G41-33054 | D054 | 1997 | S10 |
| G41-33055 | D035 | 1997 | S10 |
| G41-33056 | D005 | 1997 | S10 |
| G41-33057 | D057 | 1997 | S10 |
| G41-33058 | D038 | 1997 | S10 |
| G41-34376 | D041 | 1997 | S10 |
| G41-34377 | D043 | 1997 | S10 |
| G41-34383 | D026 | 1997 | F150 |
| G41-34384 | D029 | 1997 | F150 |
| G41-34388 | D055 | 1997 | F150 |
| G41-34395 | D036 | 1997 | AEROSTAR |
| G41-36919 | D042 | 1998 | S10 |
| G41-42914 | D021 | 1999 | WINDSTAR |
| G41-42938 | D056 | 1999 | RAM 1500 |
| G41-42945 | D006 | 1999 | CARAVAN |
| G41-42971 | D050 | 1999 | RAM 1500 |
| G41-42972 | D022 | 1999 | RAM 1500 |
| G41-42976 | D024 | 1999 | RAM 1500 |
| G41-42978 | D028 | 1999 | CARAVAN |
| G41-43001 | D030 | 1999 | CARAVAN |
| G41-43002 | D034 | 1999 | CARAVAN |
| G41-43023 | D032 | 1999 | RANGER |
| G41-43024 | D014 | 1999 | RANGER |
| G41-43025 | D011 | 1999 | RANGER |
| G41-43026 | D037 | 1999 | RANGER |
| G41-43027 | D033 | 1999 | RANGER |
| G41-43030 | D052 | 1999 | RANGER |
| G41-43031 | D059 | 1999 | RANGER |
| G41-43034 | D003 | 1999 | RANGER |
| G41-43035 | D004 | 1999 | RANGER |
| G41-43037 | D010 | 1999 | RANGER |
| G41-43038 | D015 | 1999 | RANGER |
| G41-43039 | D002 | 1999 | RANGER |
| G41-43042 | D031 | 1999 | RANGER |

SECTION J
ATTACHMENT 11

## GSA VEHICLE DENSITY LISTING

| GSA # | TMP # | Year | Model |
|-------|-------|------|-------|
| G41-43046 | D017 | 1999 | RANGER |
| G41-43047 | D008 | 1999 | RANGER |
| G41-43049 | D020 | 1999 | RANGER |
| G41-43050 | D023 | 1999 | RANGER |
| G41-43051 | D061 | 1999 | RANGER |
| G41-43052 | D044 | 1999 | RANGER |
| G41-43053 | D063 | 1999 | RANGER |
| G41-49389 | D013 | 2000 | S10 |
| G41-49394 | D046 | 2001 | RAM 1500 |
| G41-49395 | D040 | 2001 | RAM 1500 |
| G41-49396 | D166 | 2001 | RAM 1500 |
| G41-49403 | D161 | 2001 | RAM 1500 |
| G41-49406 | D128 | 2001 | RAM1500 |
| G41-49441 | D163 | 2001 | RAM1500 |
| G41-49442 | D160 | 2001 | RAM1500 |
| G41-49443 | D168 | 2001 | RAM 1500 |
| G41-49444 | D165 | 2001 | RAM 1500 |
| G41-49445 | D064 | 2001 | RAM 1500 |
| G41-57057 | D007 | 2001 | S10 |
| G41-57087 | D065 | 2001 | WINSTAR |
| G41-65066 | D009 | 2002 | S10 |
| G41-65069 | D025 | 2002 | S10 |
| G41-65074 | D019 | 2002 | S10 |
| G42-39802 | D111 | 2000 | B2500 |
| G42-39803 | D067 | 2000 | B2500 |
| G42-43730 | D114 | 2001 | 1500 |
| G42-43731 | D127 | 2001 | 1500 |
| G42-43734 | D102 | 2001 | 1500 |
| G42-43737 | D066 | 2001 | RAM1500 |
| G42-45174 | D093 | 2001 | 1500 |
| G42-45177 | D133 | 2001 | RAM1500 |
| G42-45198 | D099 | 2001 | 1500 |
| G42-48441 | D081 | 2002 | RAM1500 |
| G42-48462 | D158 | 2002 | C1500 |
| G42-48466 | D159 | 2002 | C1500 |
| G42-80642 | D164 | 1997 | E150 |
| G42-80647 | D110 | 1997 | E150 |
| G43-05263 | D090 | 1999 | RAM 2500 |
| G43-05264 | D092 | 1999 | RAM 2500 |
| G43-05268 | D074 | 1999 | 2500 |
| G43-05284 | D079 | 1999 | RAM 2500 |
| G43-05487 | D094 | 1999 | P30 |
| G43-05495 | D108 | 1999 | 2500 |
| G43-09206 | D072 | 2000 | 3500 |
| G43-09210 | D112 | 2000 | 3500 |
| G43-09221 | D095 | 2000 | P30 |

SECTION J
ATTACHMENT 11

PIN/SINN: DAAH23-03-C-0345
MOD/AMD _____

Page 3 of 4

# GSA VEHICLE DENSITY LISTING

| GSA # | TMP # | Year | Model |
|-------|-------|------|-------|
| G43-14161 | D097 | 2001 | RAM 2500 |
| G43-14166 | D073 | 2001 | F350 |
| G43-20543 | D087 | 2002 | E350 |
| G43-63168 | D096 | 1997 | C3500 |
| G43-67534 | D107 | 1997 | P30 |
| G43-67569 | D071 | 1997 | F250 |
| G43-67570 | D076 | 1997 | F250 |
| G43-67571 | D077 | 1997 | F250 |
| G43-67572 | D078 | 1997 | F250 |
| G43-67573 | D080 | 1997 | F250 |
| G43-67574 | D070 | 1997 | F250 |
| G43-67575 | D075 | 1997 | F250 |
| G43-67576 | D082 | 1997 | F250 |
| G43-67577 | D083 | 1997 | F250 |
| G43-67578 | D068 | 1997 | F250 |
| G43-67580 | D069 | 1997 | F250 |
| G43-67582 | D085 | 1997 | P30 |
| G43-67585 | D084 | 1997 | P30 |
| G43-67586 | D088 | 1997 | P30 |
| G43-67587 | D089 | 1997 | P30 |
| G61-04860 | D134 | 1999 | CHEROKEE |
| G61-08952 | D126 | 2001 | CHEROKEE |
| G61-34843 | D125 | 1997 | CHEROKEE |
| G62-05084 | D129 | 1999 | RAM 1500 |
| G62-26956 | D124 | 1996 | BRONCO |
| G62-29570 | D091 | 1997 | F250 |
| G63-07360 | D113 | 2001 | F350 |
| G63-11633 | D105 | 2002 | K3500 |
| G63-28089 | D104 | 1997 | C3500 |
| G63-28091 | D103 | 1997 | C3500 |
| G63-28092 | D106 | 1997 | C3500 |
| G63-28093 | D109 | 1997 | C3500 |
| G63-28095 | D101 | 1997 | C3500 |
| G63-28096 | D098 | 1997 | C3500 |
| G63-30151 | D100 | 1997 | F350 |
| G71-00018 | D119 | 1998 | F-800 |
| G71-00021 | D121 | 1998 | F-800 |
| G71-00023 | D120 | 1998 | F-800 |
| G71-00026 | D122 | 1998 | F-800 |
| G71-00027 | D116 | 1998 | F-800 |
| G71-00028 | D115 | 1998 | F-800 |
| G71-00552 | D130 | 2000 | C6500 |
| G71-01215 | D177 | 2001 | S&P |
| G71-01824 | D178 | 2003 | 4200 S & P |
| G71-17367 | D117 | 1998 | F-800 |
| G71-17368 | D176 | 1998 | F-800 |

# GSA VEHICLE DENSITY LISTING

| GSA # | TMP # | Year | Model |
|-------|-------|------|-------|
| G71-17369 | D118 | 1998 | F-800 |
| G71-17376 | D170 | 1998 | F-800 |
| G71-17743 | D123 | 2002 | 4700 |
| G82-00050 | D132 | 1992 | F900 T/T |
| G82-01986 | D400 | 1990 | 7100 4X2 |
| G90-01420 | D131 | 1991 | WRECKER |
| G91-04543 | D406 | 1994 | 28'F/BED S&P |

SECTION J
ATTACHMENT 14

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 00057 | J2874 | Display Station 3278-002 w/keyboard (BC:05008) | 2,960.00 |
| 00099 | 58063 | Printer Type 3287-001 | 6,015.00 |
| 00100 | H3453 | Display Station w/keyboard-mdl 3278-002 | 2,960.00 |
| 00110 | C7533 | Display Station w/keyboard-mdl 3279-03X | 2,574.00 |
| 00121 | 00121 | Board Magnetic Change A Board | 100.00 |
| 00169 | G-20809 | Multimeter Dig AN/PSM-45 | 145.00 |
| 00179 | 43662 | Printer Type 3287-002 | 6,015.00 |
| 00185 | C9074 | Printer IBM 3287-002 | 6,015.00 |
| 00187 | C9073 | Printer 3287M002 | 6,015.00 |
| 00188 | C7534 | Display Station 3279-03X | 2,574.00 |
| 00190 | S1381 | Display Station 3278-002 | 2,960.00 |
| 00191 | G6651 | Printer 3287-C02 | 5,924.74 |
| 00501 | 48M72 | Display Station 3278-005 | 2,967.00 |
| 00502 | J2873 | Display Station 3278-002 w/keyboard (BC:03940) | 2,960.00 |
| 00506 | 48M74 | Display Station 3278-005 | 2,967.00 |
| 00508 | 54500 | Control Unit, Mdl 3276-002 | 6,207.00 |
| 00510 | 43663 | Display Station w/keyboard-mdl 3278-802 | 6,015.00 |
| 00514 | 14916 | Printer Typ Mdl 6 | 40,985.00 |
| 00517 | 48M73 | Display Station 3278-005 | 2,967.00 |
| 00518 | C7535 | Display Station 3279-034 | 2,374.00 |
| 00519 | B013724 | Monitor Storage Display Mdl Tektronix 618 | 10,850.00 |
| 00523 | B176791 | Terminal Hard CopyUnit | 4,495.00 |
| 00600 | 1380 | Display Station 3278-002 | 2,960.00 |
| 00601 | 58063 | Printer, Type 3287-001 | 6,015.00 |
| 00602 | J2869 | Display Station 3278-002 | 2,960.00 |
| 00675 | 23331 | Radio Set AN/PRC-90 | 517.31 |
| 00676 | 14066 | Radio Set AN/PRC-90 | 517.31 |
| 00683 | 14501 | Radio Set AN/PRC-90 | 517.31 |
| 00710 | D2396 | Dual Diskette (comp of 00711) |  |
| 00711 | D3876 | Display Station 6580-A08 | 11,824.00 |
| 00714 | B9214 | Printer 5218-A04 | 2,000.00 |
| 00715 | 270U9 | Display Station 3278-005 | 2,967.00 |
| 00723 | 0045336 | Computer 3270 PC Mdl 5271-006 | 10,842.00 |
| 00724 | 37937 | Keyboard for 3270 PC | 200.00 |
| 00725 | D7364 | Printer 5218 A04 | 2,000.00 |
| 00726 | 34704 | Monitor Color Display MDL 5272-001 | 300.00 |
| 00731 | 37945 | Keyboard, PC | 200.00 |
| 00732 | 32178 | Monitor, Color Display | 300.00 |
| 00733 | D7368 | Printer 5218-A04 | 2,578.00 |
| 00734 | 0045337 | Computer, Mdl 5271-006 | 10,842.00 |
| 00738 | 29717 | Color Display ,Mdl 5272-0001 | 300.00 |
| 00825 | 00825 | Chair Typist Airlift, Beige | 371.00 |
| 00827 | 00827 | Chair Airlift Beige | 371.00 |
| 00855 | 408034 | Calculator, Canon Elec | 232.97 |
| 00857 | 420274 | Calculator, Canon Elec | 232.97 |
| 00915 | A890919 | Stud Driver | 465.00 |
| 00997 | 00997 | Chair Airlift | 371.00 |
| 01000 | 01000 | Chair | 145.00 |

A TTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 01484 | 0927 | Power Supply 40-25 | 800.00 |
| 01522 | WTC1257575 | Tricycle Transporter | 515.50 |
| 01819 | 000124 | Control Unit 3274-C61 | 4,981.00 |
| 01820 | 000126 | Control Unit 3274-C61 | 4,981.00 |
| 01984 | 01984 | Cabinet,Terminal/PC Workstation | 833.00 |
| 01985 | 61736 | Printer Pacemaker 2410 | 2,010.00 |
| 01990 | 01990 | Keyboard, Zenith | 150.00 |
| 01992 | 01992 | Keyboard, Zenith | 150.00 |
| 01993 | XXX00964 | Suma Graphics | 200.00 |
| 01995 | 113783 | Printer Okidata 93 | 320.00 |
| 02000 | 06106A4717 | Computer Exec Set | 2,300.00 |
| 02101 | D2388 | Diskette Dual 6360-22 | 200.00 |
| 02108 | 58062 | Printer 3287-001 | 6,015.00 |
| 02109 | 02109 | Keyboard (comp of 00602) | |
| 02114 | 02114 | SheetFeeder 7870 (comp of 00711) | |
| 02121 | 02121 | Keyboard/Operator Console | 100.00 |
| 02125 | 0051051 | Computer System 3270 | 9,142.00 |
| 02126 | 46568 | Dual Diskette 6360-22 (comp of 02127) | |
| 02127 | E4725 | Display Station 6580-A18 | 13,012.00 |
| 02128 | 02128 | Keyboard (comp of 02127) | |
| 02129 | E2647* | SheetFeeder 7870 | 576.00 |
| 02130 | E2647 | Printer 5218-A04 | 2,000.00 |
| 02131 | 02131 | Keyboard (comp of 00188) | |
| 02132 | 40970 | Keyboard for 3270 PC (comp of 02126) | |
| 02133 | 36813 | Color Display ,Mdl 5272-0001 | 1,000.00 |
| 02134 | 02134 | SheetFeeder 7870 (comp of 02136) | |
| 02135 | D7365 | Printer 5218-A04 | 2,000.00 |
| 02136 | 02136 | Keyboard (comp of 00501) | |
| 02140 | 270U5 | Display Station 3278-005 | 2,767.00 |
| 02141 | 004120 | Controller 3725 | 76,758.00 |
| 02142 | 00A4896 | Console 3727-700 | 2,174.00 |
| 02151 | 34019 | Diskette Dual 6360-22 | 200.00 |
| 02176 | 0045303 | Computer System 3270 | 10,242.00 |
| 02194 | E6442 | Diskette Dual 6360-22 | 350.00 |
| 02196 | 1051804 | SheetFeeder 7870 | 100.00 |
| 02197 | 31651 | Printer 5218-A02 | 2,000.00 |
| 02235 | 02235 | Table,Computer,Putty, Adjustable 60" | 380.00 |
| 02253 | 02253 | Terminal Workstation 48" adjustable Putty | 420.00 |
| 02256 | 02256 | Table Terminal Workstation Split level | 557.25 |
| 02257 | 02257 | Side Extension (comp of 02256) | |
| 02260 | 02260 | Terminal Workstation 48" adjustable Putty | 420.00 |
| 02262 | 02262 | Termianl Stand split-Level | 370.00 |
| 02263 | 02263 | Side Extension | 120.00 |
| 02285 | 85525 | Engraveograph ITF-V | 2,817.60 |
| 02286 | 00008989 | Bevaler B-4 (comp of 02285) | |
| 02287 | 100595 | Saw Safely (comp of 02285) | |
| 02319 | 02319 | Radio Console w/Microphone M-80 (SN: 0582B) | 3,004.30 |
| 02354 | 1231649 | Safe APP Sec Container | 770.00 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

As of 3/17/03

| BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 02418 (comp) | 20198 | RM Cont UT VID VS200F | 100.00 |
| 02419 (comp) | 10262 | Cont BX Vid AV VS100G | 100.00 |
| 02585 | 02585 | Board Mark & Wipe 4'x6' | 230.50 |
| 02630 | 02630 | Magnetic 5-Yr Planning Calendar | 673.50 |
| 02650 | 02650 | Cover Printer Acoustic Mdl 287 | 311.92 |
| 02979 | 02979 | Table Walnut corner Step 30"x30"x24" | 36.75 |
| 03011 | 03011 | Dispenser, 115V60H, 9.5G PH | 242.90 |
| 03019 | 03019 | Table End Step | 45.00 |
| 03403 | 0158D | Power Sup PP-4606(J/G | 1,988.00 |
| 03510 | 03510 | MAG plan calendar | 322.96 |
| 03553 | 30150 | Foster flight Head gear | 1,490.20 |
| 03556 | 0418* | Test Set Battery TS-2530A | 462.56 |
| 03590 | 14612 | Transmitting Set Radio, AN/GRT-22 | 2,200.00 |
| 03591 | 12121 | Receiver Radio, AN/GRR-24 | 8,000.00 |
| 03592 | 16436 | Transmitting Set Radio, AN/GRT-21 | 2,000.00 |
| 03594 | 14422 | Receiver Radio, AN/GRR-23 | 8,000.00 |
| 03628 | 3882H | Paper, Shredder Machine | 751.00 |
| 03648 | 298 | Test Set Radio, AN/PRM-32 | 290.00 |
| 03712 | 2455202 | Multimeter Dgtl Mdl# 8010A | 289.00 |
| 03713 | 03713 | Test MOB | 125.00 |
| 03857 | 03857 | Keyboard IBM (comp of 00190) | |
| 03940 | 03940 | Keyboard (comp of 00502) | |
| 04262 | 848 | Power Sup PP-4606(J/G | 600.00 |
| 04297 | 10A8 | Multimeter Digital | 79.95 |
| 04302 | 2830 | Air Purifier Desktop | 127.96 |
| 04427 | A-EC5104 | AMMETER VOLT-OHM | 140.50 |
| 04656 | 04656 | Refrigerator, Lefthand | 150.00 |
| 04695 | 6761 | Air Purifier Desktop | 127.96 |
| 04696 | 6762 | Air Purifier Desktop | 127.96 |
| 04723 | SVRPS-521 | STLR Van STOR M750(C) | 32,952.00 |
| 04724 | SVRPS-541 | STLR Van STOR M750(C) | 32,952.00 |
| 05008 | 05008 | Keyboard (comp of 00057) | |
| 05012 | 05012 | Keyboard (comp of 00600) | |
| 05028 | 05028 | SheetFeeder 7870 (comp of 00711) | |
| 05029 | 05029 | Keyboard for 6580-A08 (comp of 00711) | |
| 05031 | 0192529 | Expansion Unit PC-XT | 1,358.00 |
| 05039 | 0192527 | Expansion Unit PC-XT | 1,358.00 |
| 05041 | 05041 | SheetFeeder 7870 (comp of 00733) | |
| 05088 | 0192429 | Expansion Unit PC-XT w/fixed disk | 1,358.00 |
| 05098 | 40980 | Keyboard F/3270 | 200.00 |
| 05101 | D7776 | Dual Diskette 6360-22 (comp of 05102) | |
| 05102 | E4721 | Display Station 6580-A10 | 9,764.00 |
| 05103 | 9381 | Printer 5215-001 (comp of 05102) | |
| 05105 | 05105 | Keyboard (comp of 05102) | |
| 05117 | 0192487 | Expansion Unit PC-XT, W/Fixed Disk | 1,358.00 |
| 05123 | B0442 | Computer Compaq Portable w/dual disk drive | 1,581.00 |
| 05182 | 51BB | TS-3651/ALQ-136(V)1 | 203,603.00 |
| 05185 | 34622 | Color Display 5272-001 | 300.00 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

As of 3/17/03

| BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|----------|---------------|--------------|------|
| 05187 | 0051091 | Computer 3270 | 10,242.00 |
| 05232 | 7027 | Scale Bench w/btry PK | 481.00 |
| 05238 | 2659 | Oven, Convention | 798.93 |
| 05367 | G6652 | Printer 3287-C02 | 5,724.74 |
| 05396 | 1290 | Radio Set AN/PRC-90 | 517.31 |
| 05397 | F6943 | Radio Set AN/PRC-90 | 517.31 |
| 05399 | F06596 | Radio Set AN/PRC-90 | 517.31 |
| 05400 | 3356 | Radio Set AN/PRC-90 | 517.31 |
| 05406 | 1074D | Radio Set AN/PRC-90 | 517.31 |
| 05408 | 17106 | Radio Set AN/PRC-90 | 517.31 |
| 05410 | 6114 | Radio Set AN/PRC-90 | 517.31 |
| 05425 | 05425 | Chair Airlift | 371.00 |
| 05482 | 05482 | Chair Airlift Brown | 105.26 |
| 05483 | 05483 | Chair Airlift Brown | 105.26 |
| 05484 | 05484 | Chair Airlift Brown | 105.26 |
| 05485 | 05485 | Chair Airlift Brown | 105.26 |
| 05498 | 05498 | Stand Terminal w/drawers 60"x30" | 597.30 |
| 05608 | 92170 | Monitor Color | 200.00 |
| 05622 | 723AC0995 | Computer, Micro | 3,015.00 |
| 05623 | 05623 | Keyboard Zenith | 200.00 |
| 05632 | 7A6224697Y | Printer Dot Matrix | 300.00 |
| 05633 | 05633 | Keyboard Zenith | 200.00 |
| 05637 | 7A6224692Y | Printer Dot Matrix | 528.00 |
| 05642 | 723AC1001 | Computer Micro Mdl 62 | 3,015.00 |
| 05643 | 92170823 | Monitor RGB Color | 200.00 |
| 05645 | 05645 | Keyboard | 200.00 |
| 05646 | 723AC0963 | Computer, Compaq | 2,715.00 |
| 05647 | 7A6219618Y | Printer Dot Matrix | 528.00 |
| 05655 | 2718J29665 | Printer, Laserjet | 2,458.90 |
| 05657 | 2718J29809 | Printer, Laserjet | 2,458.90 |
| 05661 | 2728A54731 | Terminal HP150II | 1,548.70 |
| 05662 | 2727A54602 | Terminal HP150II | 1,548.70 |
| 05674 | 2728A54735 | Terminal HP150II | 1,548.70 |
| 05685 | 2719S40556 | Keyboard HP | 200.00 |
| 05686 | 2719S40549 | Keyboard HP | 200.00 |
| 05702 | 2719S40567 | Keyboard HP | 200.00 |
| 05708 | 2719S40565 | Keyboard HP | 200.00 |
| 05745 | 0022 | Test Set Elec Sys M91 | 600.00 |
| 05746 | 05746 | Settee, Metal Frame | 435.00 |
| 05747 | 05747 | Settee, Metal Frame | 435.00 |
| 05748 | 05748 | Settee, Metal Frame | 435.00 |
| 05749 | 05749 | Settee, Metal Frame | 435.00 |
| 05751 | 23-2618 | RDO FM MT500 HNDITLKI | 1,161.54 |
| 05752 | 23-2619 | RDO FM MT500 HNDITLKI | 1,161.54 |
| 05753 | 23-2620 | RDO FM MT500 HNDITLKI | 1,161.54 |
| 05816 | 2709-A26536 | Power Meter 436A (comp fo 05817) | |
| 05817 | 2636A11447 | Frequency Counter Micro | 6,499.80 |
| 05818 | 2702A55772 | Power Sensor HP8481A (Comp of 05816) | |

SECTION J
ATTACHMENT 14

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 05828 | 05828 | Radio Console W/Microphone M-80C/U | 3,004.30 |
| 05844 | 05844 | Cabinet,Terminal/PC Workstation | 833.00 |
| 05846 | 05846 | Cabinet, Terminal/PC Workstation | 833.00 |
| 05848 | 05848 | Cabinet, Terminal/PC Workstation | 833.00 |
| 05901 | 05901 | Cabinet, Terminal/PC Workstation | 833.00 |
| 05904 | 05904 | Table Computer, MDL 8267 (DeVoke) | 540.00 |
| 05910 | 4435776 | Mult DIGIT AN/PSM-45A(C) | 115.00 |
| 05968 | 49981 | Multimeter DIG AN/PSM-45(C) | 145.00 |
| 05971 | 2974 | TEST STAND ELEC ACFT(C) | 27,220.00 |
| 05973 | 3791 | Balancing Kit PRPO (C) | 8,160.00 |
| 05980 | 0532 | Compr RCP P4R15GJ | 14,501.00 |
| 05982 | B0178 | GEN ST H5WTHJHGV7 | 2,166.00 |
| 05984 | B0072 | GEN ST MEP016AB(C) | 4,491.00 |
| 05987 | 43255 | Power Supply | 1,988.00 |
| 05988 | 43254 | Power Supply | 1,988.00 |
| 05993 | 49794 | TST STAND HYD(C) | 16,728.00 |
| 05994 | B0403 | TEST STAND ACFT(C) | 631,006.00 |
| 05997 | 10170020 | Trk LF GAS HYS H150F(C) | 37,414.00 |
| 06003 | 39946 | GEN AN/URM-127(C) | 188.70 |
| 06005 | B8978 | MNT KEE MK-1004/ARC(C) | 1,233.00 |
| 06006 | B8987 | Multimer TS-585ABC/U(C) | 158.46 |
| 06007 | B0397 | Multimer TS-585ABC/U(C) | 158.46 |
| 06008 | 43421 | Multimer TS-585ABC/U(C) | 158.46 |
| 06009 | 42304 | Oscil AN/USM-281A(C) | 1,420.00 |
| 06010 | 49985 | Multimeter DIG AN/PSM-45(C) | 145.00 |
| 06011 | 49982 | Multimeter DIG AN/PSM-45(C) | 145.00 |
| 06012 | B0499 | Resist Decad ZM-16/U(C) | 51.01 |
| 06013 | B8748 | Resist Decad ZM-16/U(C) | 51.01 |
| 06014 | B0616 | TST FAC KT MK-994/AR(C) | 10,627.00 |
| 06015 | 8086 | Test Set Fuel TF20-1(C) | 6,007.89 |
| 06016 | 38256 | TST ST DIR AN/ARM-93(C) | 2,230.00 |
| 06017 | B8980 | TST ST DIR AN/ARM-93(C) | 2,230.00 |
| 06020 | 51519 | TS Radar AN/TPM-25A(C) | 27,000.00 |
| 06021 | 51526 | TS Radar AN/TPM-25A(C) | 27,000.00 |
| 06022 | 39599 | TST ST AN/ARM-92B REC(C) | 4,400.00 |
| 06023 | 39597 | TST FAC KT MK-994/AR(C) | 10,627.00 |
| 06026 | 38264 | TST ST TR AN/APM-239A(C) | 21,630.00 |
| 06027 | B8924 | CHARGER BTY PP-1451/G | 784.00 |
| 06028 | 49983 | Multimeter DIG AN/PSM-45(C) | 145.00 |
| 06029 | 49988 | Multimeter DIG AN/PSM-45(C) | 145.00 |
| 06030 | 49986 | Multimeter DIG AN/PSM-45(C) | 145.00 |
| 06032 | B8096 | TST ST AMP AN/ASM-121(C) | 13,386.00 |
| 06033 | 8988 | S&M ACFT D AN/ASM-120(C) | 5,274.00 |
| 06034 | 8954 | S&M AMP OP SM-335/ASM(C) | 1,417.00 |
| 06035 | 8951 | MT KE MK-731/ARC-51X(C) | 9,592.00 |
| 06036 | 49984 | Multimeter DIG AN/PSM-45(C) | 145.00 |
| 06038 | 49989 | Multimeter DIG AN/PSM-45(C) | 145.00 |
| 06039 | 49990 | Multimeter DIG AN/PSM-45(C) | 145.00 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

As of 3/17/03

| BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 06040 | 49991 | Multimeter DIG AN/PSM-45(C) | 145.00 |
| 06042 | 49993 | Multimeter DIG AN/PSM-45(C) | 145.00 |
| 06047 | B8027 | Shaper CTGHZTL(C) | 44,871.00 |
| 06051 | 41075 | SAW Band Metal Cut(C) | 17,650.00 |
| 06052 | B8024 | Lathe ENG Floor MDT(C) | 15,550.00 |
| 06053 | 43926 | SAW Pwr Hack Horiz TY(C) | 349.75 |
| 06071 | PC903 | Keyboard,Bohdan | 200.00 |
| 06073 | PC904 | Keyboard | 200.00 |
| 06074 | B1820 | Computer Desktop 386 | 8,118.00 |
| 06075 | 0192411 | Expansion Unit PC-XT | 1,358.00 |
| 06085 | 2743J99737 | Printer, LaserJet | 2,316.00 |
| 06089 | 06089 | Chair, Straight W/cushions | 211.04 |
| 06090 | 06090 | Chair, Straight W/cushions | 211.04 |
| 06091 | 06091 | Settee, Metal Frame | 435.00 |
| 06092 | 06092 | Settee, Metal Frame | 435.00 |
| 06101 | 06106A4712 | Computer Exec Set | 2,300.00 |
| 06127 | 43185 | Public Address System(C) | 200.00 |
| 06133 | B3184 | TEST STAND PN 7199-1(C) | 27,270.00 |
| 06134 | 38265 | TS TRANS AN/APM-305(C) | 18,422.00 |
| 06135 | B0013 | TST TRANSP AN/APM-123(C) | 7,881.00 |
| 06136 | 38266 | TST TRANSP AN/APM-123(C) | 7,881.00 |
| 06137 | 38605 | TST ST AN/ARM-928 REC(C) | 4,400.00 |
| 06138 | 39889 | TST EL Pwr AN/UPM-93(C) | 682.00 |
| 06142 | 95080402 | Monitor RGB Color | 300.00 |
| 06145 | 95080668 | Monitor RGB Color | 200.00 |
| 06156 | 812AE3243 | Computer PC Zenith | 1,528.00 |
| 06164 | 8A6410357Y | Printer Dot Matrix | 250.00 |
| 06167 | 8A6411889Y | Printer Dot Matrix | 528.00 |
| 06172 | 42047 | Oscilloscope AN/USM(C) | 2,326.97 |
| 06173 | 80153 | Oscill AN/USM-281A(C) | 1,420.00 |
| 06174 | 49498 | Multimeter AN/USM-486(C) | 480.00 |
| 06175 | 49497 | Multimeter AN/USM-486(C) | 480.00 |
| 06183 | 06106A4715 | Computer Exec Set | 2,300.00 |
| 06192 | B9401 | Printer 6218-A04 (comp of 00711) | |
| 06195 | 710016 | Monitor Color Display | 500.00 |
| 06243 | 2702A26241 | Disk Drive 9153A | 1,299.80 |
| 06246 | 2702A26236 | Disk Drive 9153A | 1,299.80 |
| 06247 | 2702A26231 | Disk Drive 9153A | 1,299.80 |
| 06250 | 2816S50018 | Keyboard HP | 200.00 |
| 06251 | 2816S50019 | Keyboard HP | 200.00 |
| 06253 | 2816S50008 | Keyboard HP | 200.00 |
| 06254 | 2816S40236 | Keyboard HP | 200.00 |
| 06257 | 2720Y06051 | Terminal HP 150II | 1,548.70 |
| 06259 | 2720Y06053 | Terminal HP 150II | 1,561.10 |
| 06261 | 2720Y06050 | Terminal HP 150II | 1,548.70 |
| 06271 | 11508363 | Modem Stand Alone | 110.60 |
| 06288 | 8370106 | Filing cabinet w/drawers | 2,228.76 |
| 06311 | 68190888 | Cart, Electric E-Z | 4,252.00 |

（低）

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 06332 | 502-00381 | PN Modulator HP8734B(C) | 1,754.00 |
| 06339 | USA45562 | Aiming Circle M2A2(C) | 1,797.00 |
| 06340 | USA-1246 | SIM TEMP&SPEED@ | 4,603.00 |
| 06341 | USA42248 | TST Set Instrument4(C) | 29,838.00 |
| 06342 | USAB0645 | TST Synchro FTU-231E(C) | 5,308.00 |
| 06343 | USA41241 | TST Set Instrument(C) | 10,303.00 |
| 06365 | 83A | TST Audio TS-1598A/AI(C) | 1,258.00 |
| 06374 | 06374 | Cabinet strg 12 DRW | 753.12 |
| 06379 | 06379 | Cabinet,Storage 9-dwr 30x57 MDL SEP3155 | 621.77 |
| 06381 | 06381 | Cabinet strg 3 Drw | 100.00 |
| 06388 | 1024 | Signal Selector (comp of 07418) | |
| 06432 | 23-2616 | RDO FM MT500 HNDITLKI | 1,161.54 |
| 06433 | 06433 | CHRGR SNGL (comp of RDO FR MT500) | |
| 06434 | 23-2617 | RDO FM MT500 HNDITLKI | 1,161.54 |
| 06435 | 06435 | CHRGR SNGL (comp of RDO FR MT500) | |
| 06436 | 06436 | CHRGR SNGL (comp of RDO FR MT500) | |
| 06437 | 06437 | CHRGR SNGL (comp of RDO FR MT500) | |
| 06438 | 06438 | CHRGR SNGL (comp of RDO FR MT500) | |
| 06439 | 23-2621 | RDO FM MT500 HNDITLKI | 1,161.54 |
| 06440 | 06440 | CHRGR SNGL (comp of RDO FR MT500) | |
| 06456 | 3400153587 | Modem | 100.00 |
| 06459 | 20F1017887 | Monitor WY-530-02 | 200.00 |
| 06498 | 12798 | Control Unit ASC II | 12,295.00 |
| 06502 | 9371081202 | Computer Lapheld Micro | 1,524.00 |
| 06521 | 65750588 | Truck 40Wx96L IN MAX | 3,707.85 |
| 06524 | 39AC077717 | Computer Advanced ZWX | 2,084.00 |
| 06530 | 39AC077021 | Computer Advanced ZWX | 2,084.00 |
| 06535 | 9626727 | Keyboard,Zenith | 200.00 |
| 06542 | 8A6464971Y | Printer Dot Matrix | 528.00 |
| 06545 | 8A6465024Y | Printer Dot Matrix | 528.00 |
| 06559 | 8A6464972Y | Printer, ALPS | 528.00 |
| 06561 | 9626728 | Keyboard,Zenith | 200.00 |
| 06628 | 06106A4748 | Computer Exec Set | 2,300.00 |
| 06634 | 0058837 | DISK DRIVE FLOPPY | 157.00 |
| 06692 | 06692 | Cabinet,Terminal/PC Workstation | 833.00 |
| 06732 | 109088 | Speech Security EQ | 1,929.81 |
| 06733 | 10429 | Tape Reader GP | 161.00 |
| 06734 | 10430 | Tape Reader GP | 161.00 |
| 06735 | 23524 | Tape Reader GP | 161.00 |
| 06736 | 31406 | Tape Reader GP | 161.00 |
| 06737 | 42635 | Elec. Transfer Keying | 235.45 |
| 06738 | 42636 | Elec. Transfer Keying | 235.45 |
| 06739 | 42637 | Elec. Transfer Keying | 235.45 |
| 06740 | 98658 | Elec. Transfer Keying | 235.45 |
| 06741 | D05269 | Interface Adapter | 852.08 |
| 06742 | 24339 | Speech Security EQ | 2,820.37 |
| 06743 | 24340 | Speech Security EQ | 2,820.37 |
| 06744 | 24341 | Speech Security EQ | 2,820.37 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 06745 | 24342 | Speech Security EQ | 2,820.37 |
| 06746 | 24343 | Speech Security EQ | 2,820.37 |
| 06747 | 24344 | Speech Security EQ | 2,820.37 |
| 06748 | 24345 | Speech Security EQ | 2,820.37 |
| 06749 | 24346 | Speech Security EQ | 2,820.37 |
| 06750 | 24347 | Speech Security EQ | 2,820.37 |
| 06751 | 24348 | Speech Security EQ | 2,820.37 |
| 06752 | E01857 | Interface Adapter | 852.08 |
| 06753 | D05270 | Interface Adapter | 852.08 |
| 06754 | D05260 | Interface Adapter | 852.08 |
| 06755 | D05267 | Interface Adapter | 852.08 |
| 06757 | D05269 | Interface Adapter | 852.08 |
| 06758 | D05278 | Interface Adapter | 852.08 |
| 06759 | D05253 | Interface Adapter | 852.08 |
| 06760 | D05255 | Interface Adapter | 852.08 |
| 06761 | D05257 | Interface Adapter | 852.08 |
| 06762 | D05328 | Remote Control Unit | 579.67 |
| 06763 | D05368 | Remote Control Unit | 579.67 |
| 06764 | D05414 | Remote Control Unit | 579.67 |
| 06765 | D05404 | Remote Control Unit | 579.67 |
| 06766 | D05431 | Remote Control Unit | 579.67 |
| 06767 | D05301 | Remote Control Unit | 579.67 |
| 06768 | D05401 | Remote Control Unit | 579.67 |
| 06769 | D05312 | Remote Control Unit | 579.67 |
| 06770 | D05265 | Remote Control Unit | 579.67 |
| 06771 | D05429 | Remote Control Unit | 579.67 |
| 06832 | 0080A | MNT K KM-1035/ARC-131(C) | 4,190.00 |
| 06850 | 20016 | Recrdr VDO V-1000AB-F | 2,000.00 |
| 06851 (comp) | 20030 | RM Cont UT VID VS200F | 100.00 |
| 06891 | 1826A16641 | Power Meter ME-441/U(C) | 117.75 |
| 06907 | SVRPS-540 | STLR Van STOR M750(C) | 32,952.00 |
| 06913 | 28989 | COMPR RCP HGR5-8M1(C) | 3,805.00 |
| 06915 | B8552 | Stand Maint ACFT Pwr(C) | 54,338.00 |
| 06921 | 2002 | Shrinking-Stretch Mach(C) | 5,865.00 |
| 06922 | 41010 | Shrinking-Stretch Mach(C) | 5,665.00 |
| 06924 | 0475 | PNCHG MACH MTL HDTUR(C) | 1,324.00 |
| 06928 | 42292 | Tester AN/USM207A | 2,610.71 |
| 06930 | 49597 | Platform | 2,660.00 |
| 06931 | 45598 | Platform | 2,060.00 |
| 06973 | 2706S40922 | Keyboard HP | 200.00 |
| 06979 | 90902026 | Monitor Color | 200.00 |
| 06996 | ENI89071 | Test Set Elec Sys M92 | 3,669.00 |
| 07012 | 36AJ077856 | Computer, Advanced | 1,497.00 |
| 07051 | 07051 | Keyboard Zenith | 500.00 |
| 07068 | 36AJ077846 | Computer, Advanced | 1,497.00 |
| 07069 | 07069 | Keyboard Zenith | 200.00 |
| 07089 | 0371416813 | Computer, Lapheld | 1,524.00 |
| 07095 | 0371348813 | Computer, Lapheld MICRO | 1,511.00 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 07155 | 07155 | Cabinet Multimedia 84 | 511.86 |
| 07156 | 07156 | Cabinet Multimedia 84 | 511.86 |
| 07157 | 07157 | Cabinet Multimedia 84 | 511.86 |
| 07195 | 9A6448492Y | Printer Dot Matrix | 528.00 |
| 07199 | 9A6448477Y | Printer Dot Matrix | 528.00 |
| 07200 | 9A6448480Y | Printer Dot Matrix | 528.00 |
| 07205 | 9A6448487Y | Printer Dot Matrix | 528.00 |
| 07207 | B2005 | Compressor Unit RCP, AIR PR | 1,034.00 |
| 07208 | USA#41580 | GEN StG SG-1144/U(C) | 4,734.00 |
| 07209 | B8995 | MNT KIT MK-733/ARC-54(C) | 4,528.00 |
| 07210 | USA41252 | TST Analyzer(C) | 15,007.00 |
| 07211 | USA#41251 | Test Set TS-3920/ASM(C) | 27,571.00 |
| 07239 | I05973 | Radio Set AN/PRC-90 | 517.31 |
| 07240 | 15875 | Radio Set AN/PRC-90 | 517.31 |
| 07241 | 9649 | Radio Set AN/PRC-90 | 517.31 |
| 07242 | F6389 | Radio Set AN/PRC-90 | 517.31 |
| 07244 | 9614608 | Keyboard Zenith | 200.00 |
| 07245 | 937N N2104 | Monitor | 500.00 |
| 07249 | 2311543 | Keyboard F/3270 | 200.00 |
| 07303 | 44311 | Trailer ACFT Maint(C) | 1,748.00 |
| 07312 | 00182175F | Monitor Color Unisys | 200.00 |
| 07315 | 00182138F | Monitor Color Unisys | 200.00 |
| 07332 | 00181627F | Monitor Color Unisys | 200.00 |
| 07333 | A626945 | Computer PC Unisys | 2,152.00 |
| 07334 | 3554821 | Keyboard, Unisys | 200.00 |
| 07335 | 00182041F | Monitor, Color Unisys | 200.00 |
| 07341 | 00181922F | Monitor, Color | 200.00 |
| 07366 | A629019 | Computer, PC | 2,152.00 |
| 07367 | 3555849 | Keyboard | 200.00 |
| 07368 | 00182228F | Monitor, Color | 200.00 |
| 07390 | 48657 | Power Supply | 1,988.00 |
| 07394 | 83-360A014 | Power Unit Aux, Aviation | 250,000.00 |
| 07411 | 911001704 | Monitor 19" Color | 7,890.00 |
| 07417 | 1009 | Test Set Fire ConSub(C) | 24,946.00 |
| 07418 | 1140 | Analyzer Balnor Sys | 32,719.52 |
| 07419 | 1336 | Analyzer Balnor Sys (comp of 07418) | |
| 07420 | 1449 | Storbox Mdl 135M12 (comp of 07418) | |
| 07421 | 1303 | Printer MdW 8510-1 (comp of 07418) | |
| 07426 | 01606A4695 | Computer Exec Sets | 2,300.00 |
| 07434 | 07434 | Workstation,Double | 8,678.00 |
| 07435 | 07435 | Workstation, Single | 4,931.00 |
| 07436 | 07436 | Workstation, Single | 4,931.00 |
| 07437 | 07437 | Workstation Double | 10,043.00 |
| 07438 | 07438 | Workstation Single | 5,640.00 |
| 07439 | 07439 | Workstation, Single | 4,931.00 |
| 07440 | 07440 | Workstation, Single | 4,931.00 |
| 07441 | 07441 | Workstation, Single | 5,370.00 |
| 07442 | 07442 | Table, Rectangular | 612.00 |

SECTION J
ATTACHMENT 14

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

As of 3/17/03

| BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 07443 | 07443 | Table, Rectangular | 612.00 |
| 07444 | 07444 | Workstation, Single | 4,931.00 |
| 07445 | 07445 | Workstation, Single | 4,931.00 |
| 07446 | 07446 | Workstation, Single | 4,931.00 |
| 07447 | 07447 | Workstation, Single | 5,370.00 |
| 07448 | 07448 | Workstation, Single | 4,931.00 |
| 07449 | 07449 | Workstation, single | 4,931.00 |
| 07450 | 07450 | Workstation, Double | 10,043.00 |
| 07452 | 07452 | Workstation, single | 4,451.00 |
| 07453 | 07453 | Workstation, single | 4,931.00 |
| 07454 | 07454 | Workstation, single | 4,931.00 |
| 07455 | 07455 | Workstation, single | 4,931.00 |
| 07456 | 07456 | Workstation Single | 4,931.00 |
| 07457 | 07457 | Workstation Single | 4,931.00 |
| 07458 | 07458 | Chair Airlift | 371.00 |
| 07465 | 348639469 | Printer Unisys | 454.00 |
| 07466 | 348536392 | Printer Unisys | 454.00 |
| 07471 | 348590753 | Printer Unisys AP1329 | 454.00 |
| 07477 | 017261 | Printer Unisys Mdl# 37 | 2,050.00 |
| 07499 | LA019901734 | Refrigerator, Household | 318.95 |
| 07553 | 07553 | Bookcase 84" x 30" | 1,300.00 |
| 07554 | 07554 | Bookcase 84" x 30" | 1,300.00 |
| 07555 | 07555 | Table, Rectangular | 612.00 |
| 07556 | 07556 | Table, Rectangular | 410.00 |
| 07557 | 07557 | Cleaner Vacuum | 291.44 |
| 07558 | 1083374 | Modem, Smart, Mdl 2400 | 337.00 |
| 07592 | 07592 | Dispenser Water 115V | 519.80 |
| 07593 | 32080024 | Monitor, Digital Sys | 200.00 |
| 07594 | 07594 | Board Letter W/Stand | 430.10 |
| 07749 | 33310913 | Oven 120V 60HZ | 349.00 |
| 07766 | B4100 | Balancing Kit PROP (C) | 8,180.00 |
| 07771 | 9008037933 | Oven Microwave Radere | 173.88 |
| 07889 | 170 | MNT ACS K MK-1192/ARM(C) | 5,737.00 |
| 07894 | RD801075 | Refrig 120V 50/60HZ | 326.51 |
| 07908 | 397 | TRAILER ACFT MAINT | 1,748.00 |
| 07924 | 3191001225 | Facsimile Machine Digital | 1,373.00 |
| 08125 | 08125 | Workstation Single | 3,198.65 |
| 08129 | 08129 | Workstation Single | 3,198.65 |
| 08130 | 08130 | Desk Double Pedstal 72" | 640.60 |
| 08131 | 08131 | Credenza 72" | 1,065.60 |
| 08132 | 08132 | Storage Unit, Vertical | 318.80 |
| 08135 | 08135 | Cabinet ADP 22x18x79 | 306.00 |
| 08136 | 08136 | Table Executive | 576.00 |
| 08139 | 08139 | Workstation Single | 2,338.70 |
| 08140 | 08140 | Table Laminate | 410.40 |
| 08141 | 08141 | Workstation Single | 3,175.90 |
| 08146 | 150-0228 | Fling Cab Security | 1,264.00 |
| 08225 | 08225 | Light Desk fluorescent | 349.00 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 08226 | 08226 | Scale beam & dial PTB | 354.25 |
| 08227 | 08227 | Table drawing w/stool | 228.36 |
| 08229 | 08229 | Truck, HAND | 206.91 |
| 08235 | 8708036943 | Oven 120V, 60 HZ | 566.17 |
| 08278 | 08278 | Table, Rectangular | 410.00 |
| 08279 | 08279 | Table, Rectangular | 410.00 |
| 08280 | 08280 | Table, Rectangular | 410.00 |
| 08282 | 18-05611 | Analyst, Television | 533.80 |
| 08283 | W10228 | Machine, Wire & Multip | 2,830.00 |
| 08284 | 4860-01D | Exposure Unit, 3M | 427.00 |
| 08285 | 0112 | Bicycle, Heavy-duty | 561.95 |
| 08303 | 08303 | Workstation Single | 3,135.85 |
| 08313 | 08313 | Workstation Single | 3,287.69 |
| 08314 | 08314 | Workstation Double | 5,994.24 |
| 08315 | 08315 | Workstation Single | 3,212.80 |
| 08316 | 08316 | Workstation Single | 3,212.80 |
| 08317 | 08317 | Storage Unit, Vertical | 318.80 |
| 08318 | 08318 | Workstation Double | 6,282.24 |
| 08320 | 08320 | Workstation Single | 3,212.80 |
| 08321 | 08321 | Workstation Single | 3,235.84 |
| 08322 | 08322 | Workstation Single | 3,235.84 |
| 08323 | 08323 | Workstation Double | 6,007.04 |
| 08324 | 08324 | Workstation Single | 3,098.24 |
| 08325 | 08325 | Workstation Quad | 10,801.92 |
| 08326 | 08326 | Workstation Single | 2,992.64 |
| 08328 | 08328 | Storage Unit, Vertical | 316.80 |
| 08329 | 08329 | Storage Unit, Vertical | 316.80 |
| 08330 | 08330 | Storage Unit, Vertical | 316.80 |
| 08331 | 08331 | Storage Unit, Vertical | 316.80 |
| 08335 | B196528 | Oscilloscope Logic AN | 16,800.00 |
| 08336 | B011138 | Camera Oscilloscope (comp of 08335) | |
| 08337 | B161705 | Amplifier Dual Channel (comp of 08335) | |
| 08338 | B024017 | Analyzer & Display (comp of 08335) | |
| 08339 | B160412 | Amplifier Dual Channel (comp of 08335) | |
| 08340 | B237095 | Dual Time Base 7B53A (comp of 08335) | |
| 08341 | 08341 | Adapter Camera (comp of 08335) | |
| 08342 | 08342 | Cart Oscilloscope (comp of 08335) | |
| 08343 | 08343 | Case Camera (comp of 08335) | |
| 08344 | 3965164 | Multimeter Mdl 27 | 230.00 |
| 08345 | 11-40669 | Generator Set Portable | 450.00 |
| 08347 | 151100050 | Monitor 15" B&W w/Aud | 927.00 |
| 08348 | 989 | Generator Time Code | 5,250.00 |
| 08349 | E6TC00130 | Recorder Reproducer | 1,516.20 |
| 08350 | B101273 | Dual Time Base 7B53A (comp of 08335) | |
| 08351 | 1699 | Generator Time Code | 3,382.00 |
| 08352 | 1689 | Generator Time Code | 3,382.00 |
| 08353 | 1700 | Generator Time Code | 3,382.00 |
| 08354 | 1719 | Generator Time Code | 3,382.00 |

SECTION J
ATTACHMENT 14

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 | | | |
|---|---|---|---|
| BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
| 08355 | 889 | Inserter Airborne VID | 4,026.75 |
| 08356 | 890 | Inserter Airborne VID | 4,026.75 |
| 08357 | 888 | Inserter Airborne VID | 4,026.75 |
| 08358 | 870 | Inserter Airborne VID | 2,616.25 |
| 08359 | 309105 | Monitor Video 28VDC | 226.25 |
| 08360 | 289414 | Monitor Video 28VDC | 226.25 |
| 08361 | 309107 | Monitor Video 28VDC | 226.25 |
| 08362 | 309104 | Monitor Video 28VDC | 226.25 |
| 08363 | M3 | Mount Assembly | 535.80 |
| 08364 | M10 | Mount Assembly | 535.80 |
| 08365 | M4 | Mount Assembly | 535.80 |
| 08366 | M8 | Mount Assembly | 535.80 |
| 08367 | A94848 | Power Supply DC | 591.00 |
| 08368 | B001310 | Camera Video closed C | 318.00 |
| 08369 | B001393 | Camera Video closed C | 318.00 |
| 08370 | B001323 | Camera Video closed C | 318.00 |
| 08371 | B001350 | Camera Video closed C | 318.00 |
| 08372 | 6910105 | Recorder Video Cassette | 12,610.00 |
| 08373 | 69244 | Recorder Video Airborne | 12,600.00 |
| 08374 | 692006 | Recorder Video Cassette | 12,610.00 |
| 08375 | 692005 | Recorder Video Cassette | 12,610.00 |
| 08376 | 6950 | Recorder Video Airborne | 12,600.00 |
| 08377 | 222 | CMRA Sys w/Periscope | 11,990.00 |
| 08378 | 242 | Control Unit (comp of 08377) | |
| 08379 | 20658 | Recorder VTR | 16,400.00 |
| 08380 | 20210 | Remote Control (comp of 08379) | |
| 08381 | 10296 | Control Box (comp of 08379) | |
| 08382 | 131 | Transducer Airspeed I | 1,400.00 |
| 08383 | 49 | Converter Power FREQU | 9,662.00 |
| 08384 | 4927-037 | Test Set T AN/APM-424(V) | 15,955.00 |
| 08397 | 262 | Display Remote | 300.00 |
| 08398 | 259 | Display Remote | 300.00 |
| 08399 | 1002 | Generator Time Code | 5,250.00 |
| 08400 | 08400 | Soldering Station TMP | 116.75 |
| 08401 | 08401 | Soldering Station TMP | 116.75 |
| 08405 | 08405 | Test Kit Bal Trkg | 6,852.00 |
| 08406 | 08406 | Test Kit Bal Trkg | 6,852.00 |
| 08432 | E0015 | TST Set Bench ADVFLT(C) | 1,283.15 |
| 08433 | 30347 | Tape Reader GP | 151.00 |
| 08436 | 60589 | Elec Transfer Keying | 235.45 |
| 08437 | 85850 | Elec Transfer Keying | 235.45 |
| 08463 | 387581101 | Printer Dot Matrix UN | 371.00 |
| 08475 | 387581218 | Printer Dot Matrix Unisys | 371.00 |
| 08499 | 387611379 | Printer Dot Matrix | 371.00 |
| 08504 | 387581192 | Printer Dot Matrix Unisys | 371.00 |
| 08527 | 39543574 | Computer, PC Unisys | 1,296.00 |
| 08528 | 00037394B | Monitor, 14" Color | 500.00 |
| 08529 | 0024418 | Keyboard Unisys | 200.00 |

**ATTC**
**GOVERNMENT FURNISHED PROPERTY LISTING**

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 08531 | 395943590 | Computer, PC Unisys | 1,296.00 |
| 08532 | 000410368 | Monitor, 14" Color | 500.00 |
| 08537 | 0000747 | Keyboard Unisys | 200.00 |
| 08538 | 387581184 | Printer Dot Matrix | 371.00 |
| 08545 | 0000058 | Keyboard, Unisys | 200.00 |
| 08556 | 395916794 | Computer PC Unisys | 1,796.00 |
| 08567 | 00037005B | Monitor, Color 14" w/ Tilt | 500.00 |
| 08574 | 0000059 | Keyboard Unisys | 100.00 |
| 08585 | 00035327B | Monitor, 14" Color | 500.00 |
| 08586 | 395916562 | Computer, PC Unisys | 1,996.00 |
| 08588 | 387612104 | Printer Dot Matrix UN | 371.00 |
| 08600 | 38712237 | Printer Dot Matrix | 371.00 |
| 08623 | 2198B | Test Set Radio Frequency | 1,601.00 |
| 08690 | 387489867 | Printer Dot Matrix | 371.00 |
| 08763 | AN0003237 | Soldering Station | 250.00 |
| 08764 | AN0003254 | Soldering Station | 250.00 |
| 08805 | 1075799 | Modem, External Baud | 215.00 |
| 08825 | 00107251 | Keyboard Zenith | 200.00 |
| 08826 | 34CP003304 | Computer, Desktop | 2,879.00 |
| 08864 | 06106A4710 | Computer Exec Set | 2,300.00 |
| 08866 | 106220-916 | Monitor 14" VGA | 291.81 |
| 08867 | 106220-836 | Monitor 14" VGA | 291.90 |
| 08874 | E331900634 | Graphic Tablet Summa Sketch II | 825.00 |
| 08930 | F06843 | Radio Set AN/PRC-90 | 517.31 |
| 08955 | 7771340087 | Disk Drive Bernoulli | 2,219.00 |
| 08969 | 814544A019 | Monitor Video Graphic | 898.00 |
| 08970 | 31HAL70554 | Computer Mdl 84PC | 3,189.00 |
| 08971 | 08971 | Keyboard, Enhanced | 200.00 |
| 09005 | B011374 | OSCILLOSCOPE OS-288/G | 3,621.99 |
| 09006 | B011377 | OSCILLOSCOPE OS-288/G | 3,621.99 |
| 09031 | 0E11344376 | Printer 9-PIN Epson | 483.00 |
| 09034 | 0E11344377 | Printer 9-PIN Epson | 483.00 |
| 09040 | 0E11344360 | Printer 9-PIN Epson | 483.00 |
| 09044 | 0E11344361 | Printer 9-PIN Epson | 483.00 |
| 09055 | 0E11344356 | Printer 9-PIN Epson | 483.00 |
| 09059 | 0E11344350 | Printer 9-PIN Epson | 483.00 |
| 09064 | 3127J20038 | Printer Laserjet IIID | 2,728.00 |
| 09088 | 110913076 | Saw Band Horizontal | 4,500.00 |
| 09104 | AC01352 | Drawing Board | 400.00 |
| 09106 | 1GMATJ21138 | Printer, Panasonic | 1,200.00 |
| 09107 | 1070110238 | Monitor, Diamond Scan Color | 300.00 |
| 09108 | W910917564 | Power Supply, Uninterruptible | 300.00 |
| 09120 | W910918405 | Power Supply 450 | 300.00 |
| 09124 | GMATJ22196 | Printer, 24-Pin Multi | 300.00 |
| 09143 | 19A | Test Set EL SY AN/ALM-17B | 9,477.00 |
| 09144 | 40A | T ST EL SY AN/ALM-17B | 9,477.00 |
| 09241 | USA#WL09WB | TRK LF CBD 4000 LB | 10,884.00 |
| 09242 | 09242 | Sprayer Paint Airless | 1,950.00 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

As of 3/17/03

| BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 09257 | USA58092 | VLTMTR EL AN/URM-145D | 372.00 |
| 09319 | F2190 | Radio Set AN/PRC-90 | 517.31 |
| 09320 | 14924 | Radio Set AN/PRC-90 | 517.31 |
| 09321 | 1796A | Radio Set AN/PRC-90 | 517.31 |
| 09322 | F3538 | Radio Set AN/PRC 90 | 517.31 |
| 09370 | 09370 | Dispenser, Water | 506.00 |
| 09373 | 0116865 | Telephone, Answering | 79.95 |
| 09393 | AT21000928 | Computer, Micro | 1,241.00 |
| 09394 | 4122090 | Monitor, 14" VGA Color | 300.00 |
| 09395 | M9206605886 | Keyboard IBM Comptbl | 200.00 |
| 09397 | 4116344 | Monitor, 14" VGA Color | 345.00 |
| 09402 | AT21001528 | Minicomputer 486 | 1,241.00 |
| 09404 | M920605942 | Keyboard IBM Comptbl | 200.00 |
| 09407 | M9206005816 | Keyboard, IBM | 200.00 |
| 09426 | AT21001128 | Computer, Micro | 345.00 |
| 09427 | 4122196 | Monitor 14" VGA Color | 345.00 |
| 09428 | M9206005883 | Keyboard IBM Comptbl | 200.00 |
| 09432 | AT21002228 | Computer Micro | 1,241.00 |
| 09433 | 4116803 | Monitor 14" VGA Color | 345.00 |
| 09434 | M920605817 | Keyboard IBM Comptlb | 200.00 |
| 09435 | AT21000328 | Computer, Micro | 1,241.00 |
| 09440 | M9206005841 | Keyboard, IBM | 200.00 |
| 09442 | 4117637 | Monitor, WIN | 345.00 |
| 09443 | M920604769 | Keyboard Zenith | 200.00 |
| 09456 | AT21001928 | Minicomputer 486 | 1,241.00 |
| 09457 | 4117616 | Monitor, 14" VGA Color | 345.00 |
| 09458 | M9206005904 | Keyboard, IBM Compatible | 200.00 |
| 09459 | AT21001328 | Minicomputer 486 | 1,241.00 |
| 09461 | M9206005908 | Keyboard, IBM Compatible | 200.00 |
| 09463 | 4117218 | Monitor, 14" VGA Color | 345.00 |
| 09467 | M920604513 | Keyboard, IBM Compatible | 200.00 |
| 09468 | 4116555 | Monitor, 14" VGA Color | 345.00 |
| 09469 | 4117477 | Monitor 14" VGA Color | 345.00 |
| 09477 | 0024520 | Keyboard, Unisys | 200.00 |
| 09502 | 20057680 | Monitor, MDL TE1458 | 300.00 |
| 09503 | 686588 | Minicomputer 486 | 1,842.00 |
| 09504 | 1529A132 | Keyboard, Compuadd | 150.00 |
| 09524 | 9215601EF | Radio Set | 4,010.00 |
| 09557 | 09557 | Sheet Feeder 7870 | 200.00 |
| 09570 | 14577 | Radio Set AN/PRC-90 | 517.31 |
| 09571 | 14141 | Radio Set AN/PRC-90 | 517.31 |
| 09572 | 11715 | Radio Set AN/PRC-90 | 517.31 |
| 09573 | 387612112 | Printer DOT Matrix UN | 371.00 |
| 09584 | 20228498 | Monitor 14" VGA | 281.00 |
| 09609 | 41177771 | Monitor 14" VGA Color | 345.00 |
| 09664 | 85-25344 | Manual, Crew | 144.00 |
| 09693 | AT30614928 | Computer Micro | 1,241.00 |
| 09702 | 812AE3284 | Computer PC, Zenith | 1,028.00 |

SECTION J
ATTACHMENT 14

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

As of 3/17/03

| BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 09708 | 6128 | Radio Set AN/PRC-90 | 517.31 |
| 09740 | B010416 | DISTORT ANA TS-4084/G | 2,596.00 |
| 09741 | USBC154498 | Printer, Laserjet | 1,336.00 |
| 09763 | 09763 | Gun, Long John Ext | 199.00 |
| 09778 | 32805-0461 | Modem, Minitower FAX | 179.00 |
| 09779 | 3051003636 | FAX, Smart Modem | 379.00 |
| 09780 | 3051003462 | FAX, Smart Modem | 379.00 |
| 09792 | 09792 | Power Supply | 269.00 |
| 09793 | 09793 | Power Supply | 369.00 |
| 09806 | 9306150000 | Switch, Auto-Data | 239.00 |
| 09811 | ZAA69196 | Drawing Board | 248.00 |
| 09812 | MHX908162 | Monitor, Color Mdl MX-17F | 899.00 |
| 09813 | 09813 | Computer, MDL 486DX266 W/Keyboard | 2,272.00 |
| 09857 | USBB499029 | Printer, Laserjet 4L | 669.00 |
| 09879 | USBC130205 | Printer, Laserjet 4L | 1,336.00 |
| 09914 | A0125100K034 | Modem, Fax Smart | 400.95 |
| 09923 | USTC044753 | Printer, Laserjet 4 Mdl C2001a | 1,446.80 |
| 09933 | 09933 | Computer Comtrade | 1,750.00 |
| 09934 | 182738142 | Keyboard Fujisu | 100.00 |
| 09965 | AC0-35005041 | Monitor, Color 15", Mdk CMS-1561LR | 300.00 |
| 09966 | 18276359 | Keyboard, 101 | 65.00 |
| 09967 | 09967 | Computer, Mdl 486DX2-86 | 1,995.00 |
| 09972 | 3593A | Oscilloscope DC-100MHZ; AN/USM-488 | 2,084.00 |
| 09976 | 3337A52639 | Scanner, Scanjet HP, Mdl C2500A | 949.00 |
| 09977 | 119414 | Sheet-feeder, Automatic | 499.00 |
| 09983 | USBB580417 | Printer, Laserjet HP | 645.00 |
| 10008 | USBB601512 | Printer,Laserjet 4, Mdl C2003A | 664.00 |
| 10009 | USBB191864 | Printer,Laserjet 4, Mdl C2001A | 1,389.00 |
| 10014 | USBB607124 | Printer, Laserjet 4L | 664.00 |
| 10018 | 10018 | Building Portable, ATTC 001 | 2,370.16 |
| 10068 | 188TUED504 | Radio,Two-Way, Mdl P43QLC20A2AA | 440.00 |
| 10069 | 188TUED624 | Radio,Two-Way, Mdl P43QLC20A2AA | 440.00 |
| 10070 | 188TUEE581 | Radio,Two-Way, Mdl P43QLC20A2AA | 440.00 |
| 10087 | USBB726653 | Printer Laserjet HP | 664.00 |
| 10103 | USBB682267 | Printer, Laserjet HP | 664.00 |
| 10106 | 10106 | Computer,486-33SX | 1,175.00 |
| 10107 | M940102859 | Keyboard | 100.00 |
| 10108 | A90-41300823 | Monitor,VGA 14" | 374.00 |
| 10109 | 13311 | Printer, Sharer Mdl SB-310 | 479.95 |
| 10123 | 188TUA0288 | Radio Two-Way | 500.00 |
| 10128 | 10128 | Tricycle | 633.22 |
| 10142 | 10142 | Square, Machinist (locally fabricated) | 100.00 |
| 10175 | BY7MM31201 | Graphics Tablet Micro | 217.00 |
| 10182 | 940408564 | Keyboard | 56.00 |
| 10185 | 10185 | Computer Pantium PAK | 1,959.00 |
| 10186 | TCE4400355 | Keyboard | 100.00 |
| 10190 | 1198 | Analyzer, Army Vibration | 12,339.00 |
| 10191 | 4123 | Adapter Set, AVA CH-47 | 3,093.00 |

**SECTION J**
**ATTACHMENT 14**

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 10192 | 10192 | Power Supply Uninteruptable | 478.00 |
| 10197 | 42104834 | Monitor 14" Color | 255.00 |
| 10199 | 42104824 | Monitor 14" Color | 255.00 |
| 10203 | 1333001677 | Monitor, 17" Mag Color | 898.00 |
| 10243 | 3342588H40 | Monitor Color Compan | 378.00 |
| 10327 | 0003892 | Keyboard Mdl M2 | 100.00 |
| 10329 | 36410329 | Monitor-Color 14" | 378.00 |
| 10350 | 46U170100 | Radio, Handheld | 450.00 |
| 10351 | 43U140073 | Radio, Handheld | 450.00 |
| 10393 | 1402 | Radio Set AN/PRC-90 | 517.32 |
| 10422 | 10422 | Modem,Data/Fax | 114.95 |
| 10424 | 1901 | Accurahear | 51,170.00 |
| 10433 | 47U180041 | Radio,Handheld, Mdl HX241V | 450.00 |
| 10434 | 47U180044 | Radio,Handheld, Mdl HX241V | 450.00 |
| 10435 | 47U180050 | Radio,Handheld, Mdl HX241V | 450.00 |
| 10464 | 4104131811 | Power Supply | 179.95 |
| 10520 | 1179AA | Program Loader Radio Set,KY913/PRC112 | 1,807.00 |
| 10521 | 1180AA | Program Loader Radio Set,KY913/PRC112 | 1,807.00 |
| 10525 | 177 | Power Supply PP-2953/U | 2,551.00 |
| 10538 | JS111 | Lathe, Mdl 1440-3P6H | 8,445.00 |
| 10563 | 38103733 | Monitor 14" Color | 378.00 |
| 10564 | 3470096 | Keyboard Mdl M2 | 100.00 |
| 10597 | 38581214 | Monitor 14" Color | 378.00 |
| 10608 | R4V-075 | Milling Machine Mdl AM STAR 1500 | 38,770.00 |
| 10626 | JPBF005455 | Printer, Laserjet 4V | 1,863.00 |
| 10643 | USCC410479 | Printer, Laserjet 4L | 633.00 |
| 10644 | USCC478294 | Printer, Laserjet 4L | 633.00 |
| 10656 | USCC477827 | Printer, Laserjet 4L | 633.00 |
| 10678 | 407332 | Television, Color 19" | 179.99 |
| 10692 | 4502290794 | Recorder, Video Mdl VR327 | 179.99 |
| 10713 | 50082 | Scale, Weighting Aircraft Top of Jack | 2,900.00 |
| 10714 | 50081 | Scale, Weighing Aircraft Top of Jack | 2,900.00 |
| 10717 | 05698 | Radio, AirBand VHF Mdl#IC-22 | 599.00 |
| 10744 | AV2944000184 | Monitor Color 15" | 356.00 |
| 10758 | JPDD105939 | Printer, Laserjet Color | 5,551.00 |
| 10766 | 095040122868 | Power Supply Mdl BK400B | 148.98 |
| 10767 | 0950401122933 | Power Supply Mdl BK400B | 148.98 |
| 10768 | 0950200068022 | Power Supply Mdl BK400B | 148.98 |
| 10802 | USBB014027 | Printer, Laserjet 6L | 633.00 |
| 10824 | 155092175 | Keyboard, Mdl FDA1021 | 100.00 |
| 10825 | 50684914 | Monitor, EVGA Mdl CM201 | 320.00 |
| 10828 | 48591283 | Monitor, EVGA Mdl CM201 | 320.00 |
| 10830 | CD3143167 | Keyboard, Mdl FDA1021 | 100.00 |
| 10848 | 039Z052 | Plotter Artisan PLUS 1023 | 1,200.00 |
| 10853 | TGKB50904393 | Keyboard, Mdl FDA1021 | 100.00 |
| 10854 | 48591287 | Monitor, EVGA Mdl CM201 | 320.00 |
| 10862 | CD3143176 | Keyboard, Mdl FDA1021 | 100.00 |
| 10863 | 48591252 | Monitor, EVGA Mdl CM201 | 320.00 |

SECTION J
ATTACHMENT 14

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 | | | |
|---|---|---|---|
| BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
| 10865 | CD3143203 | Keyboard, Mdl FDA1021 | 100.00 |
| 10866 | 50684535 | Monitor, EVGA Mdl CM201 | 320.00 |
| 10908 | 10908 | Test Set Stablizlor Line/SAS | 26,477.00 |
| 10909 | 324681 | Elec comp Assembly | 116.96 |
| 10915 | 10915 | Gun, Soldering Cordless Mdl Z-50 | 116.96 |
| 10916 | 10916 | Gun, Soldering Cordless Mdl Z-50 | 935.00 |
| 10961 | USCC717471 | Printer, Laserjet 4L | 487.00 |
| 10963 | USCC717474 | Printer, Laserjet 4L | 487.00 |
| 10964 | USCC731712 | Printer, Laserjet 4L | 487.00 |
| 10965 | USCC717434 | Printer, Laserjet 4L | 487.00 |
| 10966 | USCC718998 | Printer, Laserjet 4L | 487.00 |
| 10967 | JPDF032653 | Printer, Laserjet | 1,834.60 |
| 10968 | JPDF032654 | Printer, Laserjet | 1,834.60 |
| 11090 | 5509 | Fiberscope, Mdl ALS-150U | 8,135.00 |
| 11108 | 551CA10AD310 | Monitor, Compaq, Qvision | 971.00 |
| 11113 | 6625HSN3D560 | Computer, Mdl XL5133 | 4,325.00 |
| 11114 | 55ACA10AD303 | Monitor, Compeq, Qvision | 971.00 |
| 11133 | 11133 | Scale, Aircraft Weighing | 25,000.00 |
| 11134 | A34265 | Weight Cells (comp of 11133) | |
| 11135 | A34289 | Weight Cells (comp of 11133) | |
| 11136 | A34288 | Weight Cells (comp of 11133) | |
| 11137 | A34273 | Weight Cells (comp of 11133) | |
| 11138 | 799215 | Central Processing Unit AC100 (comp of 11133) | |
| 11139 | A34285 | Weight Cells (comp of 11133) | |
| 11140 | A34295 | Weight Cells (comp of 11133) | |
| 11141 | A34264 | Weight Cells (comp of 11133) | |
| 11142 | A34284 | Weight Cells (comp of 11133) | |
| 11143 | 799216 | Central Processing Unit AC100 (comp of 11133) | |
| 11144 | 502023 | Platform Scales (comp of 11133) | |
| 11145 | 502028 | Platform Scales (comp of 11133) | |
| 11146 | 502027 | Platform Scales (comp of 11133) | |
| 11150 | MI43GA008123 | Monitor, 17", MAG | 649.00 |
| 11178 | JPCD172762 | Printer, Laserjet 5L | 443.00 |
| 11181 | 11181 | Jack Hyd Tripod 12 T | 1,555.09 |
| 11182 | 11182 | Jack Hyd Tripod 12 T | 1,555.09 |
| 11183 | 11183 | Jack Hyd Tripod 12 T | 1,555.09 |
| 11184 | 11184 | Jack Hyd Tripod 12 T | 1,555.09 |
| 11194 | 7118446BYK0411A | Computer, Notebook, DELL | 3,466.00 |
| 11195 | 7118446BYK0425A | Computer, Notebook, DELL | 3,466.00 |
| 11196 | 7118446BYK0407A | Computer, Notebook, DELL | 3,466.00 |
| 11197 | 7118446BYK0409A | Computer, Notebook, DELL | 3,466.00 |
| 11198 | 7118446BYK0233A | Computer, Notebook, DELL | 3,466.00 |
| 11199 | 7118446BYK0376A | Computer, Notebook, DELL | 3,466.00 |
| 11200 | 7118446BYK0227A | Computer, Notebook | 3,466.00 |
| 11201 | 7118446BYK0426A | Computer, Notebook, DELL | 3,466.00 |
| 11202 | 7118446BYK0335A | Computer, Notebook, DELL | 3,466.00 |
| 11203 | 7118446BYK0408A | Computer, Notebook, DELL | 3,466.00 |
| 11204 | 7118446BYK0385A | Computer, Notebook, DELL | 3,466.00 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 11205 | 7118446BYK0410A | Computer,Notebook, DELL | 3,466.00 |
| 11207 | 7118446BYK0445A | Computer,Notebook, DELL | 3,466.00 |
| 11208 | 7118446BYK0447A | Computer,Notebook, DELL | 3,466.00 |
| 11217 | FB7160901 | Monitor, 17" | 1,030.00 |
| 11223 | FB7160645 | Monitor, 17" | 1,030.00 |
| 11225 | FB7160652 | Monitor, 17" | 1,030.00 |
| 11236 | H23W2B | Computer, Pentium, Desktop | 3,000.00 |
| 11239 | H23W2D | Computer, Pentium, Desktop | 3,000.00 |
| 11255 | U03736349 | VCR,Symphonic | 299.00 |
| 11256 | V7150714828354 | Television 31" Sanyo | 469.00 |
| 11259 | 86746J22L087 | Monitor, 17", Dell | 399.00 |
| 11265 | BL1NX | Computer, P233M, Dell | 2,000.00 |
| 11268 | MI54H8099915 | Monitor,17" MAG | 490.00 |
| 11269 | M154H8099919 | Monitor,17" MAG | 480.00 |
| 11270 | MI54H8099918 | Monitor, 17" MAG | 490.00 |
| 11286 | 8067412 | Monitor, Color | 279.00 |
| 11287 | JPHJ037077 | Printer, Laserjet 6L | 389.99 |
| 11289 | JPHJ037095 | Printer, Laserjet 6L | 389.99 |
| 11298 | CBF41 | Computer,P233M,Dell | 2,000.00 |
| 11301 | H2BCEV | CPU, P233M,Intergraph | 2,100.00 |
| 11302 | H2BCEJ | CPU, P233M,Intergraph | 2,100.00 |
| 11304 | FB7211282 | Monitor, 17", Intergraph | 1,030.00 |
| 11305 | FB7211285 | Monitor, 17", Intergraph | 1,030.00 |
| 11306 | FB7211284 | Monitor, 17", Intergraph | 1,030.00 |
| 11325 | H2BCEZ | Computer,P233M | 2,000.00 |
| 11335 | H2BCEX | Computer,P233M | 2,000.00 |
| 11336 | FB7212342 | Monitor, 17", Intergraph | 374.00 |
| 11359 | H2BCF4 | Computer,P233M | 2,000.00 |
| 11365 | H2BCDD | Computer,P233M | 2,000.00 |
| 11366 | FB7211733 | Monitor, 17", Intergraph | 374.00 |
| 11368 | JPHL121374 | Printer, Laserjet 6L | 367.00 |
| 11369 | JPHL121373 | Printer, Laserjet 6L | 367.00 |
| 11372 | FB7211731 | Monitor, 17", Intergraph | 374.00 |
| 11373 | H2BCDH | Computer,P233M, DELL | 2,000.00 |
| 11378 | DBYR6 | Computer,P233M, DELL | 1,500.00 |
| 11387 | FB8140292 | Monitor, 17", Intergraph | 499.00 |
| 11390 | H292ZY | Computer, Desktop | 2,470.00 |
| 11392 | H293AG | Computer, Pentium, Desktop | 2,470.00 |
| 11394 | H2F900 | Computer, Desktop | 2,470.00 |
| 11401 | 00096660450 | Computer, PII-266M | 2,480.00 |
| 11402 | 17004A368170 | Monitor, 17", Gateway | 500.00 |
| 11409 | H2FAEC | Computer,Pentium | 1,486.00 |
| 11413 | H2FB53 | Computer,Pentium | 1,486.00 |
| 11415 | H2FB4X | Computer, Desktop | 1,486.00 |
| 11416 | FB8140153 | Monitor, 17", Intergraph | 499.00 |
| 11418 | FB8140155 | Monitor, 17", Intergraph | 499.00 |
| 11419 | H2FB6G | Computer, Desktop | 1,486.00 |
| 11421 | H2F8KX | Computer, Desktop | 1,486.00 |

SECTION J
ATTACHMENT 14

**ATTC**
**GOVERNMENT FURNISHED PROPERTY LISTING**

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 11422 | FB7641553 | Monitor, 17", Intergraph | 499.00 |
| 11425 | 92DJ601907 | Computer, Desktop | 1,564.00 |
| 11438 | 92GJ700068 | Computer, Desktop | 1,546.00 |
| 11457 | B92GJ700707 | Computer, Desktop | 1,540.00 |
| 11463 | B92GJ701072 | Computer, Minitower | 1,540.00 |
| 11474 | B92GJ700558 | Computer, Desktop | 1,540.00 |
| 11483 | B92GJ701749 | Computer, Desktop | 1,540.00 |
| 11484 | B92GJ700523 | Computer, Desktop | 1,540.00 |
| 11494 | FG8250668 | Monitor,17" | 303.00 |
| 11495 | FG8250668 | Monitor, 17" | 303.00 |
| 11509 | FB8210234 | Monitor, 17" | 303.00 |
| 11512 | FB8210231 | Monitor,17" | 303.00 |
| 11530 | FG8250951 | Monitor, 17" | 303.00 |
| 11532 | FG8250953 | Monitor, 17" | 303.00 |
| 11533 | FG8250947 | Monitor,17" | 303.00 |
| 11535 | FG8250946 | Monitor,17" | 303.00 |
| 11537 | J305B88 | Printer, Laserjet Color | 2,299.00 |
| 11556 | B92GJ701543 | Computer, Desktop | 1,540.00 |
| 11557 | B92GJ701394 | Computer, Desktop | 1,540.00 |
| 11560 | FK8153107 | Monitor,17" | 296.00 |
| 11563 | FK8153485 | Monitor,17" | 269.00 |
| 11587 | MY91GA20T4 | Multifunction Machine HP710 | 469.00 |
| 11623 | H3NK600279R | Monitor, 19", Intergraph | 410.00 |
| 11655 | GC01410993 | Monitor, 17" DAEWOO | 386.00 |
| 11659 | R0074 | TST ST PILOT AST NULL | 14,201.00 |
| 11664 | 10E01041110769 | Printer, Color, Lexmark | 2,114.00 |
| 11698 | 3400D0010000 | Printer, Bar Code | 1,800.00 |
| 12018 | S9543 | Keyboard, Enhanced | 100.00 |
| 12075 | US5881308V | Printer Deskjet 855C | 479.99 |
| 12076 | US5B8110BD | Printer Deskjet 855C | 499.99 |
| 12088 | 60207125 | Oven Microwave | 119.00 |
| 12189 | EKA60902815 | Camera,Zoom,Mdl DC 50 | 1,200.00 |
| 12192 | 58103750 | Monitor 14" Color | 378.00 |
| 12205 | A0075 | Test Set- TS-3896/UV | 8,415.00 |
| 12206 | 980922650 | Dispenser Wtr 115v | 375.00 |
| 12211 | A1768 | CNTR ELC R AN/USM-459 | 6,418.00 |
| 12242 | 08859912 | Peavy Mixer w/Cabs,Stands,Microphone | 1,530.00 |
| 12254 | F63446116 | Multifunction Center | 799.00 |
| 12280 | 1611096002220000 | Telephone, Cordless | 179.99 |
| 12327 | H13839 | Display Unit PN 125200-001 | 3,317.00 |
| 12328 | H13988 | Display Unit PN 125200-001 | 3,317.00 |
| 12329 | H13848 | Display Unit PN 125200-001 | 3,317.00 |
| 12330 | H13982 | Display Unit PN 125200-001 | 3,317.00 |
| 12333 | 3GNEK18R5VG132237 | Vehicle,Non-Tactical,Chev TAHOE | 31,232.96 |
| 12382 | 12382 | Board,Magnelic 4' x 6' | 592.75 |
| 12392 | 6569 | Crane Floor Ptbl 2 Ton | 668.00 |
| 12405 | B057CD | Telephone, Cordless | 379.99 |
| 12410 | USBD006814 | Printer, Laserjet 6P | 721.00 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 12416 | 20063 | Cart,Utility | 8,225.04 |
| 12417 | 20064 | Cart,Utility | 8,225.04 |
| 12420 | 0283A | Ohmmeter: AN/PSM-43 | 312.00 |
| 12452 | 3209888 | Camera,Still 35MM | 486.00 |
| 12453 | 720423 | Lens,Camera 28-200MM | 338.00 |
| 12454 | 3422498 | Flash, Camera:Nikon | 210.00 |
| 12463 | 10567-730018 | Test Set Line Advanced | 68,064.00 |
| 12464 | 181 | Tester,Fuel Quantity Digit | 4,416.00 |
| 12465 | 062 | Tester,Fuel Quantity Digit | 4,686.00 |
| 12481 | FA725N013780 | Scanner, Color Strobe | 289.00 |
| 12483 | FA725N013866 | Scanner, Color Strobe | 299.00 |
| 12488 | 12488/TR1221 | OH58,Blade Repair Kit | 10,135.20 |
| 12489 | 730140/TR1123 | Test Set Line Advanced | 68,064.00 |
| 12491 | 12491 | Cycle, Mohawk 3 Wheeler | 594.85 |
| 12499 | 4938-002 | T ST T AN/APM-424(V)2 | 18,965.00 |
| 12520 | 7357346BYK4355A | Computer, Notebook | 4,100.00 |
| 12527 | 1B9BS1720VW473103 | Trailer,Antenna Mast | 70,000.00 |
| 12546 | 9Y4NJ7247 | Computer, Notebook | 2,699.00 |
| 12548 | 9Y46V7246 | Computer,Notebook P-133 | 2,699.00 |
| 12561 | 7HAFA127774 | Fax,Plain Paper | 318.00 |
| 12574 | C5G2L | Computer, P233M, DELL | 2,000.00 |
| 12585 | A726BNX2D385 | Computer, PII-Z3317 | 1,699.00 |
| 12605 | 4 | Test Set, Hardover | 4,000.00 |
| 12606 | 1B45 | Heat Gun, Electric | 3,830.70 |
| 12607 | GSE419 | Millohmmeter, Digital | 500.00 |
| 12608 | 134E | Test Set,Fuel | 46.85 |
| 12609 | 1005 | Test Set,Electronic-Pitot Stat | 8,600.00 |
| 12619 | H2BCEP | Computer, P233M, DELL | 2,000.00 |
| 12629 | SG7BIF32FZ | Fax/Copier Officejet HP300 | 399.99 |
| 12690 | BG003204 | CD External Drive | 958.96 |
| 12702 | 9712327596 | Heat Pump, Window | 740.00 |
| 12705 | 8DBDB019641 | Telephone,Crdls w/Ans | 330.98 |
| 12706 | C177GD | Answer Machine,Digital | 39.99 |
| 12765 | FB7414921 | Monitor,17" | 303.00 |
| 12790 | 1FCNF53S910A10361 | Vehicle, Mobile Telemetry | 125,000.00 |
| 12836 | 12836 | Punch, Knockout, D-shaped .750"x .705" | 167.79 |
| 12837 | 12837 | Punch, Knockout, D-shaped .500" x .469" | 156.60 |
| 12838 | 12838 | Punch, Knockout, D-shaped .625" x .594" | 175.81 |
| 12839 | 12839 | Protractor, Digital | 400.00 |
| 12845 | 12845 | Apache Main Rotor Tool Kit | 12,291.00 |
| 12864 | LCAUS04519YT304812 | Trailer, Telemetry | 2,000.00 |
| 12871 | 12871 | AMATTS(Apache mag & Aux Tank Transfer Sys) | 17,376.00 |
| 12875 | 12875 | Adapter, Component Han | 5,561.62 |
| 12877 | 12877 | Cart, ECS Servicing | 17,613.99 |
| 12882 | 12882 | ERFS II "B" Kit | 595,181.00 |
| 14019 | DKJ5T | Computer, Minitower | 1,880.00 |
| 14027 | A807BQM2H962 | Computer,Pentium | 2,424.00 |
| 14059 | A813BQM2F895 | Computer,Presario, Compaq | 2,424.00 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/93 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 14074 | USHB626796 | Printer, Laser 6L | 399.00 |
| 14075 | A813BQM2E989 | Computer, Tower | 2,424.00 |
| 14081 | 809CA02HD671 | Monitor, 17" | 725.00 |
| 14082 | 809CA02HD670 | Monitor, 17" | 725.00 |
| 14103 | 002 | Test Set,Radio ACR/TS-24B | 13,000.00 |
| 14136 | 8DADB003399 | Telephone, Cordless w/ans | 330.98 |
| 14138 | 1154672 | Projector,Overhead | 299.95 |
| 14140 | 4XSPB1617XG009335 | Trailer,7'x16', single axle | 3,424.00 |
| 14144 | A813BQM2H543 | Computer, PII-333M, Desktop | 1,899.00 |
| 14147 | A813BQM2H820 | Computer, PII-333M, Desktop | 1,899.00 |
| 14162 | 14162 | Computer, Tower | 635.00 |
| 14198 | FB8210651 | Monitor,17" | 372.00 |
| 14204 | G39BD | Computer, P-2, DELL | 2,040.00 |
| 14252 | B92GJ700559 | Computer, Desktop | 1,540.00 |
| 14253 | FB7641451 | Monitor,17" | 303.00 |
| 14298 | 8ICDA030902 | Telephone,Cordless W/Answerer | 369.99 |
| 14331 | 8503446BY15090A | Computer,Notebook,Pent II;Dell | 2,261.00 |
| 14332 | 8503446BY15167A | Computer,Notebook,Pent II;Dell | 2,261.00 |
| 14333 | 8503446BY15166A | Computer,Notebook,Pent II;Dell | 2,261.00 |
| 14334 | 8503446BY15164A | Computer,Notebook,Pent II;Dell | 2,261.00 |
| 14335 | 8503446BY15101A | Computer,Notebook,Pent II,Dell | 2,261.00 |
| 14364 | 0107 | Oxygen SYS PRBL-6 Person | 10,594.73 |
| 14365 | 0103 | Oxygen SYS PRBL-6 Person | 10,594.73 |
| 14428 | 9603 | Tractor,Warehouse MDL HTAB Diesel(TUG) | 22,081.74 |
| 14429 | 9606 | Tractor,Warehouse MDL HTAB Diesel(TUG) | 22,081.74 |
| 14430 | 9604 | Tractor,Warehouse MDL HTAB Diesel(TUG) | 22,081.74 |
| 14431 | 9607 | Tractor,Warehouse MDL HTAB Diesel(TUG) | 22,081.74 |
| 14432 | 9608 | Tractor,Warehouse MDL HTAB Diesel(TUG) | 22,081.74 |
| 14492 | USLE006630 | Printer, HP LJ 1100SE | 399.95 |
| 14495 | 052526 | Data Transfer AN/CYZ-10 V3 | 534.86 |
| 14496 | 052439 | Data Transfer AN/CYZ-10 V3 | 534.86 |
| 14497 | 2694 | KY 100 RCU | 4,861.00 |
| 14498 | 2224 | KY 100 RCU | 4,861.00 |
| 14499 | 2669 | KY 100 RCU | 4,861.00 |
| 14500 | 1581 | KY100 AIRTERM | 12,861.00 |
| 14501 | 1578 | KY100 AIRTERM | 12,861.00 |
| 14502 | 1585 | KY100 AIRTERM | 12,861.00 |
| 14508 | 1637A05089 | Generator,Signal HP MDL 8640B | 6,592.00 |
| 14641 | KA104515 | Computer, Desktop 150M | 1,118.00 |
| 14642 | KA104684 | Computer, Desktop 150M | 1,118.00 |
| 14643 | KA104556 | Computer, Desktop 150M | 1,118.00 |
| 14644 | KA105061 | Computer, Desktop 150M | 1,118.00 |
| 14645 | KA104530 | Computer, Desktop 150M | 1,118.00 |
| 14648 | GC96881283 | Monitor, 17" DAEWOO | 749.00 |
| 14649 | GC96881654 | Monitor, 17" DAEWOO | 749.00 |
| 14650 | GC96881665 | Monitor, 17" DAEWOO | 749.00 |
| 14651 | GC96881666 | Monitor, 17" DAEWOO | 749.00 |
| 14652 | GC96881675 | Monitor, 17" DAEWOO | 749.00 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

As of 3/17/03

| BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 14679 | 010368826 | Sewing Machine, Kenmore | 119.00 |
| 14692 | 14692 | Computer, Notebook, DELL | 2,357.00 |
| 14752 | 1080 | Test Set, Radio T-30M | 9,900.00 |
| 14754 | JN92305183 | Dehumidifier | 199.00 |
| 14755 | JN92305201 | Dehumidifier | 199.00 |
| 14762 | 007C005721D1 | Scanner, Flatbed | 99.95 |
| 14769 | J09023718 | CD ROM 28 Disc, Todd Enterprises Mdl Titan | 2,318.16 |
| 14770 | 14770 | Torque Wrench, 3/4" SQ MA | 445.31 |
| 14791 | U19290G0U112665 | Surging Machine, Brother Mdl 929d | 259.98 |
| 14792 | CN06921418 | Scanner, Flatbed CLR | 299.95 |
| 14797 | H1065 | Radio Set AN/PRC-112 | 5,020.00 |
| 14798 | H0323 | Radio Set AN/PRC-112 | 5,020.00 |
| 14799 | H1076 | Radio Set AN/PRC-112 | 5,020.00 |
| 14800 | H0242 | Radio Set AN/PRC-112 | 5,020.00 |
| 14801 | H0442 | Radio Set AN/PRC-112 | 5,020.00 |
| 14802 | H0160 | Radio Set AN/PRC-112 | 5,020.00 |
| 14803 | H0208 | Radio Set AN/PRC-112 | 5,020.00 |
| 14804 | 5619A | Radio Set AN/PRC-112 | 5,020.00 |
| 14805 | H0319 | Radio Set AN/PRC-112 | 5,020.00 |
| 14806 | H0218 | Radio Set AN/PRC-112 | 5,020.00 |
| 14807 | H0285 | Radio Set AN/PRC-112 | 5,020.00 |
| 14808 | H1058 | Radio Set AN/PRC-112 | 5,020.00 |
| 14809 | H0308 | Radio Set AN/PRC-112 | 5,020.00 |
| 14810 | H1099 | Radio Set AN/PRC-112 | 5,020.00 |
| 14811 | H0274 | Radio Set AN/PRC-112 | 5,020.00 |
| 14859 | OFBQD051546 | Telephone, Cordless | 199.95 |
| 14860 | OFBQD051465 | Telephone, Cordless | 199.95 |
| 14862 | OFBQD051561 | Telephone, Cordless | 199.95 |
| 14872 | OFBQD051383 | Telephone, Cordless | 199.95 |
| 14874 | OFBQD051388 | Telephone, Cordless | 199.95 |
| 14875 | OFBQD051450 | Telephone, Cordless | 199.95 |
| 14934 | 14934 | Replicator, Port | 159.00 |
| 14952 | L07041607 | Facsimile, Brother 1270 | 139.99 |
| 15007 | OIBDE094677 | Telephone, Cordless | 199.95 |
| 15130 | OIBDE095653 | Telephone, Cordless | 179.95 |
| 15138 | LB272048 | Welding Machine, ARC (3431002354728) | 3,697.20 |
| 15140 | 1153938 | Camera, Zoom | 415.00 |
| 15147 | 15147 | HADS Test Set (Hammond MDL 8801) | 895.00 |
| 15160 | 61041670 | GPS Portable | 775.00 |
| 15332 | 15332 | Bracket, Mounting (Leveling Kit Plumb Bob) | 1,993.50 |
| 15333 | 15333 | Target, Leveling, Aircraft | 891.45 |
| 15344 | 1KACA112100 | Telephone, Cordless | 179.95 |
| 15439 | 315982YSP | Recorder, Voice, Digital | 159.99 |
| 15440 | 315984YSP | Recorder, Voice, Digital | 159.99 |
| 15552 | 18G1M11 | Computer, Desktop | 1,200.00 |
| 15553 | 4760326KBSV1 | Monitor, 17" Dell | 223.00 |
| 15554 | 47803-28K-BQUK | Monitor, 17" DELL | 200.00 |
| 15555 | 55R4M11 | Computer, Desktop | 1,453.90 |

SECTION J
ATTACHMENT 14

PHN/SINN: DAAH23-03-C-0345
MOD/AMD

Page 23 of 36

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

As of J/17/03

| BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| 15556 | US17HS2965 | Scanner, Desktop | 599.00 |
| 15557 | CZYK105594 | Printer, Photo Inkjet | 499.00 |
| 15639 | 4W79Q11 | Computer, Notebook, DELL | 1,488.00 |
| 15640 | 2T79Q11 | Computer, Notebook, DELL | 1,488.00 |
| 15641 | 7V9Q11 | Computer, Notebook, DELL | 1,488.00 |
| 15642 | HV9Q11 | Computer, Notebook, DELL | 1,488.00 |
| 15643 | CS9Q11 | Computer, Notebook, DELL | 1,488.00 |
| 15644 | CT79Q11 | Computer, Notebook, DELL | 1,488.00 |
| 15645 | 7T79Q11 | Computer, Notebook, DELL | 1,488.00 |
| 15646 | DW79Q11 | Computer, Notebook, DELL | 1,488.00 |
| 15647 | 7W79Q11 | Computer, Notebook, DELL | 1,488.00 |
| 15648 | 9S9Q11 | Computer, Notebook, DELL | 1,488.00 |
| 15649 | 1V79Q11 | Computer, Notebook, DELL | 1,488.00 |
| 15650 | GS79Q11 | Computer, Notebook, DELL | 1,488.00 |
| 15651 | 8V79Q11 | Computer, Notebook, DELL | 1,488.00 |
| A0003 | L7142 | Adaptor Assy | 11,600.00 |
| A0016 | A0016 | Tool Cabinet Rollaway | 500.00 |
| A0239 | A0239 | Cab Stor 55Hx36Wx50D | 653.66 |
| A0372 | A0372 | Cab Stor 55Hx36Wx50D | 653.66 |
| A0374 | A0374 | Cab Stor 55Hx36Wx50D | 653.66 |
| A0383 | A0383 | Cab Stor 55Hx38Wx50D | 653.66 |
| A0909 | A0909 | Fan Circ 2 Piece Constr | 50.00 |
| A0910 | A0910 | Fan Circ 2 Piece Constr | 50.00 |
| A0912 | A0912 | Fan Circ 2 Piece Constr | 50.00 |
| A0913 | A0913 | Fan Circ 2 Piece Constr | 50.00 |
| A0914 | A0914 | Fan Circ 2 Piece Constr | 50.00 |
| A0915 | A0915 | Fan Circ 2 Piece Constr | 50.00 |
| A0917 | A0917 | Fan Circ 2 Piece Constr | 50.00 |
| A1033 | A1033 | Filing Cab Cap Size (SAFE) | 337.00 |
| A1081 | 15GH-728 | Generator Set, Elect | 4,700.00 |
| A1216 | A1216 | Ladder,Fiberglass 4F | 116.00 |
| A1665 | A1665 | Cleaner Vac 120V 60HZ | 211.00 |
| A1780 | A29 | MAINT PLT HYD ADJ 10F | 1,809.73 |
| A1784 | 124394 | Engravograph | 530.00 |
| A1805 | 7264 | Oxygen Servicing Unit | 1,256.00 |
| A2044 | 121 | Power Sup PP-4606(I/G | 1,988.00 |
| A2047 | 117 | Power Sup PP-4606(I/G | 1,988.00 |
| A2162 | 7119 | Radio Set AN/PRC-90 | 517.31 |
| A2523 | A2523 | Scale,Beam, Portable | 500.00 |
| A2853 | 2005-23 | Test Stand, Hydraulic | 34,320.00 |
| A2862 | 153 | TST STAND 79009-100 | 28,869.00 |
| A3000 | UC01H4 | Tractor, Whld Whse | 5,717.00 |
| A3001 | WL00WY | Tractor, Whld Whse | 6,510.00 |
| A3110 | CM2757 | Truck, Van, Instrumentation | 16,000.00 |
| A5492 | 234704 | Oven Laboratory Heat 124A | 309.00 |
| A7929 | 114797 | Oven, Microwave | 397.00 |
| A8022 | 3350895 | Multimeter | 371.00 |
| A8029 | A8029 | Squib Test Set | 250.00 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| A8316 | 942-241 | Generator Set, Diesel | 30,000.00 |
| A8317 | 942-242 | Generator Set, Diesel | 30,000.00 |
| A8319 | A8319 | Parachute, Natl 490 | 1,155.00 |
| A8320 | A8320 | Parachute, Natl 490 | 1,155.00 |
| A8392 | A8392 | Work Bench | 300.00 |
| A9408 | 1105360 | Terminal w/Keyboard | 492.00 |
| A9515 | S613617 | Air Conditioning Unit | 4,589.00 |
| A9729 | 9007-19600 | Engine Washer | 2,242.00 |
| A9773 | KA769949 | Welder, TIG | 4,476.00 |
| A9792 | 3003JG0K2C | Printer, Laserjet IIP | 1,828.00 |
| A9796 | UC06YM | Tractor, Wheeled | 15,471.00 |
| A9866 | UDO295 | Crane Whl Mtd | 55,046.00 |
| B0210 | B0210 | Multimeter | 158.00 |
| B0397 | E005045 | Generator Set 28v DC,Trlr Mntd;JET-EX4 | 10,000.00 |
| B0501 | WC3756TMW | Trailer,Utility,Covered | 1,900.00 |
| B0609 | EA2928609 | Refrigerator | 425.95 |
| B0657 | B0657 | Fan Circ 2 Piece Constr | 136.95 |
| B0709 | K0080 | Helmet Unit Integrated(IHAADS) | 7,708.00 |
| B0711 | F1069 | Helmet Unit Integrated(IHAADS) | 7,708.00 |
| B0716 | 02A9043796 | Microwave Oven | 199.00 |
| B0743 | B0743 | Parachute,BETA | 11,664.00 |
| B0744 | B0744 | Parachute,BETA | 11,664.00 |
| B0745 | B0745 | Parachute,BETA | 11,664.00 |
| B0746 | B0746 | Parachute,BETA | 11,664.00 |
| B0747 | B0747 | Parachute,BETA | 11,664.00 |
| B0748 | B0748 | Parachute,BETA | 11,664.00 |
| B0749 | B0749 | Parachute,BETA | 11,664.00 |
| B0750 | B0750 | Parachute,BETA | 11,664.00 |
| B0751 | B0751 | Parachute,BETA | 11,664.00 |
| B0752 | B0752 | Parachute,BETA | 11,664.00 |
| B0762 | B0762 | Parachute,Natl 490 | 1,155.00 |
| B0763 | B0763 | Parachute,Natl 490 | 1,155.00 |
| B0819 | B0819 | Parachute,BETA | 11,664.00 |
| B0820 | B0820 | Parachute,BETA | 11,664.00 |
| B0821 | B0821 | Parachute,BETA | 11,664.00 |
| B0822 | B0822 | Parachute,BETA | 11,664.00 |
| B0860 | 315JA4359 | Printer, Laserjet III | 1,599.00 |
| Bulk000001 | Bulk000001 | Case, Black W/Foam | 60.68 |
| Bulk000001 | Bulk000001 | Case, Black W/Foam | 60.68 |
| Bulk000001 | Bulk000001 | Case, Black W/Foam | 60.68 |
| Bulk000001 | Bulk000001 | Case, Black W/Foam | 60.68 |
| Bulk000001 | Bulk000001 | Case, Black W/Foam | 60.68 |
| Bulk000001 | Bulk000001 | Case, Black W/Foam | 60.68 |
| Bulk960001 | Bulk960001 | Sling Hcptr Ext 10000 | 442.00 |
| Bulk960001 | Bulk960001 | Sling Hcptr Ext 10000 | 442.00 |
| Bulk960001 | Bulk960001 | Sling Hcptr Ext 10000 | 442.00 |
| Bulk960001 | Bulk960001 | Sling Hcptr Ext 10000 | 422.00 |
| Bulk960004 | Bulk960004 | Jack Hyd Hand 10T | 720.11 |

**SECTION J**
**ATTACHMENT 14**

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| Bulk960004 | Bulk960004 | Jack Hyd Hand 10T | 720.11 |
| Bulk960004 | Bulk960004 | Jack Hyd Hand 10T | 720.11 |
| Bulk960004 | Bulk960004 | Jack Hyd Hand 10T | 720.11 |
| Bulk970009 | Bulk970009 | Chair,w\arms,Legacy Low Bk | 350.00 |
| Bulk970009 | Bulk970009 | Chair,w\arms,Legacy Low Bk | 350.00 |
| Bulk970009 | Bulk970009 | Chair,w\arms,Legacy Low Bk | 350.00 |
| Bulk970009 | Bulk970009 | Chair,w\arms,Legacy Low Bk | 350.00 |
| Bulk970010 | Bulk970010 | Bicycle,Industrial Style G | 600.00 |
| Bulk970010 | Bulk970010 | Bicycle,Industrial Style G | 600.00 |
| Bulk970011 | Bulk970011 | Cycle 400 LB Capacity | 729.31 |
| Bulk970012 | Bulk970012 | Chair,Ergo(Legacy W/Arms) | 357.14 |
| Bulk970012 | Bulk970012 | Chair,Ergo(Legacy W/Arms) | 357.14 |
| Bulk970012 | Bulk970012 | Chair,Ergo(Legacy W/Arms) | 357.14 |
| Bulk970012 | Bulk970012 | Chair,Ergo(Legacy W/Arms) | 357.14 |
| Bulk970012 | Bulk970012 | Chair,Ergo(Legacy W/Arms) | 357.14 |
| Bulk970012 | Bulk970012 | Chair,Ergo(Legacy W/Arms) | 357.14 |
| Bulk970012 | Bulk970012 | Chair,Ergo(Legacy W/Arms) | 357.14 |
| Bulk970014 | Bulk970014 | Cycle 400 LB Capacity | 729.31 |
| Bulk980004 | Bulk980004 | Life Raft Inflatable | 1,076.68 |
| D0119 | D0119 | Tire Changing Tool | 432.00 |
| D0724 | 1TZVF | Computer, Dell 486 | 2,338.00 |
| D0728 | 1TZVH | Computer, Dell 486 | 2,338.00 |
| D0742 | D0742 | Extension Boom Fork Mdl AKB | 850.00 |
| D0748 | K0140 | Helmet Unit Integrated(IHAADS) | 7,708.00 |
| D0749 | E1365 | Helmet Unit Integrated(IHAADS) | 7,708.00 |
| D0750 | A0743 | Helmet Unit Integrated(IHAADS) | 7,708.00 |
| D0755 | A1862 | Helmet Unit Integrated(IHAADS) | 11,900.00 |
| D0756 | A0892 | Helmet Unit Integrated(IHAADS) | 15,270.00 |
| D0770 | 1106996 | Typewriter,WP | 279.00 |
| D0815 | K920491460 | Generator Set | 11,558.00 |
| D0816 | K920492717 | Generator Set | 11,900.00 |
| NO BC | 744011 | 1/2" Air Stapler | 120.00 |
| NO BC | N/A | 1/4" SQ.DR. Mini Pneu Rachet Wrench | 91.00 |
| NO BC | N/A | 3/8" SQ.DR. Pneumatic Ratchet Wrench | 92.39 |
| NO BC | N/A | 4' Wood Table | 100.00 |
| NO BC | 014*A | Adapter RF Mdl 1609-04 (Comp of 05817) | |
| NO BC | 015* | Adapter RF Mdl 1609-04 (Comp of 05817) | |
| NO BC | 13852-750 | Adapter, Hub-blade | 3,370.00 |
| NO BC | 103074-101 | Adapter, Trans, MMS | 8,258.04 |
| NO BC | 3175AA | Amplifier, Radio Frequency(NON_POST) | 10,020.50 |
| NO BC | 3194AA | Amplifier, Radio Frequency(NON_POST) | 10,020.50 |
| NO BC | 9707 118 4774 | Answering Machine | 25.00 |
| NO BC | 17506B | Aviators Night-Vision | 14,869.00 |
| NO BC | 16359B | Aviators Night-Vision | 14,869.00 |
| NO BC | 17043B | Aviators Night-Vision | 14,869.00 |
| NO BC | 17400B | Aviators Night-Vision | 14,869.00 |
| NO BC | 17499B | Aviators Night-Vision | 14,869.00 |
| NO BC | 17500B | Aviators Night-Vision | 14,869.00 |

SECTION J
ATTACHMENT 14

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| NO BC | 17501B | Aviators Night-Vision | 14,869.00 |
| NO BC | 17502B | Aviators Night-Vision | 14,869.00 |
| NO BC | 17503B | Aviators Night-Vision | 14,869.00 |
| NO BC | 17504B | Aviators Night-Vision | 14,869.00 |
| NO BC | 17505B | Aviators Night-Vision | 14,869.00 |
| NO BC | 8945A | Aviators Night-Vision | 14,869.00 |
| NO BC | N/A | Bag, Camera (w/MR# 68179) | 50.00 |
| NO BC | GSE252 | Bench Power Supply,PN#L30-5 | 100.00 |
| NO BC | AC01724 | Board Drawing, Calcomp Digitizer | 400.00 |
| NO BC | N/A | Board, Chart | 100.00 |
| NO BC | N/A | Bookcase Stands | 100.00 |
| NO BC | N/A | Bookcase Stands | 100.00 |
| NO BC | N/A | Bookcase Tops | 100.00 |
| NO BC | N/A | Bookcase Tops | 100.00 |
| NO BC | N/A | Bookcase W/stand & top-Metal | 47.85 |
| NO BC | N/A | Bookcase W/stand & top-Metal | 47.85 |
| NO BC | N/A | Bookcase W/stand & top-Metal | 47.85 |
| NO BC | N/A | Bookcases, gray,metal | 50.00 |
| NO BC | N/A | Bookcases, gray,metal | 50.00 |
| NO BC | 0139 | Boresight Kit Captive | 318,270.00 |
| NO BC | 9320S1712 | BUILDING Portable, 20x20 w/2 heat pumps | 8,000.00 |
| NO BC | N/A | Bulletin Board w/Lights & Lettering | 755.00 |
| NO BC | N/A | Cabinet, Filing Ltr SZ | 100.00 |
| NO BC | N/A | Cabinet, Open | 100.00 |
| NO BC | N/A | Cabinet, Open | 100.00 |
| NO BC | N/A | Cabinet, Safety 4-gal | 263.90 |
| NO BC | N/A | Cabinet,File,2-drawer | 100.00 |
| NO BC | 9849 | Cable Assembly (comp of 07418) | |
| NO BC | 9851 | Cable Assembly (comp of 07418) | |
| NO BC | EKH82801584 | Camera,Digital Zoom | 857.00 |
| NO BC | N/A | Cargo Net, Tie Down, PN# SP-7074-1 | 100.00 |
| NO BC | N/A | Cargo Net, Tie Down, PN# SP-7074-1 | 100.00 |
| NO BC | N/A | Cargo Net, Tie Down, PN# SP-7074-1 | 100.00 |
| NO BC | N/A | Cargo Net,Tie down,PN# 98752-57E46475-1 | 100.00 |
| NO BC | N/A | Cargo Net,Tie down,PN# 98752-57E46475-1 | 100.00 |
| NO BC | N/A | Cargo Net,Tie down,PN# 98752-57E46475-1 | 100.00 |
| NO BC | MR69517 | Cart, Mobile Power | 29,765.00 |
| NO BC | MR69927 | Cart, Mobile Power | 29,785.00 |
| NO BC | MDL 145E5941-1 | CH-47,Rigging Kit | 2,211.83 |
| NO BC | T101284-107 | CH-47,Sling Assy Hoist | 2,451.58 |
| NO BC | N/A | Chair Adjustable Dark Blue w/Arms | 175.00 |
| NO BC | N/A | Chair Adjustable Dark Blue w/Arms | 175.00 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.80 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.80 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |
| NO BC | N/A | Chair Rotary w/arms beige | 126.60 |
| NO BC | N/A | Chair Rotary w/ARMs LIN: D85075 | 50.00 |
| NO BC | N/A | Chair Rotary W/o Arms beige | 111.42 |
| NO BC | N/A | Chair Rotary W/o Arms beige | 111.42 |
| NO BC | N/A | Chair Rotary W/o Arms beige | 111.42 |
| NO BC | N/A | Chair Rotary W/o Arms beige | 111.42 |
| NO BC | N/A | Chair Rotary W/o Arms beige | 111.42 |
| NO BC | N/A | Chair Rotary W/o Arms beige | 111.42 |
| NO BC | N/A | Chair Rotary W/o Arms beige | 111.42 |
| NO BC | N/A | Chair Rotary W/o Arms beige | 111.42 |
| NO BC | N/A | Chair Rotary W/o Arms beige | 111.42 |
| NO BC | N/A | Chair Rotary W/o Arms lin: C85887 | 56.00 |
| NO BC | N/A | Chair Rotary W/o Arms lin: C85887 | 56.00 |
| NO BC | N/A | Chair Straight w/arms, Ladderback | 31.45 |
| NO BC | N/A | Chair Straight w/arms, Ladderback | 31.45 |
| NO BC | N/A | Chair Straight w/arms, Ladderback | 31.45 |
| NO BC | N/A | Chair Straight w/arms, Ladderback | 31.45 |
| NO BC | N/A | Chair Straight w/arms, Ladderback | 31.45 |
| NO BC | N/A | Chair W/O Arms-Blue | 100.00 |
| NO BC | N/A | Chair W/O Arms-Blue | 100.00 |
| NO BC | N/A | Chair, Arm | 150.00 |
| NO BC | N/A | Chair, Arm | 150.00 |
| NO BC | N/A | Chair, Rotary | 70.83 |
| NO BC | N/A | Chair, Straight W/Arms | 100.00 |
| NO BC | N/A | Chair, Straight W/o Arms | 100.00 |
| NO BC | N/A | Chair, Straight W/o Arms | 100.00 |
| NO BC | N/A | Chair, Straight W/o Arms | 100.00 |
| NO BC | N/A | Chair, Swivel | 150.00 |
| NO BC | N/A | Chair, Swivel W/O Arms | 100.00 |
| NO BC | N/A | Chair, Swivel W/O Arms | 100.00 |
| NO BC | N/A | Chair, W/ Arms | 100.00 |
| NO BC | N/A | Chair, W/ Arms | 100.00 |
| NO BC | N/A | Chair,Swivel W/Arms | 100.00 |
| NO BC | N/A | Chair,W/O Arms | 100.00 |
| NO BC | N/A | Coat Rack | 100.00 |
| NO BC | N/A | Coat Rack | 100.00 |
| NO BC | N/A | Coat Rack | 100.00 |
| NO BC | 9A* | Compressor /ALQ-136(V)1 | 57,174.00 |

**ATTC**
**GOVERNMENT FURNISHED PROPERTY LISTING**

As of 3/17/03

| BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| NO BC | N/A | Computer Table Brown 48" | 239.94 |
| NO BC | N/A | Computer Table Brown 48" | 239.94 |
| NO BC | 5001253048 | Computer, 486DX2-66 | 2,074.00 |
| NO BC | 6424HKD32041 | Computer, Compaq | 2,015.00 |
| NO BC | S057027729D | Computer, Equium 5160DE | 2,500.00 |
| NO BC | S057328249D | Computer, Equium 5160DE | 2,500.00 |
| NO BC | S057028210D | Computer, Equium 5160DE | 2,500.00 |
| NO BC | 4433007987 | Computer, Mdl VESA 486DX-33 | 1,429.00 |
| NO BC | HK1U843764 | Container, Shipping 40' | 2,000.00 |
| NO BC | N/A; PN28445 | Containment System, 2-drum, hardtup | 616.85 |
| NO BC | Y6917 | Control Unit-Mdl 3274-C-61 | 4,180.00 |
| NO BC | 2961AA | Control, Radio Set (NON-POST) | 4,862.76 |
| NO BC | 2962AA | Control, Radio Set (NON-POST) | 4,862.76 |
| NO BC | N/A | Credenza | 56.10 |
| NO BC | N/A | Credenza Metal Ofc | 114.00 |
| NO BC | 0287DD | CTRM S AN/ALQ-136(V)1 | 1,093.00 |
| NO BC | N/A | Cylinder Compressed Gas | 200.00 |
| NO BC | N/A | Cylinder Compressed Gas | 200.00 |
| NO BC | N/A | Desk | 250.00 |
| NO BC | N/A | Desk atch L-unit | 124.98 |
| NO BC | N/A | Desk atch L-unit | 124.98 |
| NO BC | N/A | Desk atch L-unit | 124.98 |
| NO BC | N/A | Desk D/P | 100.00 |
| NO BC | N/A | Desk D/P | 100.00 |
| NO BC | N/A | Desk D/P | 100.00 |
| NO BC | N/A | Desk D/P | 100.00 |
| NO BC | N/A | Desk D/P | 100.00 |
| NO BC | N/A | Desk D/P | 100.00 |
| NO BC | N/A | Desk D/P | 100.00 |
| NO BC | N/A | Desk Double Ped | 100.00 |
| NO BC | N/A | Desk Steel Gray | 69.00 |
| NO BC | N/A | Desk, Computer Type, Wood Construction | 400.00 |
| NO BC | N/A | Desk, Double | 350.00 |
| NO BC | N/A | Desk, Oak Laminate, 60x30x29 | 350.00 |
| NO BC | 3115 | Detector, Radio Frequency | 323.28 |
| NO BC | C077GD1 | Digital Ans Machine | 60.00 |
| NO BC | C077GD02 | Digital Ans Machine | 60.00 |
| NO BC | 1611096002432000 | Digital Headset Telephone | 310.00 |
| NO BC | 16110960052140000 | Digital Headset Telephone | 310.00 |
| NO BC | 270U7 | Display Station Type 3278-005 | 2,967.88 |
| NO BC | 48M71 | Display Station Type 3278-005 | 2,967.88 |
| NO BC | 48M76 | Display Station Type 3278-005 | 2,967.88 |
| NO BC | J2868 | Display Station Type 3278-Mdl 002 | 2,960.00 |
| NO BC | J2871 | Display Station w/keyboard-mdl 3278-002 | 2,960.00 |
| NO BC | S1382 | Display Station w/keyboard-mdl 3278-002 | 2,960.00 |
| NO BC | S1383 | Display Station w/keyboard-mdl 3278-002 | 2,960.00 |
| NO BC | C7538 | Display Station w/keyboard-mdl 3279-03X | 2,574.00 |
| NO BC | 270U8 | Display Station w/keyboard-mdl 3287-005 | 2,967.00 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

As of 3/12/03

| BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| NO BC | 48M77 | Display Station w/keyboard mdl 3287-005 | 2,967.00 |
| NO BC | N/A | Drag Brace Tool, PN. 11743 | 580.00 |
| NO BC | N/A | Drill Guide, General | 48.25 |
| NO BC | SHEA | Drill, 45 degree Angle | 382.14 |
| NO BC | SKBA | Drill, 90 degree Angle | 382.14 |
| NO BC | N/A | Drill, Pneumatic | 270.16 |
| NO BC | N/A | Drum Truck (Dolly) | 300.00 |
| NO BC | N/A | Drycell Minigas Kit | 1,475.00 |
| NO BC | N/A | Electronic Caliper | 100.00 |
| NO BC | N/A | Electronic Caliper | 172.92 |
| NO BC | N/A | Electronic Caliper | 172.92 |
| NO BC | N/A | Extract Screw | 316.00 |
| NO BC | N/A | Filing Cabinet | 160.02 |
| NO BC | N/A | Filing Cabinet | 160.02 |
| NO BC | N/A | Filing Cabinet,4 DRW | 100.00 |
| NO BC | N/A | Filing Cabinet,5 DRW | 100.00 |
| NO BC | N/A | Gas Booster, PN: S486JN30 | 2,000.00 |
| NO BC | N/A | Gas Booster, PN. S486JN30 | 150.00 |
| NO BC | N/A | Generic Cadd Upgrade | 100.00 |
| NO BC | 700352 | GUIDED MSL TRNG M36 | 14,350.00 |
| NO BC | 700353 | GUIDED MSL TRNG M36 | 14,350.00 |
| NO BC | J0167 | Helmet Unit Integrated(IHAADS) | 7,708.00 |
| NO BC | Z004 | Helmet Unit Integrated(IHAADS) | 11,900.00 |
| NO BC | C0697 | Helmet Unit Integrated(IHAADS) | 15,270.00 |
| NO BC | E1328 | Helmet Unit Integrated(IHAADS) | |
| NO BC | J0282 | Helmet Unit Integrated(IHAADS) | 7,708.00 |
| NO BC | J0321 | Helmet Unit Integrated(IHAADS) | 7,708.00 |
| NO BC | K0079 | Helmet Unit Integrated(IHAADS) | 7,708.00 |
| NO BC | U2272 | Helmet Unit Integrated(IHAADS) | 11,900.00 |
| NO BC | N/A | Helmet, Flyers | 176.06 |
| NO BC | N/A | Helmet, Flyers | 176.06 |
| NO BC | N/A | Helmet, Flyers | 176.06 |
| NO BC | 0054 | Holding Fixture, TUR | 767.00 |
| NO BC | 3265A82840 | HP ScanJet IIC, Scanner | 1,145.00 |
| NO BC | 301 | IR JAM AN/ALQ-144(V)1 | 12,129.00 |
| NO BC | 1292 | Jack Hyd Tripod 3 Ton | 938.31 |
| NO BC | 1405 | Jack Hyd Tripod 3 Ton | 938.31 |
| NO BC | N/A | Keyboard FC 4623 (comp of Display Station) | |
| NO BC | N/A | Keyboard FC 4623 (comp of Display Station) | |
| NO BC | N/A | Keyboard FC 4624 | 100.00 |
| NO BC | N/A | Keyboard FC 4624 (comp of Display Station) | |
| NO BC | N/A | Keyboard FC 4652 (comp of Display Station) | |
| NO BC | 12140890 | Keyboard Mdl RT8875T | 194.00 |
| NO BC | A0730178 | Keyboard Mdl RT6875T | 129.00 |
| NO BC | 42242643 | Keyboard, Compaq | 100.00 |
| NO BC | A2730367 | Keyboard, RT6255T | 100.00 |
| NO BC | 1000B1502G101508 | Kit, Sonic 1000S Basic W/2 components | 6,730.51 |
| NO BC | 2172 | KY 100 RCU | 4,861.00 |

SECTION J
ATTACHMENT 14

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| NO BC | 770099 | Launch GD MS LB XM299 | 58,565.00 |
| NO BC | 770020 | Launch GD MS LB XM299 | 58,565.00 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | N/A | Life Preserver, Underarm | 187.42 |
| NO BC | 212593 | LNCHR GM AIRCRAFT | 67,471.00 |
| NO BC | N/A | Locker Storage System(60 Units) | 4,123.20 |
| NO BC | N/A | Magnetic Project Control Kit 4'x 5' | 389.00 |
| NO BC | 23T-2098 | Marking Mach Elec Wire | 8,500.00 |
| NO BC | 11539 | Marking Mach, MCM-850 | 8,500.00 |
| NO BC | 11840501 | Meter, Fire Hydrant | 695.00 |
| NO BC | 11546838 | Meter, Fire Hydrant | 695.00 |
| NO BC | N/A | Microsoft Adv Server 3.5-24disks | 100.00 |
| NO BC | N/A | Microsoft Project for Windows | 424.95 |
| NO BC | N/A | Microsoft Project for Windows | 424.95 |
| NO BC | N/A | Microsoft Windows 3.5-23disks | 424.95 |
| NO BC | N/A | Microwave | 100.00 |
| NO BC | S05721001 | Monitor, 17" Equium 26 | 600.00 |
| NO BC | S05720995 | Monitor, 17" Equium 26 | 600.00 |
| NO BC | S05721030 | Monitor, 17" Equium 26 | 600.00 |
| NO BC | ATC9302000565 | Monitor, Color 14" RGB | 300.00 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 | | | |
|---|---|---|---|
| BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
| NO BC | MC-30211917 | Monitor, Color 14" SVGA | 378.00 |
| NO BC | MC-30801040 | Monitor, SVGA Mdl 1510 | 374.00 |
| NO BC | 107011325 | Monitor, Mitsubishi | 900.00 |
| NO BC | 2180 | MTU KY-100 Airterm | 12,861.00 |
| NO BC | HS901272B | Oven, Microwave; GE | 119.00 |
| NO BC | 2768 | Parachute, BETA | 11,684.00 |
| NO BC | N4517 | Parachute, Chair Mdl  Pilot Req w/Harness | 1,425.00 |
| NO BC | N/A | Partition | 100.00 |
| NO BC | N/A | Partition | 100.00 |
| NO BC | N/A | Partition | 100.00 |
| NO BC | N/A | Pedestal Fans | 100.00 |
| NO BC | N/A | Pedestal Module 3 Drawer | 384.00 |
| NO BC | 25661 | Port-a-Cool Fan, PN: PAC2K361S | 1,995.00 |
| NO BC | 121001-001063 | Power Supply, Battery | 5,904.69 |
| NO BC | N/A | PROCOMPLUS 3.0 Software Control #00540 | 99.95 |
| NO BC | N/A | PROCOMPLUS 3.0 Software Control #00541 | 99.95 |
| NO BC | N/A | PROCOMPLUS 3.0 Software Control #00542 | 99.95 |
| NO BC | N/A | PROCOMPLUS 3.0 Software Control #00543 | 99.95 |
| NO BC | N/A | PROCOMPLUS 3.0 Software Control #00544 | 99.95 |
| NO BC | N/A | PROCOMPLUS 3.0 Software Control #00545 | 99.95 |
| NO BC | N/A | PROCOMPLUS 3.0 Software Control #00546 | 99.95 |
| NO BC | N/A | PROCOMPLUS 3.0 Software Control #00547 | 99.95 |
| NO BC | N/A | PROCOMPLUS 3.0 Software Control #00548 | 99.95 |
| NO BC | N/A | PROCOMPLUS 3.0 Software Control #00549 | 99.95 |
| NO BC | N/A | PROCOMPLUS 3.0 Software Control #00550 | 99.95 |
| NO BC | N/A | PROCOMPLUS 3.0 Software Control #00551 | 99.95 |
| NO BC | N/A | PROCOMPLUS 3.0 Software Control #00552 | 99.95 |
| NO BC | N/A | PROCOMPLUS 3.0 Software Control #00553 | 99.95 |
| NO BC | N/A | PROCOMPLUS 3.0 Software Control #00554 | 99.95 |
| NO BC | LBG-2A | Public Address System | 400.00 |
| NO BC | H0319 | Radio Set AN/PRC-112 | 5,020.00 |
| NO BC | H0242 | Radio Set AN/PRC-112 | 5,020.00 |
| NO BC | H1076 | Radio Set AN/PRC-112 | 5,020.00 |
| NO BC | H0285 | Radio Set AN/PRC-112 | 5,020.00 |
| NO BC | H0442 | Radio Set AN/PRC-112 | 5,020.00 |
| NO BC | H0160 | Radio Set AN/PRC-112 | 5,020.00 |
| NO BC | H0323 | Radio Set AN/PRC-112 | 5,020.00 |
| NO BC | H1058 | Radio Set AN/PRC-112 | 5,020.00 |
| NO BC | H1099 | Radio Set AN/PRC-112 | 5,020.00 |
| NO BC | H1065 | Radio Set AN/PRC-112 | 5,020.00 |
| NO BC | H0208 | Radio Set AN/PRC-112 | 5,020.00 |
| NO BC | H0274 | Radio Set AN/PRC-112 | 5,020.00 |
| NO BC | H0308 | Radio Set AN/PRC-112 | 5,020.00 |
| NO BC | H0218 | Radio Set AN/PRC-112 | 5,020.00 |
| NO BC | 475FBQ0175 | Radio, Handheld, Portable | 481.00 |
| NO BC | 475FBQ0189 | Radio, Handheld, Portable | 481.00 |
| NO BC | 475FAC4520 | Radio, 2 channel w/charger | 481.00 |
| NO BC | 475FAC4345 | Radio, 2 channel w/charger | 481.00 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

As of 3/17/03

| BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| NO BC | 475FAC4577 | Radio,2 channel w/charger | 481.00 |
| NO BC | 475FAC4576 | Radio,2 channel w/charger | 481.00 |
| NO BC | 475FAC4368 | Radio,2 channel w/charger | 481.00 |
| NO BC | 475FAC4566 | Radio,2 channel w/charger | 481.00 |
| NO BC | 475FAAD377 | Radio,2 channel w/charger | 481.00 |
| NO BC | 475FXW1417 | Radio,Portable,Motorola | 451.00 |
| NO BC | 475FXW1456 | Radio,Portable,Motorola | 451.00 |
| NO BC | 3143AA | Receiver-Transmitter, Radio (NON-POST) | 13,846.42 |
| NO BC | 3144AA | Receiver-Transmitter, Radio (NON-POST) | 13,846.42 |
| NO BC | S32190021 | Refrigerator, Whirlpool (0FVB1ET12DCXL) | 250.00 |
| NO BC | 80802 | Respirator, Welding | 250.00 |
| NO BC | 2/1/2676 | Riveter, Blind, Pneumatic | 788.90 |
| NO BC | N/A | Riveter, Blind, Pneumatic, 3/8" in Diameter | 6,148.13 |
| NO BC | RBN2074 | Sander Belt/Disc 2/3 HP | 119.00 |
| NO BC | N/A | Saw, Jig | 365.00 |
| NO BC | DM-092714 | Saw, Spiral, Roto Zip Mdl SCS01 | 79.99 |
| NO BC | 1638830 | Sheet Feeder | 200.00 |
| NO BC | L-69017 | Shelter,Rigid Wall 9' x 23' | 18,000.00 |
| NO BC | 1692 | SIGHT Assembley HDM | 2,535.00 |
| NO BC | 1793 | SIGHT Assembley HDM | 2,535.00 |
| NO BC | 1919 | SIGHT Assembley HDM | 2,535.00 |
| NO BC | 3387 | SIGHT Assembley HDM | 2,535.00 |
| NO BC | 3954 | SIGHT Assembley HDM | 2,535.00 |
| NO BC | 4993 | SIGHT Assembley HDM | 2,535.00 |
| NO BC | 2009A | Signal Generator, Mdl SG-1288/G | 1,301.00 |
| NO BC | 2721A | Signal Generator, Mdl SG-1288/G | 1,301.00 |
| NO BC | 0020 | Sling Assembly | 2,230.00 |
| NO BC | N/A | SMA Tool Kit | 433.36 |
| NO BC | B236GD-1 | SPRINT Tele Ansg System | 48.99 |
| NO BC | 13800 | Stacker,Battery operated, Presto Mdl B678-2000 | 1,780.00 |
| NO BC | N/A | Stand Printer w/Receiver & Shelf | 189.00 |
| NO BC | N/A | Survival Kit CLD CLIMATE | 236.00 |
| NO BC | N/A | Survival Kit CLD CLIMATE | 236.00 |
| NO BC | N/A | Survival Kit CLD CLIMATE | 236.00 |
| NO BC | N/A | Survival Kit CLD CLIMATE | 236.00 |
| NO BC | N/A | Survival Kit CLD CLIMATE | 236.00 |
| NO BC | N/A | Survival Kit CLD CLIMATE | 236.00 |
| NO BC | N/A | Survival Kit CLD CLIMATE | 236.00 |
| NO BC | N/A | Survival Kit HOT CLIMATE | 180.00 |
| NO BC | N/A | Survival Kit HOT CLIMATE | 180.00 |
| NO BC | N/A | Survival Kit HOT CLIMATE | 180.00 |
| NO BC | N/A | Survival Kit HOT CLIMATE | 180.00 |
| NO BC | N/A | Survival Kit HOT CLIMATE | 180.00 |
| NO BC | N/A | Survival Kit HOT CLIMATE | 180.00 |
| NO BC | N/A | Survival Kit HOT CLIMATE | 180.00 |
| NO BC | N/A | Survival Kit HOT CLIMATE | 180.00 |
| NO BC | N/A | Survival Kit HOT CLIMATE | 180.00 |
| NO BC | N/A | Survival Kit HOT CLIMATE | 180.00 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

As of 3/17/03

| BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| NO BC | N/A | Survival KT Overwater | 858.00 |
| NO BC | N/A | Survival KT Overwater | 858.00 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Survival Shelter | 163.68 |
| NO BC | N/A | Symantec Norton Utilies DOS 3.5 disks -2 | 100.00 |
| NO BC | N/A | Table 45" | 100.00 |
| NO BC | N/A | Table computer, Putty 60" | 171.28 |
| NO BC | N/A | Table computer, Putty 60" | 171.28 |
| NO BC | N/A | Table Terminal Workstation 60"x30"x27" | 149.41 |
| NO BC | N/A | Table, 3x4 | 100.00 |
| NO BC | N/A | Table, Adjustable | 125.00 |
| NO BC | N/A | Table, Administrative | 100.00 |
| NO BC | N/A | Table, Administrative | 100.00 |
| NO BC | N/A | Table, Computer | 100.00 |
| NO BC | N/A | Table, Computer | 100.00 |
| NO BC | N/A | Table, Computer,Non-adustable | 137.00 |
| NO BC | N/A | Table, Metal | 100.00 |
| NO BC | N/A | Table, Metal | 100.00 |
| NO BC | N/A | Table, Mod. Blonde | 100.00 |
| NO BC | N/A | Table, Wood | 100.00 |
| NO BC | JBXC03126F | Telephone, Cordless | 199.95 |
| NO BC | KX-TG2583S | Telephone, Cordless | 179.99 |
| NO BC | N/A | Terminal Workstation Brown Non-Adjusting | 149.40 |
| NO BC | N/A | Terminal Workstation Brown Non-Adjusting | 149.40 |
| NO BC | 102 | Test Set,Vertical Display | 12,384.00 |
| NO BC | N/A | Tire Inflation Kit  PN# 1075 | 500.00 |
| NO BC | N/A | Tire Inflation Kit  PN# 1075 | 500.00 |
| NO BC | N/A | Tire Inflation Kit  PN# 1075 | 500.00 |
| NO BC | 1J1184 | Tool, Cutoff, Front Exhaust (3" Diameter) | 349.00 |
| NO BC | 1J1185 | Tool, Cutoff, Front Exhaust (3" Diameter) | 349.00 |
| NO BC | NOSN | Tool Set, Drive Shaft | 501.50 |
| NO BC | 2298 | Topper Stand, PN# TMSPECC | |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| NO BC | N/A | Tower Antenna COMMU | 1,500.00 |
| NO BC | N/A | Tower Radio, Antenna(Outside) | 583.00 |
| NO BC | N/A | Tower,Antenna RBX-60 (top of 30104) | 742.50 |
| NO BC | 676639 | TRAINER CAPTIVE FLT | 32,110.00 |
| NO BC | 810030 | TRAINER CAPTIVE FLT | 3,510.00 |
| NO BC | Component 1 | Transducer, Spectrum C17L(Sonic 1000S Kit) | 0.00 |
| NO BC | Component 2 | Transducer, Spectrum E8L(Sonic 1000S Kit) | 0.00 |
| NO BC | 3FDW6588YMA19048 | Truck, 4x2,Crew Cab Diesel (REG. CT2457) | 47,211.50 |
| NO BC | USANG17PM | Truck, Cargo 5/4 Ton M1028 | 14,141.00 |
| NO BC | 08A | TS-3651/ALQ-136(V)1 | 57,174.00 |
| NO BC | N/A | Typing Desk D/P | 100.00 |
| NO BC | Kit#1 | UH-60 Hub Kit(PN# SPCK-107A1-1/N2K) | 1,075.00 |
| NO BC | 37643929 | Vacuum Cleaner,Dual Motor | 430.00 |
| NO BC | 04000000598317 | Vacuum, 14" Upright; Hoover Mdl v7069060 | 551.00 |
| NO BC | 4433007172 | VESA B Computer Mdl 486DX-33 | 1,429.00 |
| NO BC | N/A | Visual Dbase Professional Ver 5.5 | 100.00 |
| NO BC | N/A | Wood Table | 100.00 |
| NO BC | WS8-WS278 | Work Platform, PN# 04-40431000 | 317.00 |
| NO BC | WS4-WS275 | Work Platform, PN# 04-40431000 | 317.00 |
| NO BC | N/A | Workbench | 100.00 |
| NO BC | N/A | Workstation/Computer/Walnut/E4-BDY-WL | 109.00 |
| NO BC | N/A | Workstation/Computer/Walnut/E4-BDY-WL | 109.00 |
| NO BC | N/A | Wrench ST HYD OPN END | 150.00 |
| NO BC | N/A | Wrench ST HYD OPN END | 150.00 |
| NO BC | NA (SN:1) | Wrench,Torque | 48.25 |
| NO BC | NA (SN:2) | Wrench,Torque | 48.25 |
| NO BC | HU628S7048 | Writer, CD Plus | 374.99 |
| T0001 | T0001 | Cab Stor 55Hx36Wx50D | 653.66 |
| T0113 | T0113 | Puller Kit,Universal | 784.00 |
| T0273 | 9201207 | Datafax Machine | 2,995.00 |
| T0444 | T0444 | Parachute,Null 490 | 1,155.00 |
| T0453 | KA324TM338 | Computer, DEC 433DXLP | 1,893.00 |
| T0513 | 3877023NA | Monitor,NEC, 3FGE | 897.00 |
| T0522 | T0522 | Parachute,Null 490 | 1,155.00 |
| T0531 | JPBF088678 | Printer,Laserjet 4 | 1,980.00 |
| T0576 | LOT 93 | Cart, Fuel Servicing | 5,000.00 |
| T0581 | T0581 | Parachute,Null 425 | 1,100.00 |
| T0582 | T0582 | Parachute,Null 425 | 1,100.00 |
| T0654 | 1329689310 | Jack, 5 Ton | 1,703.00 |
| T0775 | 2088775 | Typewriter, Electronic Smith Corona 250DLE | 89.95 |
| T0844 | T0844 | Parachute,XTC 500 Seal | 2,304.00 |
| T0852 | T0852 | Cabinet, Lista MTC9005 | 672.52 |
| T0854 | T0854 | Cabinet, Lista MTC9005 | 672.52 |
| T0856 | T0856 | Cabinet, Lista 1350 | 928.00 |
| T0858 | T0858 | Cabinet, Lista MTC9005 | 672.52 |
| T0860 | T0860 | Cabinet, Lista MTC9005 | 672.52 |
| T0861 | T0861 | Cabinet, Lista MTC9005 | 672.52 |
| T0862 | T0862 | Cabinet, Lista MTC9005 | 672.52 |

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| T0863 | T0863 | Cabinet, Lista MTC9005 | 672.52 |
| T0864 | T0864 | Cabinet, Lista MTC9005 | 672.52 |
| T0902 | T0902 | Cabinet, Lista M1C9005 | 2,785.00 |
| T0972 | 4X29417ME | Monitor, NEC, 3FGE | 897.00 |
| T1129 | 0578 | Test Set TS-24B | 4,231.55 |
| T1203 | T1203 | Parachute,XTC 500 Seat | 2,104.00 |
| T1222 | T1222 | Parachute,BETA | 11,684.00 |
| T1240 | SYS 001 | Auto Tool Inv Cntrl & Track Sys | 3,500.00 |
| T1247 | T1247 | Test Set: Avn Vib Ana | 14,112.00 |
| T1248 | T1248 | Test Set,AVN VIB ANA | 14,112.00 |
| T1270 | WLOESZ | Truck Lf Diesel 15000LB | 45,641.00 |
| T1273 | 841122 | Shredder, Paper, C-1000 | 220.00 |
| T1275 | EFE0502203 | Refrigerator, 2 Door | 399.99 |
| T1277 | F1277 | Adapter,Bal,Tail Rot | 1,159.32 |
| T1304 | T1304 | Fan, Floor | 357.00 |
| T1306 | T1306 | Fan, Floor | 357.00 |
| T1311 | 5719623LR | Monitor,NEC,XE17 | 1,105.00 |
| T1312 | T1312 | Cabinet, Lista MTC9005 | 672.52 |
| T1315 | T1315 | Cabinet, Lista MTC9005 | 672.52 |
| T1318 | T1318 | Cabinet,Storage | 786.00 |
| T1319 | T1319 | Cabinet, Lista | 672.52 |
| T1320 | T1320 | Cabinet, Lista MTC9005 | 672.52 |
| T1322 | T1322 | Cabinet, Lista | 672.52 |
| T1323 | T1323 | Cabinet,Storage | 786.00 |
| T1328 | T1328 | Cabinet, Lista MTC9005 | 672.52 |
| T1355 | T1355 | Cabinet,Storage,Lista SD1350 | 744.37 |
| T1380 | T1380 | Cabinet,Storage,Lista SD1350 | 744.37 |
| T1396 | T1396 | Storage Rack | 759.14 |
| T1397 | T1397 | Storage Rack | 759.14 |
| T1432 | 1010-341 | Maint Plt Hyd Adj 10F | 1,809.73 |
| T1433 | 35 | Maintenance Platform: Hyd Adj to 10' | 1,809.73 |
| T1435 | T1435 | Scale, Bench, Digital | 849.00 |
| T1464 | 91862955100SK | Monitor, 17", DELL | 739.00 |
| TC001 | 94091300619 | Barcode Reader, Portable | 1,095.00 |
| TC002 | 941025000121 | Barcode Printer, Mdl 3000 | 1,347.00 |
| TC003 | TC003 | Wedge Reader | 300.00 |
| TC004 | 3392231 | Modem Modat Multi-Tech | 760.00 |
| TR1120 | 015 | Caliper, Dial | 141.84 |
| TR1127 | 088 | Powerdyne,"CBU" Applicator | 17,529.00 |
| TR1183 | TR1183 | UH60 Sling Engine Lifting | 1,138.00 |
| TR1186 | 483272 | UH60 Universal Sling | 730.00 |
| TR1237 | 0214 | ACFT Electronic Repair Kit | 8,422.11 |
| TR870 | TR870 | 3/8" Torque Wrench | 60.41 |
| TR873 | TR873 | 1/2" Torque Wrench | 64.59 |
| TR876 | TR876 | 1/2" Torque Wrench | 64.59 |
| TR878 | TR878 | 1/2" Torque Wrench | 64.59 |
| TR879 | TR879 | 1/2" Torque Wrench | 64.59 |
| TR880 | TR880 | 3/8" Torque Wrench | 60.41 |

SECTION J
ATTACHMENT 14

PIIN/SIINN: DAAH23-03-C-0345
MOD/AMD _____

Page 36 of 36

ATTC
GOVERNMENT FURNISHED PROPERTY LISTING

| As of 3/17/03 BAR CODE | SERIAL NUMBER | NOMENCLATURE | COST |
|---|---|---|---|
| TRB94 | C0126RZ | Caliper,Dial, Outside | 123.50 |
| TR928 | TR928 | Tensiometer 10-200LBS | 418.28 |
| TR937 | TR937 | Check & Fill Unit, UH60 | 8,590.00 |
| TR949 | 4247 | Powerdyne,Multiplier | 2,711.14 |
| | # of Items 1584 | Cost | 4,839,639.53 |