IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE BENNETT,        )<br>                           )<br>    Plaintiff,            )<br>                           )      CIVIL ACTION NO.<br>    v.                     )       1:06cv723-MHT<br>                           )<br>ARMY FLEET SUPPORT LLC,    )<br>                           )<br>    Defendant.             ) | |

### ORDER

It is ORDERED that the motion for partial summary judgment (Doc. No. 34) is set for submission, without oral argument, on July 13, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 19th day of June, 2007.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE