IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE BENNETT,            )<br>                              )<br>    Plaintiff,              )<br>                              )     CIVIL ACTION NO.<br>    v.                        )       1:06cv723-MHT<br>                              )<br>ARMY FLEET SUPPORT LLC,       )<br>                              )<br>    Defendant.                ) | |

ORDER

It is ORDERED that the motion to substitute (Doc. No. 38) is granted.

DONE, this the 19th day of June, 2007.

                /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE