IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTINE BENNETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION NO.: |
| v | ) 1:06-CV-723-MHT |
| | ) |
| **ARMY FLEET SUPPORT, LLC** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Christine Bennett, a Plaintiff in the above-referenced lawsuit, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees ( not beneficiaries of trusts), affiliates, or other similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no such entities to be reported.

Respectfully submitted,

s/ Ethan R. Dettling
Jon C. Goldfarb
Ethan R. Dettling
Counsel for Plaintiff

**OF COUNSEL**:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been properly filed with the Clerk of Court using the CM/ECF system which will automatically send electronic notification to the following counsel of record:

Kirk Cordell Shaw
Mary Carol Ladd
Ambrecht Jackson LLP
P.O. Box 290
Mobile, AL 36601-0290
Telephone No.: 251-405-1302
Facsimile No.: 251-432-6843

on this the 6th day of July, 2007.

                                                        s/ Ethan R. Dettling
                                                        OF COUNSEL