IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| v ) | 1:06-CV-723-MHT |
| ) | |
| ARMY FLEET SUPPORT, LLC ) | |
| ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW, Plaintiff, by and through undersigned counsel, and submits this Response to Defendant's Motion for Partial Summary Judgment in the above-styled cause. Plaintiff responds that the Defendant's motion is due to be denied in part, and granted in part. Plaintiff relies on the pleadings to date, a brief in opposition to Defendant's motion, and an evidentiary submission in opposition to Defendant's motion. Plaintiff further states:

1.      Defendant is an entity that receives federal financial assistance and Defendant is subject to Section 504 of the Rehabilitation Act of 1973. Accordingly, Defendant's Motion for Partial Summary Judgment is due to be

denied with respect to the Rehabilitation Act.

2. Plaintiff concedes that Defendant's motion is due to be granted <u>only</u> with respect to Plaintiff's Title VII sex discrimination claim.

WHEREFORE, premises considered, Plaintiff respectfully requests the entry of an Order granting Defendant's Motion for Partial Summary Judgment with respect to her Title VII sex discrimination claim, and DENYING Defendant's motion as it pertain to her claim under the Rehabilitation Act of 1973.

                        Respectfully submitted,

                        s/Ethan R. Dettling
                        Jon C. Goldfarb (ASB-5401-F58J)
                        Ethan R. Dettling (ASB-9067-T68E)
                        Counsel for Plaintiff

OF COUNSEL:

Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been properly filed with the Clerk of Court using the CM/ECF system which will send electronic notification to the following counsel of record:

Kirk Cordell Shaw
Mary Carol Ladd
Ambrecht Jackson LLP
PO Box 290
Mobile, AL 36601-0290
251-405-1302
Email: kcs@ajlaw.com
Email: mcl@ajlaw.com

on this the 9th day of July, 2007.

                                                s/Ethan R. Dettling
                                                OF COUNSEL