**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHRISTINE BENNETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v** | ) | **1:06-CV-723-MHT** |
| | ) | |
| **ARMY FLEET SUPPORT, LLC** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**REPORT REGARDING SETTLEMENT CONFERENCE**

COMES NOW, Plaintiff, by and through undersigned counsel, and submits this Report of the parties' face-to-face conference regarding settlement of the above-styled cause.  Plaintiff reports as follows:

1.      Counsel met face-to-face in Enterprise, Alabama and discussed the possibility of resolving this lawsuit.  Although the parties were unable to reach an agreement, the parties have agreed that mediation is appropriate.

2.      To that end, the parties have agreed to use Fern Singer, Esq. of Baker Donelson Bearman Caldwell and Berkowitz as the mediator.  Ms. Singer has agreed to serve as mediator.  Mediation will be scheduled on the parties' earliest available date.

1

Respectfully submitted,


s/Ethan R. Dettling
Jon C. Goldfarb (ASB-5401-F58J)
Ethan R. Dettling (ASB-9067-T68E)
Counsel for Plaintiff

OF COUNSEL:
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been properly filed with the Clerk of Court using the CM/ECF system which will send electronic notification to the following counsel of record:

Kirk Cordell Shaw
Mary Carol Ladd
Ambrecht Jackson LLP
PO Box 290
Mobile, AL 36601-0290
251-405-1302
Email: kcs@ajlaw.com
Email: mcl@ajlaw.com

on this the 12th day of July, 2007.


s/Ethan R. Dettling
OF COUNSEL

2