IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTINE BENNETT, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv723-MHT |
| | ) | |
| ARMY FLEET SUPPORT, LLC, | ) | |
| | ) | |
|   Defendant. | ) | |

## ORDER

It is ORDERED that plaintiff Christine Bennett show cause, if any there be, in writing by October 12, 2007, as to why defendant Army Fleet Support, LLC's motion to enforce mediation settlement agreement (Doc. No. 49) should not be granted.

DONE, this the 4th day of October, 2007.

                                   /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE