IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTINE BENNETT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv723-MHT |
| | ) | |
| **ARMY FLEET SUPPORT LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that the joint motion to refer (Doc. No. 51) is granted.

DONE, this the 26th day of October, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**