IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv723-MHT |
| | ) |
| ARMY FLEET SUPPORT, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For good cause, it is

ORDERED that this matter be and is hereby set for a status conference on November 19, 2007, at 10:00 p.m. in chambers, Room B-401, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The parties are DIRECTED to attend this proceeding.

Done this 2nd day of November, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE