IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTINE BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06cv723-MHT |
| | ) | |
| ARMY FLEET SUPPORT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On this date, the court entered an order inadvertently scheduling a status conference for 10:00 p.m. on November 19, 2007. Accordingly, it is

ORDERED that the order (doc. # 53) be and is hereby CORRECTED to reflect that this matter is set for a status conference on November 19, 2007, at **10:00 a.m.** in chambers.

Done this 2nd day of November, 2007.


       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE