IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CHRISTINE BENNETT,            )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        1:06cv723-MHT
                              )
ARMY FLEET SUPPORT LLC,       )
                              )
    Defendant.                )
```

ORDER

The court having been informed that the parties have resolved their disagreement, it is ORDERED that the motion to enforce mediation settlement agreement (Doc. No. 49) is denied as moot.

DONE, this the 26th day of November, 2007.

　　　　　　　　　　　　　　　　／s/ Myron H. Thompson　
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE